**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ESTATE OF IBRAGIM TODASHEV,**

        **Plaintiff,**

**v.**                                        **Case No: 6:17-cv-919-Orl-41DCI**

**UNITED STATES OF AMERICA,
AARON MCFARLANE,
CHRISTOPHER JOHN SAVARD,
CURTIS CINELLI and JOEL
GAGNE,**

        **Defendants.**

| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COUNSEL FOR PLAINTIFF** | James V. Cook |
|---|---|---|---|
| **DEPUTY CLERK:** | Nativelis Rodriguez | | |
| **COURT REPORTER** | Digital | **COUNSEL FOR DEFENDANT:** | Ralph E. Hopkins<br>Daniel W. Eckhart<br>Siegmond Fuchs (appearing via telephone) |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | November 2, 2017<br>2:03-2:04PM<br>2:08-2:13PM<br>6 minutes | | |

**CLERK'S MINUTES
STATUS HEARING**

Case called, appearances made, procedural setting by the Court.
Status conference held re possible conflict of interest/recusal.
Court adjourned.