# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

        Plaintiff,

v.                                 CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

        Defendants.
_____/

## INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
## MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT

**Exhibit 2**

I, Trooper Curtis Cinelli, having been sworn by Assistant Inspector [redacted (P), (P-1)] and Assistant Inspector Heather L. Butters, who I know to be Supervisory Special Agents (SSAs) of the Federal Bureau of Investigation (FBI), hereby make the following voluntary statement.

Also present during this interview was State Police Association of Massachusetts Attorney Richard Rafferty.

I have been advised this is an inquiry concerning the shooting and use of force incident which occurred on 05/22/2013 at 6022 Peregrine Avenue, Orlando, Florida 32819.

I entered on duty as a Trooper with the Massachusetts State Police (MSP) in June of 2000. I am currently assigned to the Violent Fugitive Apprehension Section and have been since approximately 2007.

Prior to my employment with the MSP, I was a Police Officer for the Mansfield, Massachusetts Police Department from May of 1996 to June of 2000. My total approximate law enforcement experience includes hundreds of arrests, interviews and numerous high risk search warrants.

I have received a variety of law enforcement training to include search and rescue operations as well as patrol rifle usage.

Approximately one month ago, I was notified by my supervisor that I was temporarily assigned to investigate any links between the Boston Marathon bombing suspects and a triple homicide which had occurred in Waltham, Massachusetts in September of 2011. I was assigned to work with Boston FBI Special Agent (SA) Aaron McFarlane in this assignment. Through investigation, Ibragim Todaschev was developed as a suspect in the homicide and as an associate of bombing subject Tamerlan Tsarnaev. MSP Trooper Joel Gagne was assigned to work the Waltham homicide and later joined SA McFarlane and I in the investigation of Todaschev.

1

(U) Together, the MSP and FBI formed a plan to travel to Orlando, Florida to interview Todaschev in an effort to place him in the Boston area at the time of the Waltham homicides. SA McFarlane handled the coordination with the Orlando FBI office. We learned that one of the Orlando Task Force Officers (TFO), Chris Savard, was familiar with Todaschev from previous interviews and had rapport with him.

In preparing for the interview, Gagne, McFarlane and I discussed Todaschev's skills in Mixed Martial Arts and had viewed open-source videos of one of his fights. We had also learned of his recent violent altercation in an Orlando area parking lot, as well as Todaschev's criminal history which contained acts of violence.

Due to our knowledge of Todaschev's physical abilities, the initial plan was to have him come to the Orlando Police Department for the interview; however, he refused. TFO Savard was able to arrange the interview at the apartment where Todaschev had been living with his girlfriend before she was taken into federal custody on immigration matters. I was advised by the FBI Todaschev had not been living at the apartment recently. Although we knew Todaschev was dangerous, we felt this interview was necessary as we had no physical evidence to link him to the homicide crime scene and we had information Todaschev was leaving the country in a matter of days. Based on these factors, we agreed to proceed with the interview at the apartment.

We arrived at the apartment at approximately 7:30 PM and met with Todaschev. He invited us inside and asked that we remove our shoes, which we did. I visually scanned the room for weapons and noticed a large, Samurai type sword mounted on the wall near the entrance to the kitchen. I also noticed two crystal ash trays on the table near the bed which appeared to be heavy and could potentially be used as weapons (U)

2

(U) The interview was conducted primarily by Trooper Gagne. SA McFarlane and I participated at various times, mainly to refute various parts of Todaschev's story. TFO Savard remained outside. During the course of the several-hour interview, Todaschev asked to go to the bathroom several times and was escorted each time by a member of the interview team.

As the questioning became centered on Todaschev's presence in the Boston area during the time of the Waltham homicides and his involvement in the murders, his demeanor changed. Todaschev smoked a cigarette, he repeatedly looked around the room, he became fidgety, and at times appeared to be stretching his legs and arms as he spoke.

Eventually, Todaschev began to acknowledge some involvement in the Waltham homicides. At about this time, I stepped out to speak with TFO Savard and to get Todaschev more cigarettes. I told TFO Savard that Todaschev was confessing and asked Savard to go around to the back of the apartment in case Todaschev tried to run out the back. At that time Todaschev began to chain smoke cigarettes.

