# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

        Plaintiff,

v.                                                                CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

        Defendants.
_____/

### INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
### MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT

**Exhibit 3**

```
==========
Received: 2013-05-23 14:51:08       MSG-NBR: 00008   MNE: F48330004
    ATTN: (P-1), (P)

QWI FLFBIORS3IBRAGIM                                        TODASHEV
        UM (P-1), (P)           (P), (P-1) CY
--NCIC--
     (P-1), (P)
FLFBIORS3

***MESSAGE KEY QWI SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
***LAW ENFORCEMENT SENSITIVE INFORMATION***
                              (G), (H)









CMC/10 - MARTIAL ARTS EXPERT
ORI/DCTSC0100 NAM/TODASHEV,IBRAGIM ABDULBAKIYEVI SEX/M RAC/W POB/RU
DOB/ (P-1), (P) HGT/500 WGT/155 EYE/BRO HAI/BLK FBI/20549HD1 CTZ/RA
SKN/MED
                    (P-1), (P)              P-1)

MIS/USPER;    (P-1), (P)    FULL NAME: IBRAGIM ABDULBAKIYEVICH TODASHEV : IBRAGIM
MIS/ABDULBAKIYEVICH TODASCHEV : IBRAHIM ABDULBAKIYEVICH TODASCHEV : IBRAGIM
MIS/ABDULBAKIEVICH TODASHEV : IBRAHIM ABDULBAKIEVICH TODASHEV; PPT COUNTRY: RA
DNA/N
                    (P-1), (P)
AKA/TODASCHEV,IBRAGIM ABDULBAKIYEV
AKA/TODASCHEV,IBRAHIM ABDULBAKIYEV
AKA/TODASH,IBRAGIM ABDULBA
AKA/TODASHEV,IBRAGHIM
AKA/TODASHEV,IBRAGIM ABDULBAKIEVIC
AKA/TODASHEV,IBRAHIM ABDULBAKIEVIC
AKA/TODY,IBRAGIM
AKA/TODY,IBRAHIM
        (P-1), (P)
```

1

```
                        (P-1), (P)

    IMR/MNAM:TODASHEV,IBRAGIM ABDULBAKIYEVI DOB: (P-1),(P) RAC:W HGT:500      WGT:155
                              (P-1), (P)                                MIS:

                                                                        06838.

--END--

========
Received: 2013-05-23 14:51:08      MSG-NBR: 00009   MNE: F48330004
    ATTN: (P-1), (P)


--NCIC--
        (P-1), (P)
FLFBIORS3
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/TODASHEV,IBRAGIM SEX/M RAC/U DOB/ (P-1), (P) SOC/(P-1)
 PUR/C
NAME                          FBI NO.            INQUIRY DATE
TODASHEV,IBRAGIM              (P-1), (P)         2013/05/23

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR PHOTO
M   W    (P-1), (P)   510    165    BRO  BRO  Y

BIRTH PLACE
ROMANIA

FINGERPRINT CLASS        PATTERN CLASS
                         UC UC UC UC UC UC UC UC UC UC
                         UC UC UC UC UC UC UC UC UC UC
                         UC UC UC UC UC UC UC UC UC UC

ALIAS NAMES
TODASHEV,IBRAGIM A              TODASHEV,IBRAHIM

SOCIAL SECURITY   MISC NUMBERS
(P-1)              (P-1), (P)

IDENTIFICATION DATA UPDATED 2013/05/04

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 FLORIDA        - STATE ID/FL07891198
 MASSACHUSETTS  - STATE ID/MA10517872

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

--END--
```

2

```
=========
Received: 2013-05-23 14:51:54        MSG-NBR: 00010  MNE: F48330004
         (P-1), (P)                                   (P-1), (P)


--FLORIDA CCH RESPONSE--
ATN.(P-1), (P)
FC.DLE/07891198.PUR/C.ATN/(P-1), (P)
        SID  NUMBER:  7891198    PURPOSE CODE:C          PAGE:   1
        BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
        A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE

                  -  FLORIDA   CRIMINAL   HISTORY   -

NAME                           STATE ID NO.    FBI NO.        DATE REQUESTED
TODASHEV, IBRAGIM              FL-07891198     (P-1), (P)     05/23/2013
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
M    W     (P-1), (P)  5'09''  160     BRO   BRO
--CONTINUED--

        SID  NUMBER:  7891198    PURPOSE CODE:C          PAGE:   2

IN AFIS - 3
------------------------------------------------------------------------------
ARREST-   1    05/04/2013    OBTS NO.-4805072359
  ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE                    (FL0480000)
     AGENCY CASE-                             OFFENSE DATE-05/04/2013
     CHARGE 001-AGGRAV BATTERY-
             CAUSE BODILY HARM OR DISABILITY
             STATUTE/ORDINANCE-FL784.045(1A1)     LEVEL-FELONY   ,2ND DEG
------------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
--CONTINUED--

        SID  NUMBER:  7891198    PURPOSE CODE:C          PAGE:   3

DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A MULTI-SOURCE OFFENDER RECORD.
END OF RECORD

--END--
```

3

```
=========
Received: 2013-05-23 14:52:42      MSG-NBR: 00012   MNE: F48330004
   --NCIC--
                                (P-1), (P)

             (P-1), (P)
                                     INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
  MASSACHUSETTS   - STATE ID/MA10517872

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END

--END--

=========
Received: 2013-05-23 14:52:44      MSG-NBR: 00013   MNE: F48330004
    ATTN: SYSTEM GENERATED HEADER


--NLETS--
CR.MAIII0000
11:52 05/23/2013 12196
11:52 05/23/2013 33189  (P-1), (P)

TXT
         (P-1), (P)
ATN/(P-1), (P)
********************   CRIMINAL HISTORY RECORD   ************************

Data As Of            2013-05-23

*************************   Introduction   ****************************

This rap sheet was produced in response to the following request:

FBI Number       (P-1), (P)
State Id Number  MA10517872 ()
Purpose Code     C
Attention        (P-1), (P)

The information in this rap sheet is subject to the following caveats:


************************   IDENTIFICATION   ***************************

Subject Name(s)

TODASHEV, IBRAGIM
TODASHEV, IBRAGIM   (AKA)

Subject Description

                       State Id Number
                       MA10517872 (MA)

Social Security Number
(P-1)


Sex                  Race
Male                 White

Height               Weight                  Date of Birth
5'10" (2010-02-11)   165 (2010-02-11)        (P-1), (P)

Hair Color           Eye Color
Brown (2010-02-11)   Brown (2010-02-11)
```

4

```
Place of Birth
Romania/Rumania
Residence
Residence as of         2010-02-11
                        20 Harding St, CAMBRIDGE, MA, US


Photo Images
Available Image         Mugshot
Capture Date            2010-02-11
(Transmitted Image Suppressed:
  Type: Format: Size:K  Comment:Face - Front)


************************* CRIMINAL HISTORY *************************

========================= Cycle 001 =================================
Earliest Event Date     2010-02-11
---------------------------------------------------------------------
Arrest Date             2010-02-11
Arrest Case Number      TBOS100025810
Arresting Agency        BOSTON PD
Subject's Name          TODASHEV, IBRAGIM
        Charge Literal  Person, Disorderly
             Severity   Unknown
        Charge Literal  Resisting Arrest
             Severity   Unknown
        Charge Literal  Driving to Endanger
             Severity   Unknown
************************* INDEX OF AGENCIES *************************

Agency                  BOSTON PD; ;


* * * END OF RECORD * * *
* * * END OF RECORD * * *  --END--
```

5