## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

      Plaintiff,

v.                                  CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

      Defendants.
_____/

## INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
## MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT

**Exhibit 4**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

                Plaintiffs,

v.                                                CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

                Defendants.
_____/

## DECLARATION OF HEATHER BUTTERS IN SUPPORT OF INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT

I, Heather Butters, declare under penalty of perjury as follows:

1. I am currently a Supervisory Special Agent of the Federal Bureau of Investigation (FBI) assigned to FBI Headquarters in Washington, D.C. I entered on duty with the FBI in 1998. I am currently the Unit Chief for the FBI's Initial Processing Unit, Internal Investigations Section, Inspection Division and have been in this position since October 2017.

2. My prior FBI assignments have included the Washington Field Office and the San Diego Field Office.

3. In 2013, I served as a Team Leader assigned to the FBI's Shooting Incident Review Team (SIRT), which responded to the May 22, 2013, shooting of Ibragim Todashev in

Orlando, Florida. As a Team Leader on the SIRT, my duties included overseeing the interviews and the gathering of information about the 2013 Ibragim Todashev shooting.

4. With respect to the above-captioned case, I reviewed the documents listed in paragraph 6 of this declaration, the photographs listed in paragraphs 7 and 8 of this declaration, and the CD-ROM and transcript listed in paragraph 9 of this declaration. This declaration is based upon my personal knowledge; my review of the documents listed in paragraph 6 of this declaration, the photographs listed in paragraphs 7 and 8 of this declaration, and the CD-ROM and transcript listed in paragraph 9 of this declaration; and information provided to me in my official capacity.

5. This declaration is in support of Individual Federal Defendant Aaron McFarlane's Motion for Pre-Discovery Summary Judgment in the above-captioned case.

6. The following documents are true and correct copies of documents kept in the ordinary course of business by the FBI in Washington D.C., and were obtained by the FBI's SIRT in connection with the 2013 Ibragim Todashev shooting incident:

    a. 05/28/2013 Sworn Statement of Aaron McFarlane, attached as **Exhibit 1** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

    b. 05/29/2013 Sworn Statement of Curtis Cinelli, attached as **Exhibit 2** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

    c. 05/23/2013 Ibragim Todashev National Crime Information Center Report, attached as **Exhibit 3** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

    d. 11/13/2013 Report of Examination, attached as **Exhibit 6** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

  e. 09/18/2013 Report of Examination, attached as **Exhibit 11** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

  f. 10/28/2013 Report of Examination, attached as **Exhibit 12** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

  g. 07/07/2013 Report of Examination, attached as **Exhibit 15** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

  h. 09/30/2013 Supplemental Report of Examination, attached as **Exhibit 16** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

7. The investigative file reflects that on May 22, 2013, the FBI Evidence Response Team arrived at 6022 Peregrine Avenue, Orlando, Florida 32819 to respond to a reported shooting incident. FBI Special Agent Karen Cowan was assigned to photograph the scene of the shooting. The original photographs were then placed into the investigative file. The following photographs are true and correct copies of photographs located in the SIRT file for the shooting of Ibragim Todashev and are identified as part of the Evidence Response Team Casebook's Photographic Log and kept in the ordinary course of business in Washington, D.C.

  a. Photograph Number 28 from Roll 1, attached as **Exhibit 9** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

  b. Photograph Number 30 from Roll 1, attached as **Exhibit 13** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

  c. Photograph Number 40 from Roll 1, attached as **Exhibit 7** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

- 4 -

    d.    Photograph Number 56 from Roll 1, attached as **Exhibit 5** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

8. During the investigation of the Ibragim Todashev shooting, the FBI received a copy of a photograph of a text message, which I understand was sent by Officer Curtis Cinelli to SA Aaron McFarlane. A copy of the photograph depicting this text message is a true and correct copy of a photograph in our investigative file, which is kept in the ordinary course of business in Washington, D.C., and is identified as follows:

    a.    Photograph IMG_1774, attached as **Exhibit 8** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

9. Pursuant the records gathered for the FBI's investigative file, on May 22, 2013, former Task Force Officer Christopher Savard placed a 9-1-1 call to the Orlando Police Department at 12:05 a.m. Pursuant to an FBI report (FD-302) dated May 24, 2013, the original or native recording of that call was copied onto a CD-ROM and placed into the FBI's investigative file. A copy of the CD-ROM was then provided to a certified court stenographer in January 2018 for transcription. That transcript is attached as **Exhibit 14** to the Motion for Pre-Discovery Summary Judgment in the above-captioned case.

I declare, under the laws of the United States, that the foregoing is true and correct.

Executed this 2nd day of February, 2018.

                                                  Heather Butters
                                                Unit Chief, SSA
                                                Federal Bureau of Investigation