## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

        Plaintiff,

v.                                     CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

        Defendants.
_____/

## INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
## MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT

**Exhibit 5**

My name is IBRAGIM TODASHEV I wanna tell story about the robbery me and Tim did in maldem in september of 2011 That was offered by Tamerlan we went he offered to me to rob the drug dealors we went to their house we got in there and tim had a gun he pointed a gun the guy that opened the door for us and the we went upstairs into the house