**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

           Plaintiff,

v.                                    CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

           Defendants.

_____/

**INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S**
**MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT**

**Exhibit 6**

UNCLASSIFIED



# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To:   Tampa
      ORA5

Date:  November 13, 2013

Case ID No.:  (F)

Lab No.:  (H)

Reference:   Communications dated October 9, 2013, and October 18, 2013

Your No.:

Title:   IBRAGIM TODASHEV;
         SPECIAL AGENT AARON MCFARLANE;
         May 22, 2013

Dates specimens received:  October 10, 2013 and October 22, 2013

The specimen listed below was submitted under cover of communication dated October 9, 2013, assigned Laboratory number ___(H)___ and examined in the Latent Print Operations Unit:

Q31      One (1) notebook (1B2, ___(H)___

The specimen listed below was submitted under cover of communication dated October 18, 2013, assigned Laboratory number ___(H)___ and examined in the Latent Print Operations Unit:

K6       Fingerprints and palm prints of Ibragim Todashev (1B31, ___(H)___

This report documents the friction ridge print examinations.

**Results of Examinations:**

Six latent fingerprints and two latent palm prints of value were detected on Q31.

The six latent fingerprints and one latent palm print detected on Q31, a notebook, have been identified as fingerprints and a palm print of IBRAGIM TODASHEV, UCN ___(H)___

The remaining latent palm print is not a palm print of TODASHEV.

Page 1 of 3

UNCLASSIFIED

UNCLASSIFIED

**Methods:**

Items of evidence submitted to the Latent Print Operations Unit for examination may be examined visually, examined with various light sources, and/or processed with chemicals and powders to detect the presence of latent friction ridge prints.  The specific sequence of examinations and processes depends upon the nature of the evidence.

Friction ridge print examinations are conducted using the Analysis, Comparison, Evaluation, and Verification methodology (ACE-V), which includes an assessment of the quantity and quality of the information present. The steps of ACE-V are applied to each examination as appropriate.

Analysis is the assessment of a friction ridge print to determine if sufficient reliable details are present to conduct a comparison with another print and to reach an identification conclusion.  If these conditions are met, the print is determined to be of value.

Comparison is the direct side-by-side observation of friction ridge prints of value to determine whether or not the information in two prints is in agreement.

Evaluation is the formulation of a conclusion based on the information gathered during the analysis and comparison of the friction ridge prints.

Conclusions that can be reached are as follows:

- Identification - the determination that there is sufficient quality and quantity of detail in agreement to conclude that two friction ridge prints originated from the same source.

- Exclusion - the determination that there is sufficient quality and quantity of detail in disagreement to conclude that two friction ridge prints did not originate from the same source.

- Inconclusive - the determination that corresponding areas of friction ridge prints are absent and/or unreliable and therefore cannot be identified or excluded.

Verification is the independent application of the analysis, comparison, and evaluation phases of the ACE-V methodology to a friction ridge print by another examiner.

Page 2 of 3

(H)

UNCLASSIFIED

UNCLASSIFIED

**Interpretations:**

The presence of a friction ridge print on an item of evidence indicates contact was made between the source and the item of evidence.  The presence of a friction ridge print alone does not necessarily indicate the significance of the contact or the time frame during which the contact occurred.

Due to the many factors involved in the deposition of a friction ridge print, neither the absence of a friction ridge print on evidence nor the exclusion of a friction ridge print with a given source disassociate that source from having touched the evidence.

**Remarks:**

Fully and clearly recorded palm prints for SA AARON MCFARLANE; JOEL GAGNE, UCN [____(H)____] and CURTIS CINELLI, UCN [____(H)____] recorded in connection with this case as necessary, should be submitted to the FBI Laboratory's Evidence Control Unit with correspondence referencing FBI Laboratory number [____(H)____] The submitted prints will be used for comparisons and any latent print testimony you may desire in this matter.

The known prints of TODASHEV should be retained in your files for possible future court use.  The individual who recorded these prints will be a necessary witness.

For questions about the content of this report, please contact Physical Scientist/Forensic Examiner (P-1), (P) [_____] at (P) [_____]

For questions about the status of your submissions, including any remaining forensic examinations, please contact Request Coordinator (P-1), (P) [_____] at (P) [_____]

The specimens and photographs of the detected latent prints of value are being returned under separate cover.  The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files.

(P-1), (P) [_____]

Latent Print Operations Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 3 of 3

(H) [_____]

UNCLASSIFIED