**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

     Plaintiff,

v.           CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

     Defendants.
_____/

**INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S**
**MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT**

**Exhibit 8**

**Aaron Mcfarlane, Joe...**
2 recipients

**Me:**

Be on guard. He is in vulnerable position to do something bad. Be on guard now. I see him looking around at times

Sent: 12:03am, May 22

**Me:**

Well done this week man well done joy some time at home in will talk soon

Sent: 7:28pm, May 23

**Me:**

That was supposed to say well done men we all got through it and are now heading home. Great work

Sent: 7:29pm, May 23

Group conversation

MMS

Compose message

Send