**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

        Plaintiff,

v.                                    CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

        Defendants.
_____/

**INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT**

**Exhibit 11**

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To: Tampa
    TP-ORA5
    (P-1), (P)

Date: September 18, 2013

Case ID No.: (F)

Lab No.: (H)

Reference: Communications dated August 6, 2013 and August 15, 2013

Your No.:

Title: IBRAGIM TODASHEV;
SPECIAL AGENT AARON MCFARLANE;
May 22, 2013

Dates specimens received: August 8, 2013 and August 16, 2013

**THE FOLLOWING ITEMS WERE SUBMITTED TO THE FBI LABORATORY BY FBI TAMPA PER REQUEST OF FBI INSPECTION DIVISION:**

**The specimen listed below was examined in the Nuclear DNA Unit under cover of communication dated August 6, 2013** (H) **:**

Q22    Suit coat (1B4, (H)

**The specimens listed below were examined in the Nuclear DNA Unit under cover of communication dated August 15, 2013** (H)

Q26    White table (1B32, (H)

Q27    Shelf from table (1B33, (H)

This report contains the results of the serological and nuclear DNA analyses.

**Results of Serological Examinations:**

Blood was identified[1] on specimens Q22, Q26, and Q27.

Page 1 of 4

UNCLASSIFIED

**Results of Nuclear DNA Examinations:**

Specimens Q22-1 (cutting from bloodstain on suit coat), Q22-2, Q22-4, Q22-7, Q22-10 (cuttings from stains on the suit coat), Q26-1, Q26-2 (swabbings of bloodstains on table), Q26-3 (swabbing of stain on the table), Q27-1 (swabbing of bloodstain on shelf), Q27-4 (swabbing of stain on shelf), Q27-5, and Q27-6 (swabbings of bloodstains on shelf) were subjected to deoxyribonucleic acid (DNA) typing by the polymerase chain reaction (PCR). The AmpFℓSTR® Identifiler® Plus PCR Amplification Kit was used for this analysis.[2]

Based on the typing results from the amelogenin locus, male DNA[3] is present in the DNA obtained from specimens Q22-1, Q22-2, Q22-4, Q22-7, Q22-10, Q26-1, Q26-2, Q26-3, Q27-1, Q27-4, Q27-5, and Q27-6.

The STR typing results from specimens Q22-1, Q22-2, Q22-4, Q22-7, Q22-10, Q26-1, Q26-2, Q26-3, Q27-1, Q27-4, Q27-5, and Q27-6 were compared to the STR typing results from specimen K70 (TODASHEV), a known sample from IBRAGIM TODASHEV [submitted under FBI Laboratory Number (H) AAR FY, FBI Case ID (F) and reported in the FBI Laboratory report dated May 19, 2013].

Based on the STR typing results, specimen K70 (TODASHEV) is excluded as a potential contributor of the DNA obtained from specimens Q22-7, Q26-2, and Q27-4.

The STR typing results from specimen Q27-1 indicate the presence of DNA from two or more individuals. A male major contributor can be discerned and is suitable for comparison purposes. The STR typing results for the minor contributor to specimen Q27-1 are suitable for matching purposes. Specimen K70 (TODASHEV) is excluded as a potential contributor of the DNA obtained from specimen Q27-1.

The STR typing results from specimens Q22-1, Q22-2, Q22-4, Q22-10, Q26-1, Q26-3, Q27-5, and Q27-6 indicate the presence of DNA from two or more individuals. The STR typing results for the minor contributor to specimens Q22-1, Q22-2, Q22-4, Q22-10, Q26-1, Q26-3, Q27-5, and Q27-6 are not suitable for matching purposes; however, they may be utilized for exclusionary purposes.[4] Specimen K70 (TODASHEV) is excluded as a potential contributor of the DNA obtained from specimens Q22-1, Q22-2, Q22-4, Q22-10, Q26-1, Q26-3, Q27-5, and Q27-6.

It is noted that the DNA profile obtained from specimens Q22-7, Q26-2, and Q27-4, and the major DNA profile obtained from specimens Q22-1, Q22-2, Q22-4, Q22-10,

UNCLASSIFIED

Q26-1, Q26-3, Q27-1, Q27-5, and Q27-6 are consistent with having originated from the same male individual.

The DNA typing results obtained from the tested specimens are not eligible for entry into the Combined DNA Index System (CODIS). These results will be maintained by the FBI Laboratory for possible future comparisons.

No other serological or nuclear DNA examinations were conducted.

**Methods/Limitations:**

The following methods and limitations apply to the results/conclusions provided in the results section(s) of this report and are referenced by number in the body of the text for clarity.

[1] The identification of blood on an item is established by first using, when applicable, the presumptive phenolphthalin test followed by the confirmatory Takayama Hemochromogen test.

[2] The AmpFℓSTR® Identifiler® Plus PCR Amplification Kit includes the amelogenin locus and the autosomal STR loci (from non-sex chromosomes) D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, and FGA. The amelogenin locus is used for sex determination. Insufficient DNA quality and/or quantity can affect the ability to generate a DNA typing result and is not an absolute determination that an individual did not come into contact with an item of evidence.

[3] The presence of male DNA in a mixture may limit the ability to determine if female DNA is also present in that mixture.

[4] As used here, STR typing results are deemed not suitable for matching purposes (i.e., inconclusive) when the potential exists that not all of the genetic information in a biological sample has been detected. For STR typing results to be used for matching purposes, sufficient DNA quality and/or quantity is necessary.

Page 3 of 4

(H)

UNCLASSIFIED

UNCLASSIFIED



**Remarks:**

The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files. The submitted items will be returned to you under separate cover. For questions about the content of this report, please contact Forensic Examiner (P), (P-1) at (P) . For questions about the status of your submission, including any remaining forensic examinations, please contact Supervisory Special Agent (P), (P-1) at (P) (P).

In addition to the evidence in the case, the Nuclear DNA Unit has generated secondary evidence that will also be returned to you. The secondary evidence can be found in a package marked NUCLEAR DNA UNIT SECONDARY EVIDENCE. It is recommended that this evidence be stored in a refrigerator or freezer and isolated from evidence that has not been examined.

(P), (P-1)

Nuclear DNA Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 4 of 4

(H)

UNCLASSIFIED