**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

        Plaintiff,

v.                                CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

        Defendants.
_____/

**INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT**

**Exhibit 12**



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

# REPORT OF EXAMINATION

To: TAMPA
TP-ORA5
(P), (P-1) (H)

Date: October 28, 2013

Case ID No.: (F)

Lab No.: (H)

Reference: Communication dated October 3, 2013

Your No.:

Title: IBRAGIM TODASHEV;
SPECIAL AGENT AARON MCFARLANE;
May 22, 2013

Date specimens received: October 8, 2013

**The specimens listed below were examined in the Nuclear DNA Unit:**

**THE FOLLOWING ITEMS WERE SUBMITTED TO THE FBI LABORATORY BY FBI TAMPA PER REQUEST OF FBI INSPECTION DIVISION:**

Q28    Dark pants (1B15, (H)

Q29    Dark coat (1B16, (H)

Q30    Dress shirt (1B18,

This report contains the results of the serological and nuclear DNA analyses.

**Results of Serological Examinations:**

Blood was identified[1] on specimens Q28, Q29, and Q30.

**Results of Nuclear DNA Examinations:**

Specimens Q28-1 and Q28-2 (cuttings from bloodstains on pants), Q29-1 (cutting from bloodstain on coat), and Q30-1 (cutting from bloodstain on dress shirt) were subjected to

deoxyribonucleic acid (DNA) typing by the polymerase chain reaction (PCR). The AmpF$\ell$STR® Identifiler® Plus PCR Amplification Kit was used for this analysis.[2]

Based on the typing results from the amelogenin locus, male DNA is present in the DNA obtained from specimens Q28-1, Q28-2, Q29-1, and Q30-1.

The STR typing results from specimens Q28-1, Q28-2, Q29-1, and Q30-1 are consistent with having arisen from a single individual and are suitable for comparison purposes.

It is noted that for comparison purposes, specimen Q30-1 is being used as alternate reference samples for AARON MCFARLANE and hereafter will be designated specimen Q30-1 (MCFARLANE) to further differentiate it from the other questioned (Q) specimens analyzed.

The STR typing results from specimen Q30-1 (MCFARLANE) were compared to the STR typing results from specimens Q22-1 (cutting from bloodstain on suit coat), Q22-2, Q22-4, Q22-7, Q22-10 (cuttings from stains on the suit coat), Q26-1, Q26-2 (swabbings of bloodstains on table), Q26-3 (swabbing of stain on the table), Q27-1 (swabbing of bloodstain on shelf), Q27-4 (swabbing of stain on shelf), Q27-5, and Q27-6 (swabbings of bloodstains on shelf) [submitted under FBI Laboratory numbers ▓▓▓ (H) ▓▓▓ and ▓▓▓ (H) ▓▓▓ and reported in the FBI Laboratory report dated September 18, 2013].

Based on the STR typing results[3] and to a reasonable degree of scientific certainty, specimen Q30-1 (MCFARLANE) is the source[4] of the DNA obtained from specimens Q22-7, Q26-2, and Q27-4.

Based on the STR typing results[3] and to a reasonable degree of scientific certainty, specimen Q30-1 (MCFARLANE) is the major contributor[4] of the DNA obtained from specimens Q22-1, Q22-2, Q22-4, Q22-10, Q26-1, Q26-3, Q27-1, Q27-5, and Q27-6.

The DNA typing results obtained from the tested specimens are not eligible for entry into the Combined DNA Index System (CODIS). These results will be maintained by the FBI Laboratory for possible future comparisons.

No other serological or nuclear DNA examinations were conducted.

**Methods/Limitations:**

The following methods and limitations apply to the results/conclusions provided in the results section(s) of this report and are referenced by number in the body of the text for clarity.

[1] The identification of blood on an item is established by first using, when applicable, the presumptive phenolphthalin test followed by the confirmatory Takayama Hemochromogen test.

[2] The AmpFℓSTR® Identifiler® Plus PCR Amplification Kit includes the amelogenin locus and the autosomal STR loci (from non-sex chromosomes) D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, and FGA. The amelogenin locus is used for sex determination. Insufficient DNA quality and/or quantity can affect the ability to generate a DNA typing result and is not an absolute determination that an individual did not come into contact with an item of evidence.

[3] Not all loci at which amplification is attempted will yield conclusive results; a statistical estimate (random match probability) has been based on loci with conclusive typing results for which allelic frequency data are available. The random match probability is defined as the chance of selecting a biologically unrelated individual at random having an STR profile matching the DNA obtained from the questioned specimen. The uncertainty associated with a random match probability calculated using any of the FBI databases has been empirically demonstrated to be less than 10-fold in either direction (e.g., for a random match probability estimate of 1 in 10 million, the true frequency of that profile can be confidently expected to be between 1 in 1 million and 1 in 100 million). This confidence interval is supported by the 1996 National Research Council report entitled "The Evaluation of Forensic DNA Evidence" and is based on published data from the 1993 study entitled "VNTR Population Data: A Worldwide Study."

[4] This opinion is based upon the outcome of a statistical calculation in which the probability of selecting an unrelated individual at random from an African American, Caucasian, Southeastern Hispanic, or Southwestern Hispanic population having a DNA profile matching the contributor (source/major/minor) of the DNA obtained from the questioned specimen(s) was determined to be equal to, or less than, 1 in 6 trillion individuals.

UNCLASSIFIED

**Remarks:**

    The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files.  The submitted items will be returned to you under separate cover.  For questions about the content of this report, please contact Forensic Examiner (P), (P-1) at (P)  For questions about the status of your submission, including any remaining forensic examinations, please contact Supervisory Special Agent (P), (P-1), at (P) (P).

    In addition to the evidence in the case, the Nuclear DNA Unit has generated secondary evidence that will also be returned to you.  The secondary evidence can be found in a package marked NUCLEAR DNA UNIT SECONDARY EVIDENCE.  It is recommended that this evidence be stored in a refrigerator or freezer and isolated from evidence that has not been examined.

(P-1), (P)
Nuclear DNA Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 4 of 4

(H)

UNCLASSIFIED