## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

      Plaintiff,

v.                                          CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

      Defendants.
_____/

**INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT**

**Exhibit 14**

**EST. OF IBRAGIM TODASHEV v. CEM-DCI, ET AL., MAY 22, 2013**

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT

 2               MIDDLE DISTRICT OF FLORIDA

 3                   ORLANDO DIVISION

 4  ---------------------------------------x

 5  ESTATE OF IBRAGIM TODASHEV, by          x

 6  HASSAN SHIBLY, as Personal              x

 7  Representative of the ESTATE OF         x

 8  IBRAGIM TODASHEV, and for the           x

 9  Survivors, ABDULBAKI TODASHEVE,         x Case No.:

10  Father, and ZULLA TODASHEVA, Mother.    X 6:17-cv-0919-

11          Plaintiffs,                     x CEM-DCI

12               v.                         x

13  UNITED STATES OF AMERICA and            x

14  AARON McFARLANE, CHRISTOPHER            x

15  JOHN SAVARD, CURTIS CINELLI, and        x

16  JOEL GAGNE, individually,               x

17          Defendants.                     x

18  ---------------------------------------x

19                               Wednesday, May 22, 2013

20                     911 CALL

21                    12:05 a.m.

22
```

EST. OF IBRAGIM TODASHEV Vs. CEM-DCI, ET AL., MAY 22, 2013

```
                                                   Page 2
 1                P R O C E E D I N G S
 2        POLICE DISPATCHER:  Orlando Police Radio.
 3        OFFICER:  Hey, this is [redacted].  I'm at
 4   6022 Peregrine Avenue.  I need a patrol unit.  I
 5   need an OFD.  We have an FBI agent who's been
 6   stabbed -- well, hit in the head with a -- with a
 7   blunt object.  And we have -- we have a suspect
 8   down on the ground.  Shots fired.
 9        Everything's good.  Everything's down.  The
10   subject is down on the ground.  We've got an FBI
11   guy bleeding in the head.  [Redacted] and we're at
12   6022 Peregrine Avenue.
13        DISPATCHER:  And is that in the County?
14   Peregrine Avenue?
15        OFFICER:  No, it's in the City.
16        DISPATCHER:  It's in the City.  [Redacted.]
17   Do you need me to give you a channel?
18        OFFICER:  No, no, no, no, I'm good.
19   Everything -- everything is secured.  Everything
20   is secured.  We just need -- I need a -- I need a
21   patrol supervisor.  Actually, bring a -- actually
22   send a watch commander and I'm going to need a
```

**EST. OF IBRAGIM TODASHEV V. CEM-DCI, ET AL., MAY 22, 2013**

```
                                                          Page 3
 1      lifty [phonetic], I got a -- like I said, I got an
 2      FBI agent who's been hit in the head with a blunt
 3      object and I have a subject down on the ground
 4      who's been shot multiple times.
 5          [Redacted.]
 6          OFFICER:  6022 Peregrine Avenue.
 7          DISPATCHER:  No, no.  What's your unit number?
 8      I'm so sorry.
 9          [Redacted.]
10          DISPATCHER:  Okay.  I'm going to go ahead and
11      get that out to you, okay?  You want to stay on
12      the phone --
13          OFFICER:  I don't have my -- yeah, because I
14      don't have my radio with me.  My radio is in the
15      car.
16          So this just went down, so if you can get me a
17      unit over here as quick as possible, especially a
18      watch command and -- and OFD because, like I said,
19      I got an agent who's been hit in the head.
20          DISPATCHER:  All right.  I have to -- I'm
21      going to give you a channel too and I'm going to
22      put it on emergency west, okay?  I know you don't
```

**EST. OF IBRAGIM TODASHEV vs. CEM-DCI, ET AL., MAY 22, 2013**

```
                                                       Page 4

 1     have your radio --
 2            OFFICER:  Listen, I don't have -- no, I don't
 3     have my radio, so…
 4            DISPATCHER:  Okay.
 5            OFFICER:  But if you can get somebody here as
 6     quick as possible, all right?
 7            DISPATCHER:  Okay.  No problem.
 8            OFFICER:  I'll give you my -- can you write my
 9     -- can you write my phone number down so you can
10     call me?
11            DISPATCHER:  Yes.
12            [Redacted.]
13            DISPATCHER:  No problem.  We'll get some over
14     to you right now, okay?
15            OFFICER:  All right.  Thank you.
16            DISPATCHER:  Okay.  Bye-bye.
17                       *   *   *
18            FIRE DISPATCHER:  Orlando Fire.
19            DISPATCHER:  Can you come out to 6022
20     Peregrine Avenue?
21            FIRE DISPATCHER:  6022 Peregrine.  All right,
22     Kay, come on.  Windhover Condos?
```

**EST. OF IBRAGIM TODASHEV vs. CEM-DCI, ET AL., MAY 22, 2013**

Page 5

1       DISPATCHER:  He didn't tell me.

2       FIRE DISPATCHER:  Oh, okay.  It's coming up as
3   Windhover Condos.

4       DISPATCHER:  Okay.

5       FIRE DISPATCHER:  Okay.  Whatcha got?

6       DISPATCHER:  I've got an FBI agent that was
7   hit in the head with a blunt object, and I also
8   have a suspect that's down on the ground with
9   multiple gunshot wounds.

10      FIRE DISPATCHER:  Oh.  Is the scene secure?

11      DISPATCHER:  I'm going to say yes.

12      FIRE DISPATCHER:  Okay.  You guys are there?

13      DISPATCHER:  Yes, we're there.

14      FIRE DISPATCHER:  Okay.  And a shooting
15   victim.  Okay.  We'll see you there.

16      All right.  Thanks.

17      (Whereupon, the call was concluded.)

18

19

20

21

22

**EST. OF IBRAGIM TODASHEV vs. CEM-DCI, ET AL., MAY 22, 2013**

Page 6

1  CERTIFICATE OF TRANSCRIBER

2  I, PAMELA J. ALEXANDER, do hereby certify that

3  this transcript was prepared from audio to the best of

4  my ability.

5

6  I am neither counsel for, related to, nor

7  employed by any of the parties to this action, nor

8  financially or otherwise interested in the outcome of

9  this action.

10

11

12  _____           *Pamela J Alexander*

13  JANUARY 30, 2018        PAMELA J. ALEXANDER

14

15

16

17

18

19

20

21

22