## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

        Plaintiff,

v.                                          CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

        Defendants.
_____/

### INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
### MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT

**Exhibit 15**

7-1 (Rev. 7-10-06)

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

# REPORT OF EXAMINATION

To: TAMPA
TP-ORA5
(P), (P-1)

Date: July 7, 2013

Case ID No.: (F)

Lab No.: (H)

Reference: Communications dated May 29, 2013, June 12, 2013 and June 25, 2013.

Your No.:

Title: IBRAGIM TODASHEV;
SPECIAL AGENT AARON MCFARLANE;
May 22, 2013

Date specimens received: May 31, 2013, June 14, 2013 and June 26, 2013

The following items were received in the Firearms/Toolmarks Unit:

**THE FOLLOWING ITEMS WERE ACQUIRED FROM THE DISTRICT 9 MEDICAL EXAMINER, 2350 EAST MICHIGAN STREET ORLANDO, FLORIDA AND SUBMITTED TO THE LABORATORY FOR EXAMINATION (Communication dated May 29, 2013 assigned Laboratory number** (H)

Q9   Projectile from right chest wall (Your 1B23)

Q10  Projectile from heart (Your 1B23)

Q11  Projectile from left base of skull (Your 1B23)

Q12  Projectile from right back (Your 1B23)

1- (F)

Page 1 of 7

UNCLASSIFIED

Q13    Projectile from left lower lung lobe (Your 1B23)

Q14    Projectile from stomach (Your 1B23)

**THE FOLLOWING ITEMS WERE ACQUIRED BY FBI TAMPA AND SUBMITTED TO THE LABORATORY FOR EXAMINATION (Communication dated June 12, 2013 assigned Laboratory number ▓▓▓ (H)**

Q15    Shell casing (EV2) (Item 1B7, ▓▓(H)

Q16    Shell casing (EV3) (Item 1B8,

Q17    Shell casing (EV4) (Item 1B9,

Q18    Shell casing (EV5) (Item 1B10

Q19    Shell casing (EV6) (Item 1B11

Q20    Shell casing (EV7) (Item 1B12

Q21    Shell casing (EV12) (Item 1B13,

**THE FOLLOWING ITEM WAS ACQUIRED BY FBI TAMPA AND SUBMITTED TO THE LABORATORY FOR EXAMINATION (Communication dated June 25, 2013 assigned Laboratory number ▓▓▓ (H)**

K5     Glock #23, Serial ▓▓(H) (Item 1B22, ▓▓(H)

The results of the firearms examination are included in this report.

**Results of Examinations:**

Specimens Q9 through Q14 are .40/10mm caliber copper jacketed hollow point bullets which were fired from a polygonal rifled barrel with six grooves, right twist. The Q9 through Q14 bullets were identified as having been fired from the barrel of the K5 pistol. 

UNCLASSIFIED

Specimens Q15 through Q21 are .40 S&W caliber cartridge cases which bear the headstamp of Winchester ammunition. The Q15 through Q21 cartridge cases were identified as having been fired in the K5 pistol.

Specimen K5 is a .40 S&W caliber Glock pistol, Model 23, Serial Number ▓▓(H)▓▓ The K5 pistol functioned normally when test fired in the Laboratory.

**Methods:**

Bullets

Two bullets, either two evidence items or one evidence item and one bullet test fired in the Laboratory, undergo two stages of comparison. First, the bullets are examined to determine and compare their class characteristics. The class characteristics of fired bullets include diameter, number of land and groove impressions, direction of twist, and the widths of the land and groove impressions. If the class characteristics of the two bullets are not clearly different, the examination moves to a second stage using comparative microscopy.

A microscopic comparison examination consists of a search of the striated marks present on two bullets to determine if patterns of similarity exist. At the completion of these comparisons, one of the following three opinions is issued:

1) Exclusion (Elimination)

If two bullets have different class characteristics, an Exclusion opinion is rendered.

Exclusion opinions based on a measured class difference or the physical comparison of a discernible difference in class characteristics cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

2) Identification

If the following conditions are met during the comparison of microscopic marks, an opinion of Identification is rendered:

    a) The degree of similarity is greater than the Examiner has ever observed in previous evaluations of bullets known to have been fired from different barrels.

Page 3 of 7

▓▓(H)▓▓

UNCLASSIFIED

b) The degree of similarity is comparable to that normally observed in bullets known to have been fired from the same barrel.

