**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

        Plaintiff,

v.                                         CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

        Defendants.
_____/

**INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT**

**Exhibit 16**

7-1 (Rev. 7-1-98)

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

# REPORT OF EXAMINATION

To: TAMPA
TP-ORA5
(P-1), (P) ▓ 

Date: September 30, 2013

Case ID No.: (F) ▓

Lab No.: (H) ▓

Reference: Communications dated May 29, 2013, June 25, 2013 and August 6, 2013

Your No.:

Title: IBRAGIM TODASHEV;
SPECIAL AGENT AARON MCFARLANE;
May 22, 2013

Date specimens received: May 31, 2013, June 26, 2013 and August 8, 2013

The following items were received in the Firearms/Toolmarks Unit:

**THE FOLLOWING ITEMS WERE ACQUIRED FROM THE DISTRICT 9 MEDICAL EXAMINER, 2350 EAST MICHIGAN STREET ORLANDO, FLORIDA AND SUBMITTED TO THE LABORATORY FOR EXAMINATION (Communication dated May 29, 2013 assigned Laboratory number** ▓(H)

| | |
|---|---|
| Q9 | Projectile from right chest wall (Your 1B23) |
| Q10 | Projectile from heart (Your 1B23) |
| Q11 | Projectile from left base of skull (Your 1B23) |
| Q12 | Projectile from right back (Your 1B23) |

1-(F) ▓

Page 1 of 4

UNCLASSIFIED

Q13 Projectile from left lower lung lobe (Your 1B23)

Q14 Projectile from stomach (Your 1B23)

**THE FOLLOWING ITEM WAS ACQUIRED BY FBI TAMPA AND SUBMITTED TO THE LABORATORY FOR EXAMINATION (Communication dated June 25, 2013 assigned Laboratory number** ▬(H)▬

K5 Glock #23, Serial ▬(H)▬ (Item 1B22, ▬(H)▬

**THE FOLLOWING ITEM WAS SUBMITTED TO THE FBI LABORATORY BY FBI TAMPA PER REQUEST OF FBI INSPECTION DIVISION (Communication dated August 6, 2013 assigned Laboratory number** ▬(H)▬

Q23 Projectile (1B1, ▬(H)▬

The results of the firearms examinations are included in this report. This report supplements FBI Laboratory report dated July 7, 2013 from the Firearms/Toolmarks Unit.

**Results of Examinations:**

Specimen Q23 is a .40/10mm caliber copper jacketed hollow point bullet which was fired from a polygonal rifled barrel with six grooves, right twist. The Q23 bullet was identified has having been fired from the barrel of the K5 pistol.

**Methods:**

Bullets

Two bullets, either two evidence items or one evidence item and one bullet test fired in the Laboratory, undergo two stages of comparison. First, the bullets are examined to determine and compare their class characteristics. The class characteristics of fired bullets include diameter, number of land and groove impressions, direction of twist, and the widths of the land and groove impressions. If the class characteristics of the two bullets are not clearly different, the examination moves to a second stage using comparative microscopy.

UNCLASSIFIED

A microscopic comparison examination consists of a search of the striated marks present on two bullets to determine if patterns of similarity exist. At the completion of these comparisons, one of the following three opinions is issued:

1) Exclusion (Elimination)

If two bullets have different class characteristics, an Exclusion opinion is rendered.

Exclusion opinions based on a measured class difference or the physical comparison of a discernible difference in class characteristics cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

2) Identification

If the following conditions are met during the comparison of microscopic marks, an opinion of Identification is rendered:

    a) The degree of similarity is greater than the Examiner has ever observed in previous evaluations of bullets known to have been fired from different barrels.

    b) The degree of similarity is comparable to that normally observed in bullets known to have been fired from the same barrel.

An Identification opinion cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

3) Inconclusive (No Conclusion)

If the conditions required for an Exclusion or Identification are not observed, an opinion of Inconclusive is rendered. A failure to meet the conditions for an Exclusion or Identification could be the result of limited microscopic marks of value, a lack of any observed microscopic similarity, or microscopic similarity that is present but too limited to meet the criteria for identification.

**Limitations:**

<u>Bullets</u>

Page 3 of 4

(I)

UNCLASSIFIED

UNCLASSIFIED

Firearms/Toolmark Identification is an empirical science that relies on objective measurements and a subjective comparison of microscopic marks of value.

Due to random changes in barrels such as wear, corrosion and lead accumulation, bullets fired from the same barrel are sometimes not identifiable as such. Additionally, some barrel manufacturing methods routinely produce barrels that leave limited microscopic marks of value on fired bullets. Damaged, corroded or fragmented bullets may be of little or no value for comparison purposes.

**Remarks:**

The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files. The submitted items and FTU secondary evidence will be returned under separate cover. For questions about the content of this report or the status of other firearms examinations, please contact Examiner (P), (P-1) at (P) For other questions, please contact Request Coordinator SA (P), (P-1) at (P)

(P), (P-1)

Firearms/Toolmarks Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 4 of 4

(H)

UNCLASSIFIED