**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

          Plaintiff,

v.                                      CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

          Defendants.
_____/

**INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S
<u>MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT</u>**

**Exhibit 19**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

Plaintiffs,

v.                                                    CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

Defendants.
_____/

**DECLARATION OF JOHN B. GEESLIN IN SUPPORT OF INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S MOTION FOR PRE-DISCOVERY SUMMARY JUDGMENT**

I, John B. Geeslin, declare under penalty of perjury as follows:

1. I am a Supervisory Special Agent (SSA) of the Federal Bureau of Investigation (FBI). I entered on duty with the FBI in October 2005 and served in the Tampa Division of the FBI from 2006 to 2016. I am currently assigned to the FBI's Laboratory Division in Quantico, Virginia.

2. This declaration is based upon my personal knowledge, my review of the photographs identified in paragraph 4 of this declaration, and information provided to me in my official capacity.

3. This declaration is in support of Individual Federal Defendant Aaron McFarlane's Motion for Pre-Discovery Summary Judgment in the above-captioned case.

4. On May 22, 2013, I took photographs of FBI Special Agent (SA) Aaron McFarlane and of his shirt at Florida Hospital South, 601 E. Rollins Street, Orlando, Florida, 32803. The photographs attached as Exhibit 10 to the Motion for Pre-Discovery Summary Judgment in the above-captioned case are true and correct copies (with minor redactions to protect SA McFarlane's privacy and security) of photographs I took of SA McFarlane and his shirt on May 22, 2013 at Florida Hospital South.

I declare, under the laws of the United States, that the foregoing is true and correct. Executed this 2th day of February, 2018.

John B. Geeslin
Federal Bureau of Investigation
Quantico, Virginia