As Todaschev continued to confess his involvement in the murders, Trooper Gagne gave him a sheet of paper and asked that he write a statement. Gagne then left the room to go outside to make phone calls. Todaschev asked about smoking and said he needed more cigarettes even though there was nearly a full pack on the table in front of him. I opined he was attempting to get me to leave the room. Shortly afterward, Todaschev again asked to go to the bathroom. SA McFarlane escorted Todaschev upstairs to the bathroom. I came halfway up the stairs to make sure I could maintain visual contact with SA McFarlane. On this trip to the bathroom I noticed that Todaschev was moving noticeably slow, almost methodical in his movements.

When Todaschev was returning down the stairs, I was more and more concerned that he might try to flee or attack us. As I came down the stairs and turned toward the main room, I (U)

3

grabbed the sword from the wall and quickly stashed it in the kitchen to keep it from Todaschev's reach. Although Todaschev was still on the stairs, I believe he saw me hide the sword in the kitchen due to a large mirror positioned at the bottom of the stairway.

I was sitting on the stairs across from SA McFarlane, who was sitting in a chair directly across from Todaschev, who was sitting on the bed. A small table separated SA McFarlane and Todaschev.

Due to Todaschev's continued erratic behavior, I sent a text message to SA McFarlane and Trooper Gagne which read: "Be on guard. He is in vulnerable position to do something bad. Be on guard now. I see him looking around at times." I was waiting for SA McFarlane's BlackBerry to "ding" when my text came in but it didn't. After about a minute, I checked my phone to make sure the text went through. As I was looking at my phone, I heard a roaring noise, looked up and saw the table between Todaschev and SA McFarlane rise up and fly toward SA McFarlane. I immediately yelled "Joel!" to alert Trooper Gagne there was trouble inside the residence. Todaschev ran from the bed toward the door near the kitchen area and began quickly scanning left to right as if looking for something. He then darted toward the door, I thought he was trying to flee and began to give chase. As Todaschev reached the door he grabbed a red, approximately five-foot long pole that was leaning against the wall near the door. Todaschev moved incredibly quickly, almost like something in a movie. As he grabbed the pole, Todaschev turned quickly toward me and raised the pole above his head with both hands, which appeared to me to be a trained fighting position, and charged toward me as if he was going to impale me with the pole. I then heard shots fired off to my right and saw Todaschev make two movements which indicated to me he had been impacted by the shots. Todaschev fell to his hands and knees

4

in front of me and then, almost immediately, he sprang forward, coming up in a fighting stance. I heard more shots and Todaschev fell to the ground again, this time apparently incapacitated.

Immediately after Todaschev fell the second time, I heard SA McFarlane yell "call 911." I turned to look toward SA McFarlane and saw he was bleeding profusely from the head. Trooper Gagne and TFO Savard had come to the residence door and I announced to them it was clear to come inside. I moved toward SA McFarlane and applied pressure to a large laceration near the back of his head. When Trooper Gagne came in, I had him apply pressure to SA McFarlane's wound while I checked Todaschev. I was handed a rubber medical glove and I checked Todaschev for a carotid and ulnar pulse and was unable to locate one at either location. Todaschev's eyes were open and unblinking. I believed that Todaschev was deceased and did not move his body further to keep from disturbing the scene.

Todaschev had several opportunities to escape during the altercation, but instead chose to obtain a weapon and attack. Todaschev's actions placed me in fear of imminent physical injury or even death. I am certain SA McFarlane's actions saved me from serious physical injury or death.

5

✓ I have read the statement consisting of 6 pages and a diagram, and it is true and correct to the best of my recollection. ✓

*[signature]*

Curtis Cinelli
Trooper
Massachusetts State Police

Sworn and subscribed before me this 29 day of May 2013, in Boston, Massachusetts

(P), (P-1)

(P)

Assistant Inspector

*[signature]*

Heather L. Butters
Assistant Inspector

6