An Identification opinion cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

3) Inconclusive (No Conclusion)

If the conditions required for an Exclusion or Identification are not observed, an opinion of Inconclusive is rendered. A failure to meet the conditions for an Exclusion or Identification could be the result of limited microscopic marks of value, a lack of any observed microscopic similarity, or microscopic similarity that is present but too limited to meet the criteria for identification.

Cartridge Cases

Two cartridge cases, either two evidence items or one evidence item and one cartridge case test fired in the Laboratory, undergo two stages of comparison. First, the cartridge cases are examined to determine and compare their class characteristics. The class characteristics of fired cartridge cases include caliber, shape of firing pin impression, shape and orientation of breech face marks, and relative locations of extractor and ejector marks. If the class characteristics of the two cartridge cases are not clearly different, the examination moves to a second stage using comparative microscopy.

A microscopic comparison examination consists of a search of the impressed and striated toolmarks present on two cartridge cases to determine if patterns of similarity exist. At the completion of these examinations, one of the following three opinions is issued:

1) Exclusion (Elimination)

If two cartridge cases have clearly different class characteristics, an Exclusion opinion is rendered.

Exclusion opinions based on a measured class difference or the physical comparison of a discernible difference in class characteristics cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

Page 4 of 7

(H)

2) Identification

If the following conditions are met during the comparison of microscopic marks, an opinion of Identification is rendered:

    a) The degree of similarity is greater than the Examiner has ever observed in previous evaluations of cartridge cases known to have been fired in different firearms.

    b) The degree of similarity is comparable to that normally observed in cartridge cases known to have been fired in the same firearm.

An Identification opinion cannot be reported unless a second qualified firearms/toolmarks examiner has examined the items in question and reached the same conclusion.

3) Inconclusive (No Conclusion)

If the conditions required for an Exclusion or Identification are not observed, one of two types of inconclusive results can be reported. An opinion of No conclusion is rendered if the impressed and/or striated toolmarks present in either or both of the specimens are of poor quality, have limited microscopic marks of value, lack any observed microscopic similarity, or microscopic similarity that is present but too limited to meet the criteria for identification. An opinion of nothing found to indicate is rendered if the microscopic marks of value on both specimens are of good quality but lack correspondence in the impressed and/or striated marks.

Firearms

    The make, model and caliber of a firearm are normally determined by directly observing manufacturer markings on the firearm in question. When these are not present, published materials and firearms in the Laboratory's Reference Firearms Collection may be used to make determinations.

    Unless otherwise noted, submitted firearms are test fired:
1) in the condition they are received in the Firearms/Toolmarks Unit,
2) with ammunition from the Laboratory's Reference Ammunition File,
3) in a manner that allows for testing of available modes of fire such as manual safety engaged, manual safety disengaged, single action, double action, semi-automatic, fully automatic, etc.

UNCLASSIFIED

**Limitations:**

Bullets

Firearms/Toolmark Identification is an empirical science that relies on objective measurements and a subjective comparison of microscopic marks of value.

Due to random changes in barrels such as wear, corrosion and lead accumulation, bullets fired from the same barrel are sometimes not identifiable as such. Additionally, some barrel manufacturing methods routinely produce barrels that leave limited microscopic marks of value on fired bullets. Damaged, corroded or fragmented bullets may be of little or no value for comparison purposes.

Cartridge Cases

Firearms/Toolmark Identification is an empirical science that relies on objective measurements and a subjective comparison of microscopic marks of value.

Due to possible changes in firearm operating surfaces from wear, corrosion and ordinary fouling and differences in ammunition design and construction, cartridge cases fired in the same firearm are sometimes not identifiable as such. Additionally, some firearm manufacturing methods routinely produce working surfaces that leave limited microscopic marks of value on fired cartridge cases.

Firearms

The results of firearms function examinations describe the operating condition of the firearm as it was received in the Firearms/Toolmarks Unit.

**Remarks:**

       The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files. The submitted items and FTU secondary evidence will be returned under separate cover. For questions about the content of this report or the status of other firearms examinations, please contact Examiner (P), (P-1) at (P) For other questions, please contact Request Coordinator SA (P), (P-1) at (P)

(P), (P-1)

Firearms/Toolmarks Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 7 of 7

(H)