1        RECORDED TRANSCRIPT OF TROOPER ▮▮▮▮▮

2    INTERVIEW CONDUCTED BY CHIEF INVESTIGATOR ERIC EDWARDS

3            CASE NUMBER – 48-2013-UF-000014

4        EE – CHIEF INVESTIGATOR ERIC EDWARDS

5            ▮ – TROOPER ▮▮▮▮▮

6        UK – UNKNOWN PERSON(S) SPEAKING

7        JA – STATE ATTORNEY JEFF ASHTON

8        RR – ATTORNEY RICHARD RAFFERTY

9        BK – ATTORNEY BARRY KOWALSKI (DOJ)

10        ▮ – INSPECTOR ▮▮▮▮▮ (FBI)

11    ▮ – SUPERVISORY SPECIAL AGENT ▮▮▮▮▮ (FBI)

12  **EE:**  Today's date is September 6, 2013.  It's approximately 1125 am.  My name is

13        Eric Edwards.  I am the Chief of Investigations of the State Attorney's Office,

14        Ninth Circuit in Orlando, Florida.  Ah, we are today at 11 Beacon Street, Suite

15        700, is that correct?

16  **UK:**  Yes, Sir.

17  **EE:**  In Boston Massachusetts, um reference the collection of a witness statement for

18        an officer involved use of deadly force that occurred in Orlando on April 22…

19  **UK:**  May.

20  **EE:**  2013.  Our case number is 48203UF000014, um, for the purposes of the

21        recording I would like to have everyone identify themselves in the room.  Ah, first

22        and foremost Trooper um, ▮▮▮ is it?

23  **▮:**  ▮▮▮. Sir.

24  **EE:**  ▮▮▮ um, can you identify your voice for the recording please?

25  **▮:**  My name is ▮▮▮▮▮.  I'm a trooper with the Massachusetts State Police.

1    **EE:**    You may have to speak up a little…

2    **RR:**    Attorney Richard Rafferty with (inaudible) for the State Police.

3    ▮    Sergeant ▮▮▮▮ with the State Police Association.

4    **BK:**    I'm Barry Kowalski and I'm with the Civil Rights Division of the United States

5        Department of Justice.

6    **EE:**    Alright, now we're going to go to the back of the room here.

7    ▮    Ah, Major ▮▮▮▮ Division of Investigative Services, Mass State Police.

8    ▮    Detective Captain ▮▮▮▮ Mass State Police.

9    ▮    Detective Lieutenant ▮▮▮▮ Mass State Police.

10    ▮    Inspector ▮▮▮▮ FBI.

11    ▮    Assistant Inspector ▮▮▮▮ FBI.

12    ▮    Sergeant ▮▮▮▮n, ah, Massachusetts State Police, Violent Fugitive

13        Apprehension Section.

14    **EE:**    And I'd like to correct one thing before we get started.  It was May.  Your meeting

15        was the May 21st through, ah 22nd, just to clear up the dates.  I apologize.

16    **JA:**    For the record, this is Jeff Ashton, State Attorney of the Ninth Judicial Circuit,

17        appearing by um, Skype, by FaceTime, I guess the guys (inaudible).

18    **EE:**    Ok, and the um, via Skype, is that what we call it Jeff?  Um, Trooper, can you

19        raise your right hand for me?

20    **JA:**    Teleconference.

21    **EE:**    Do you swear that the information that you give today is going to be true?

22    ▮    I do.

23    **EE:**    And, thank you.  My understanding is it's freely given and you are completely

24        aware that it's being recorded and that it's a witness statement for the event?

25    ▮    I, I am, and I do, Sir.

1   **EE:**   Alright, I provided ya'll a um, I reviewed most of the documents or all of the

2          documents available um, provided by the FBI regarding their on-going

3          investigative efforts.  Um, in doing so, and I apologize, a lot of the questions will

4          be redundant, based on things you have already provided to them.  Um, our goal

5          here is to collect a sworn, recorded statement for our separate and independent

6          review of the incident.  Ok?

7   ██   Ok.

8   **EE:**   Um, with that, I'd like to start with, can you tell me a little bit about your history in

9          law enforcement, training and experience, things of that nature?

10  ██   Sure.  I ah, originally took employment with the ████████ Police

11         Department in ██ as a part-time, ah, patrolman.  I, I went to a part-time

12         academy, subsequently worked for a couple of years and get on full time,

13         attending a full time ah, State Police Municipal Academy in ██.  Ah, continued

14         my employment on, in patrol until ██ when I left for a position with the State

15         Police in ah, ████████.  I began the State Police Academy, finishing in

16         ████████ and ah, worked on the road until ah, ████████, when I entered

17         the ah, ████████████ out of Middlesex District Attorney's Office.

18  **EE:**   In all that training, that's a lengthy um, time as a law enforcement officer.  A lot of

19         defensive tactics and things of that nature?

20  ██   Yes, Sir.

21  **EE:**   Are you an instructor in any of those?

22  ██   No, sir.

23  **EE:**   Ok.  Well get right to the topic at hand.  You were um, tasked with your um,

24         position with the, the troopers to investigate a certain type of crime.  Um, it's my

25

1        understanding from reading those reports, um, which led you to have a contact

2        with an individual by the name of Igbr, Inge, Ibragim?

3   ██:  Ibragim.

4  EE:  Todashev?

5  ██:  Todashev. Yes, Sir.

6  EE:  Can you tell me about your first contact with him?

7  ██:  Ah, my first contact with him, ah, face to face  was on, on the, the evening of ah,

8        May 21st.

9  EE:  So you didn't have any participation in the ██ ah, interviews that are written

10      about in the, at ██ Headquarters?

11  ██:  Just one where I, I didn't have ah, direct interaction, but I, I observed it and

12      interacted with the ah, agents that were ah, performing the interview.

13  EE:  Ok.  In that interview, and I, and I want to say this for everyone in the room…I

14      understand that a lot of this is open and on-going, so we can be real brief about

15      what the type of crime was, versus getting into specific facts…

16  ██:  Ok.

17  EE:  If you will.  Um, at that time, what, what were the types of crimes being

18      investigated?

19  ██:  For, for my purposes specifically, ah, I was looking to see if he had any

20      involvement in the September 11, 20, ah, September 11, 2011, triple homicide in

21      Waltham, Mass.

22  EE:  And you had information that, that may, led you to believe that?

23  ██:  It was ah, at that point is was more ah, ████████████████████████

24      ████████████████████████████████████ some,

25      some, significant things that kind of put him on the radar, I guess.

1   **EE:**   So he was suspect in, in a triple homicide?

2   ███   He was a person of interest.  Ah, we didn't have anything concrete at that point,

3   that, that tied him into that homicide.

4   **EE:**   And it was a brief contact then on the ███ at ███ Headquarters so you really

5   didn't have any, ah, opportunity to, to develop a rapport with him?

6   ███   I didn't have any direct contact with him on that date at all.

7   **EE:**   What was Todashev's um, what you did see on that day, what was his

8   mannerisms and his cooper-cooperation level at ███ Headquarters?

9   ███   He was calm, um, he sat down with them voluntarily at the, at the, ah, PD.  He

10   sat down for a, ah, somewhat lengthy interview.  I don't, I don't recall the exact

11   amount of time but you could see that, you know, as time moved on, he was, he

12   was getting fatigued by the interview and, and ah, you could tell by some

13   mannerism that he was being evasive about some of the things that they were

14   ah, talking to him about, which obviously we still continued to maintain a, a, as a

15   person of interest.

16   **EE:**   In your case?

17   ███   In our case, correct.

18   **EE:**   I noticed, um, from reading the reports and, and ah, conducting another

19   interview, that Todashev was originally, when you got additional information

20   leading you to want to come back to Orlando, on, I believe on the 21st, Todashev

21   didn't want to be interviewed again at ███ Headquarters.  Do you know why that

22   was?

23   ███   Yeah, he was upset, ah, the last interaction at the prior, the prior, ah, interaction

24   at ███ Police Department, his ah, girlfriend, Tatiana was taken into custody

25   by Immigration officials.  He felt that it was connected to the fact that he came in

1     voluntarily to speak with agents and ah, subsequently she was removed and

2     placed in immigration custody, I, I think he felt slighted about that.

3  **EE:**  And that was, now let me, let me say this too and Jeff, chime in on this if you'd

4     like, but I understand that there's some concerns about um, as we go through

5     this and you talk about the main players, law enforcement players that were

6     involved, you can refer to them as the ▮▮ officer, or your partner, trooper

7     partner or the FBI agent…

8  **▮▮:**  Ok.

9  **EE:**  that'll, that'll…

10  **UK:**  Very good.  Thank you.

11  **EE:**  That'll do things for us, if, if simplify things if, if there's um an issue that arises

12     later so…

13  **▮▮:**  Ok.

14  **EE:**  Alright?  Um, Jeff, you're ok with that?  I'll, I'll assume that means yes.

15  **JA:**  That's fine.

16  **EE:**  Ok.  Now, before you um, in that ▮▮ and the 21st time frame, was there an

17     opportunity for ya'll to discuss Todashev's, maybe his ah, physical fighting skills

18     or his, can you tell me about that?

19  **▮▮:**  Yeah, originally when we had gone down to Orlando and we went with the, our

20     ▮▮▮▮ contacts, ah, they expressed to us some, some incidents that had

21     occurred that they were investigating.  Um, while one was an altercation that

22     occurred in a ah parking lot with two individuals where Ibragim personally was

23     physically involved in an altercation with two people and came out of it ahead.

24     Ah, they also ah, explained that they had been to the Martial Arts ah, or the gym

25     that he was training at and ah, that upon interviewing people involved there, that,

1    that ah, and this was the term that these people used, they thought that he might

2    be retarded ah, because of the level of force and, and ah, injuries that he was

3    taking and he wouldn't submit.  So a lot of people were reluctant to fight with him,

4    because of that. Ah, we also were aware of another incident they had explained

5    to us where he got into an altercation outside of a hookah bar where he had, ah,

6    subsequently dumped somebody on their head who, who sustained injuries as

7    well, so there was, and this is on top of his MMA fights, which, you can openly

8    see in YouTube and so forth, that we were aware of that he's had numerous

9    physical altercations.

10   EE:   Did you view any of those fights before you went down to Orlando or while you

11         were in Orlando...the YouTube videos?

12         Eh, between the time that we first went down and, and the 21st, I had seen

13         videos.  Ah, I've also seen the altercation, the video of the altercation in the

14         parking lot with the two individuals um, but ah, so I, I had seen a few fights, yes.

15   EE:   So you're operating under the ah, assumption, I guess that Todashev probably

16         had above normal fighting skills?

17         Yes, Sir.

18   EE:   And a high tolerance for pain?

19         That was my understanding.

20   EE:   And you didn't witness any of these cases personally; these were just review of

21         ah...

22         That's correct.

23   EE:   recordings.

24         Yes, Sir.

25

7

1    **EE:**    Ok. Prior to embarking on your mission on the 21st and well dissect that here in a

2          little bit, in a minute. Was that commonly talked about amongst all the

3          investigators involved in the contacts? His fighting skills?

4    ▮▮▮    It had been brought up on a few occasions ah, it was expressed to us on a first

5          encounter when, when ▮▮▮▮ first encountered him. They, they went in with a

6          ah, elevated level of ah, ah,I don't know if, just, personal protection I guess when

7          they first approached him to bring him in to talk to him. So, he, you know, they

8          had talked about their concerns at that point and, and those are discussions that

9          we had had.

10    **EE:**    Ok. Heightened level of awareness that he was um, a good fighter?

11    ▮▮▮    Yes, Sir.

12    **EE:**    Regarding you contact on the 21st, which led into the 22nd...who coordinated that

13          ah, who was discussing with Mr. Todashev, I'm sorry....

14    **RR:**    Ok, we're just gonna, not use names, we're gonna use titles.

15    **EE:**    Right.

16    **UK:**    Correct?

17    **EE:**    Right. Yep.

18    ▮▮▮    That would have been our ▮▮▮▮ contact.

19    **EE:**    Who's thoroughly memorialized in documents, ah, available to us, so I'm, I'm

20          comfortable with that answer. Um, regarding that, was there problems that came

21          up during the course of that ah, those conversations that you were made aware

22          of?

23    ▮▮▮    Yeah, he was ah, he advised us that ah, Todashev was reluctant to meet at all,

24          ah, and, you know, he, he was doing his best to try to ah, make him comfortable

25          enough to, to meet with us, you know, he, my understanding was that he was

1        complaining about the situation with Tatiana and that ah, he just felt like, ah, you

2        know, "I came in voluntarily and, and had these discussions and this is what

3        happened, now why would I want to talk to you anymore?"  Um, and that was

4        what was being relayed to us.

5  **EE:**  Did, did the contact at the time go into more depth about the fact that he was

6        suspect in the triple homicide or was it…

7  ███:  No, absolutely not.  That wasn't brought up at all.

8  **EE:**  Ok.

9  ███:  And, and prior to, prior to this, that had never been addressed with him.

10  **EE:**  So he didn't know that that's what ya'll wanted to go talk to him about on the

11        21st?

12  ███:  That's correct.

13  **EE:**  Ok.  Was there additional information that, that made itself available to you

14        between that visit on the ███ and the 21st, that made you suspect him more

15        or…?

16  ███:  It was ah, it was more his reluctance to a, a, ah, acknowledge that he was in um,

17        the Boston area in the early, ah, the early week of September.  Originally he had

18        put himself outside of ah, outside of Boston area, in August, and ███████████

19        ██████████████████████████████████████████████████████

20        ████████████████████████and those are the things that we had wanted to

21        approach him on.

22  **EE:**  And these are facts gleaned from those first interviews that were done at ████

23        Headquarters?

24  ███:  It was, yes, I mean, the fact that he was, he had kind of ah, agreed that he was

25        there a little longer than he admitted before and then on top of that, we had

1      developed some, some evidence that suggested that he was in fact, ah, present

2      past when he was admitting.

3  **EE:**  Let me, if I may, I, one question that comes to mind there, that being said, the

4      sense of urgency to go back to Orlando on the 21st was, do you remember why

5      that was?

6  █:  My understanding, he was ah, he was scheduled to travel, just after that.  So we

7      needed to do this before he…

8  **EE:**  So there was a window of opportunity you didn't want to miss?

9  █:  It was small.  It was a few days after he was schedule to travel is, is my

10      understanding at that point.

11  **EE:**  I think that's pertinent.  I didn't have that on the…

12  **UK:**  Ok, no problem.

13  **EE:**  Um, describe Todashev's demeanor once you did make contact with him on the

14      21st.

15  █:  We met outside his apartment.  Ah, he was there with a friend and ah, the four of

16      us initially ah, approached him in the ah, parking lot, introduced ourselves, and

17      ah, asked him if he was willing to speak to us separately and he brought us into

18      his apartment.

19  **EE:**  How many people went into the apartment?

20  █:  It was myself, ah….

21  **EE:**  And again, let me reiterate, just the titles are fine.

22  █:  Yep, ah the ah FBI agent, ah, with us from Boston and ah, the other State

23      Trooper.

24  **EE:**  And there was ah, one, one, one additional that remained outside?

25  █:  That's correct.  The ███████ contact remained outside.

1  **EE:**  Was there a, a tactical consideration there, ah, for that?

2  So when it became apparent that he was not going to meet us at ███ Police

3  Department, ah, our initial plan was to have a two person interview. Ah, just, it's

4  a more comfortable setting for the person, just, you're speaking to and ah, we

5  didn't want to show intimidation. We wanted to have a nice, friendly

6  conversation. When it became apparent that he was not willing to meet with us

7  at ███ and would only meet with us at, in the apartment under his, under his

8  ah, that was his, his decision, and his conditions then we ah, we wanted to make

9  it as secure of a situation for all of us and collectively agreed that we should have

10  three people present in, inside for safety reasons.

11  **EE:**  Ok. So your, your original intent was to do a sterile type environment interview,

12  controlled interview at ███ Headquarters, but that quickly changed for you.

13  That's correct.

14  **EE:**  Ok. Um, when you, when you met Todashev in, in his parking lot and he

15  consented or allowed ya'll into his apartment or his girlfriend's apartment, I

16  understand from reading. Is that correct? Um, or we don't, we're not really sure

17  who's apartment it was?

18  It was neither of theirs apartment. They were staying there, is, is ah, is my

19  understanding now.

20  **EE:**  Your impression from doing investigations for a long period of time was it was a

21  consensual encounter? A consensual interview?

22  Absolutely.

23  **EE:**  Ok. Did Todashev ever ask you to leave the apartment?

24  Never.

25

1   EE:   I know that this question is gonna come up several times because as this

2         interview evolves, can you please describe Todashev's demeanor once you first

3         started the interview inside the apartment?

4         ▓:   The interview to begin with was ah, it was real, real cordial, real relaxed.  It never

5         ah, it never got elevated but the ah questions that we began with were real ah,

6         real easy to, (inaudible), real easy and not confrontational.  They were real easy

7         to understand and, and real easy for him to express to us, basically ah, when he

8         came to the country, who he lived here with, when you traveled, how did you

9         travel and when did you travel, where did you travel, real basic questions.  A lot

10        of questions that he'd been asked before, but we were just, we were just trying to

11        ah, fill in some blanks and, and tie up loose ends and that aspect.

12  EE:   Something comes to mind there.  I noticed ah, we'll and we'll get to this in a

13        minute.

14  RR:   I understand a lot of things can come to mind, but we, we, I don't mind maybe

15        quick....

16  EE:   I'm gonna jump ahead is basically what it's gonna be.  The...

17  RR:   Ok, because we...I want to stay as focused as we can. Ok.

18  EE:   Yeah.

19  RR:   So we're gonna jump?  Where we jumping to?

20  EE:   It's gonna , it's gonna be regarding the recordings, we'll get to shortly, cause your

21        intention was to record those interviews at ▓ I would assume?

22        ▓:   My understanding...

23  RR:   I, it's, I'm trying to clear this.  I'm not trying to ah, interfere with this too much.

24        Um, are we going to get to those questions anyway or....

25

1   EE:   Yeah, we're going to get to them anyway, but here would be a, a good point. My,

2         my, my…I viewed the recordings…

3   RR:   Yep.

4   EE:   I viewed the interview that portions. At that point in time, what I want to get to is,

5         it appeared that Todashev wasn't being forthright with some of the answers,

6         however he remained calm and, and that would be an extension of my question

7         about what was his demeanor.

8   RR:   Ok, so we'll jump to the question, where is that question?

9   EE:   How was the recordings planned?

10  RR:   Page two?

11  EE:   Yeah.

12  UK:   Ok.

13  EE:   Let me go back…

14  RR:   Thanks.

15  EE:   here to his demeanor at that point. It appeared that, it appeared to me when I

16        viewed those things that he wasn't being forthright with some of the answers and

17        yet, he remained calm. Was that your perception of it?

18  ▆▆▆   That's correct.

19  EE:   Ok. So he had a calmness, and aware of his surroundings and really wasn't

20        intimidated by your presence, was my perception of what I watched.

21  ▆▆▆   No, there was no, it didn't, it didn't get elevated at all. It was, it was a

22        conversation.

23  EE:   Ok. Now we did get to a point though, when I review those, that you advised him

24        of his rights, um, according to Miranda. Did he have obvious signs of his

25        demeanor changing at that point in time?

1    ▮▮▮: There was a point, prior to that where I advised him that are focus was in fact the

2    2011 incident, and, ah, he stopped and paused and kind of shook his head and

3    repeated that this is what we were here for and I think at that point on, there was

4    a, a, a bit of a change, but nothing, no, no level of elevation. He just, he

5    understood that, you know, this is not about where I lived and...

6    **EE:** So the severity of the contact, it appeared may, maybe changed?

7    ▮▮▮: I, I ...

8    **EE:** In his eyes?

9    ▮▮▮: believe so.

10   **EE:** And it remained the same number of individuals in the room?

11   ▮▮▮: Yes.

12   **EE:** Um, at what point in time, and I know that was a lengthy interview, or lengthy

13   contact, what point in time did you establish probably cause for his involvement

14   in that triple murder?

15   ▮▮▮: When he....

16   **EE:** And, and roughly. I, I know....

17   ▮▮▮: I don't know, time-wise, I couldn't tell ya the, the time. It was, it was probable an

18   hou-couple hours into it. It was ah, it wasn't until he started to make comments

19   referencing the fact that, you know, ah, how much jail time would I get or I never

20   killed anybody and, and that's when we, we stopped him, you know, at that point

21   prior to him going in and making any statements.

22   **EE:** Clearly a defined time, changing him from a possible suspect to clearly a

23   suspect...

24   ▮▮▮: Correct.

25   **EE:** in, involved in a triple murder.

▮▮▮/ Case # 48-2013-UF-000014/ss

1 ███: Correct.

2 EE: Regarding that, I know, from looking at it, there's bits and pieces and chopped

3 up, ah, interview recordings or a video as well. Um, how was that planned?

4 ███: Ah, it wasn't. It wasn't really planned. Ah, initially, and all along, we assumed it

5 was going to happen at ████ PD. It was kind of last minute, ok, he's not

6 coming into ████. What are, what are some of the things that are going to

7 change? And like I mentioned earlier, the safety aspect is definitely a factor,

8 because we're at his home environment. That, that's not ideal. Ah, and ah, we

9 have the person, but in, another additional thought at that point was, "Well we're

10 not going to be able to record, you know, we're not going to have the recording

11 capabilities that are provided inside an interview room and ah, there was a

12 comment about, I, I, had a, you know, I have a, a, recorder similar to yours ah,

13 and ah, the other ah, Massachusetts agent ah, Trooper had mentioned that he

14 had a recording device, (inaudible) as well. It wasn't really in-depth conversation

15 at that point about who was going to record, how are we going to record. We

16 really didn't prepare for that. You know...

17 EE: So you were doing the best you could at the time, on the equipment that you

18 had?

19 ███: That's correct.

20 EE: And I, I, I'm looking at the length of time on the one recording. I think it was an

21 audio recording with one hour, 53 minutes and 48 seconds in length. Um, why

22 only that period of time, versus the entire length of time?

23 ███: The um, my recorder died. It ah, shut off and I, I think there was another part, I

24 may have went to pause it, inside my pocket and then restart it when he came

25 down from the bathroom, I think is maybe when I paused it. Ah, I don't recall, but

1        ah, I tried to turn it back on and it died again.  I didn't realize it was not working,

2        until after everything was said and done and realized it had…

3  **EE:**  The normal things that go wrong when you don't want them to?

4  █:  Yes, Sir.

5  **EE:**  On the ah, other trooper's phone information or recorder information, Mr.

6        Todashev is captured in an image, in a video, sitting approximately 2352 hours,

7        sitting next to an open slider, smoking a cigarette and um, I even go back, I want

8        to say 17 minutes and 29 seconds into the recorded interview, Todashev even

9        asked if he could shut the door.  Um, did Todashev ever appear as if he wanted

10       to escape or exit through any of those ingress and egress points?

11  █:  No, he was sitting by that door, frequently, throughout that evening and ah, it was

12       just a screen, often, and he never, ah, never made any indication to me that he

13       wanted to leave through the door.

14  **EE:**  Ok.  So though he had opportunity to take flight, if, if he chose to do so, he opted

15       not to.

16  █:  That's correct.

17  **EE:**  There was a point in time where you um, had to leave the apartment to call an

18       attorney, I believe?

19  █:  The ah, Assistant District Attorney.

20  **EE:**  I'm sorry?

21  █:  The Assistant District Attorney…

22  **EE:**  Ok.

23  █:  who was a working the case.

24  **EE:**  That was so a courts, from what I read, to communicate the fact, that probable

25       cause was established and work out the paperwork aspect?

1   ■■■   That's correct.

2   EE:   When you left, can you describe, in the room, just verbally...I know you've looked

3         at photographs and written this on, on documents that has been provided to me,

4         but what was the position of the chair that you were sitting in, and the table, ah,

5         in relation to where Todashev was?

6   ■■■   So, throughout the, ah, the interview, the table was up against the wall.  But

7         when it, where he was sitting more, the, the table is ah, at the end by the bed,

8         almost like a nightstand, in the position of a nightstand to the bed.  But he was

9         sitting more at the foot of the bed, so when he was going to sit and write, we slid

10        the table over so that the table would be in front of him and more accessible to

11        him.  The chair, ah, I backed up at that point, but ah, initially throughout the

12        interview, it was, there was nothing between the chair and the ah, the bed.

13  EE:   Who, who actually slid the table over?

14  ■■■   I think I did.

15  EE:   Ok.  That's something I am unaware of.  I have a couple questions that come up

16        with that.  Do, do you remember what portion of the table that you grabbed when

17        you slid it over there and moved the table?

18  ■■■   I honestly don't recall.

19  EE:   Ok.  No gloves or anything at that time, you were just...

20  ■■■   No, no.

21  EE:   Ok.  That explains the ah, positioning of the table, ah, and this was so he could

22        utilize it to write?

23  ■■■   To, to, I gave a notebook to be able to write and have a, a stable ah, platform.

24  EE:   Other items in there I wanted to discuss is when did you first notice the large

25        sword, ah sword that's mentioned in the documents?

1     ███: That was ah, when you came into the apartment, you know, you can do a scan to

2          see what, is around, who's around, if there's anybody else or if there's weapons

3          visible and it was, was hanging on the wall.

4     EE: Something that you kept in mind then?

5     ███: Yes.

6     EE: Or aware of its presence?

7     ███: Yes, Sir.

8     EE: did you ever witness that sword being moved?

9     ███: No, Sir.

10    EE: I think I read, read something here recently and we'll get down to it when we get

11         to the end about your entry when you come back in, but um, um, you later see

12         that sword in a different position, um, we'll talk about that when I ask you about

13         your observations when you entered.  Um, when you leave the apartment, can

14         you tell me about the ah, what's occurring outside as your making that phone

15         call?

16    ███: Outside?  It was ah, it was myself, ah the ██████ contact was outside in the

17         parking lot as well and ah, I mean it was after midnight, it was dark, nothing, not

18         much else going on.  Just....

19    EE: How, how, how far from the, the apartment were you, do you thi-roughly?

20    ███: Not far.  Ah, I don't know, 15 feet, maybe from the door.  If that, ten, fifteen feet

21         probably.  Not far, I think I was walking around when I was on the phone, but not

22         very far from the door.

23    EE: Close proximity?

24    ███: Close proximity, yes, Sir.

25

1    EE:    Alright.  Did you hear noises coming from inside the apartment shortly after you

2            left?

3    ■:     It was a yeah, I did.  Ah…

4    EE:    Can you describe those for me or?

5    ■:     I heard some yelling and then ah, I heard…

6    EE:    Anything that you could differentiate one voice from another or just yelling

7            coming from…

8    ■:     It was yelling.  I think I heard my name, um, but it was kind of, you know, the

9            doors were closed, the windows were closed, the air conditioner was on, and, but

10           I thought I heard my name, but I heard some yelling and then ah, shortly

11           thereafter I heard some, some ah, pops, sounded like gunshots.

12   EE:    Could you tell who that was that may have yelled your name or?

13   ■:     I couldn't tell, ah…

14   EE:    Ok.  Now regarding the, and I know this was quite some time ago, but regarding

15           the shots, do you re-can you describe them any greater than that or just that you

16           remember hearing shots?

17   ■:     I heard two, two volleys of shots.

18   EE:    Not specific numbers, but just the fact that there was two volleys?

19   ■:     It was, in my mind, I've gone over it a hundred times, I, I, believe it was three and

20           four or four and three.  I couldn't, I don't remember hearing two, so I think it was

21           at least three and then four, or four then three.  I don't remember exactly what

22           order, but it was more than two, when I heard the shots.

23   EE:    So you guys approached the apartment at that time?

24   ■:     Correct.

25

1  EE:  What happens then?

2  ▓▓:  I get to the door.  I ah, paperwork and everything that I had, I kind of discarded.  I

3  get to the door, ah, with my weapon drawn ah, I kind of kick the door and

4  announce myself at the same time and went, went inside.  I just wanted to make

5  sure when the door opened, I wasn't taking any, I didn't know.  I assumed that

6  the shots came from the agents, but wanted to be sure so I wanted make sure

7  they knew I was coming through the door and went inside.

8  EE:  And you made entry at that point?

9  ▓▓:  Correct.

10  EE:  Was anyone with you when you made entry at that point?

11  ▓▓:  The ah, ▓▓▓▓ contact, he was still outside.  Um, he came to the door after I

12  had gone through.  I don't remember the exact lag time, but initially when I went

13  through the door it was just ah, it was just me and then he came in, behind me at

14  some point.

15  EE:  When you were entering, what observations stand out in your mind?

16  ▓▓:  Ah, I could see Todashev on the floor, ah, with apparent gunshot wounds...

17  EE:  I'm sorry, I couldn't hear.

18  ▓▓:  With apparent gunshot wounds and I saw ah, the FBI agent and the, the, ah

19  trooper, both inside the room.  Um, the, ah, it was kind of, he was still in a

20  position with his firearm trained on the, ah, on Todashev.  Ah, could still see the

21  smoke coming out of the barrel.  Ah, and I could see ah, blood coming down the

22  side of his head.

23  EE:  And you, you travelled in deeper into the apartment?  You passed Mr.

24  Todashev's...

25  ▓▓:  Yeah, I, ah....

1   EE:   location?

2   ███:   I kind of looked at him, and to me it was clear that there was no, no sign of life,

3         ah.  I, I remember I grabbed a glove off the counter, ah, like a latex dishwashing

4         glove or something to be able to check him after, which I ended up giving to the

5         ah, trooper and then I proceeded to assess the injury on the agent.

6   EE:   Ok, you rendered first aid to him and…

7   ███:   Yeah, he had already started, ah, the other trooper had, had grabbed something

8         to, to kind of put on his head to slow the bleeding, but I proceeded upstairs, after

9         we kind of, the situation was clear, we, ah, the trooper checked him, ah, the,

10        Todashev, ah, no, no pulse and he had  sig, significant injuries.  Ah, I went

11        upstairs and grabbed a t-shirt; I wanted something clean.  I grabbed a t-shirt that

12        was hanging up and ah, brought it down to stick on his head.

13  EE:   One of Todashev's or someone?  You don't know who it belonged to?

14  ███:   It was a female's t-shirt; I could tell.

15  EE:   Ok.  Describe the um, involvement that you had at that point, then in securing the

16        scene.

17  ███:   Well, we remained inside, ah, we were all downstairs.  The ████ contact had

18        made the call for ah, for ah, first aid and ah, you know, appropriate phone calls

19        and um, I held the t-shirt on, on the agent's head for a while to, to apply pressure.

20        It was bleeding pretty good.  Um, everybody kind of showed up and, and we all

21        left.

22  EE:   Do you remember who the scene was relieved to or…

23  ███:   I, honestly, I don't.

24

25

1   EE:   Ok.  And then somewhere in a document that I read, and I apologize, not adding

2         this to the list, but I think you had mentioned seeing the sword, was maybe in a

3         different location then?

4   ▮:    I did, and when I entered, I, I  saw that when I entered and I saw Todashev on

5         the floor, there was like a shoe rack to the left and it was placed behind, between

6         the wall and the shoe rack, kind of wedged in there.  I, I could see that at the

7         same time.

8   EE:   Was ah, in the manner in which Todashev was in, and this will be probably the

9         last one I have before I ask Jeff, but as far as a weapon, you know in the

10        possession of Mr. Todashev.  Do you remember anything along that line?

11  ▮:    Yeah, I saw a red pole coming out from underneath him as well.

12  EE:   Ok, and that was upon your entry?

13  ▮:    That was upon my entry, I could see it and as I climbed over him, I could, I kind

14        of didn't take my eyes of him as I climbed over him, but, ah, I just remember

15        seeing a red pole sticking out from underneath him.

16  EE:   And from the period of time from hearing the shots fired in the parking lot til

17        entering the apartment, rough estimate…how long do think that took?

18  ▮:    Seconds.

19  EE:   Seconds?

20  ▮:    Seconds.  Yeah, it was almost instant.

21  EE:   Mr. Ashton, anything else that comes to mind?

22  JA:   That's, nothing from me.

23  RR:   We're good.

24  EE:   Can you raise your hand one more time for me?  Do you swear that everything

25        you said today is true?

1    ▋:    I do.

2    EE:   Thank you for your time.

3    ▋:    Sure.

4    EE:   And it's ah, five minutes to twelve.  Same date, same individuals in the room.

5

6    **End of recorded statement.**

7

8    I have / have not reviewed this transcription for accuracy.

9    Signed this __18_ day of ___November____, 2013

10

11   **CHIEF INVESTIGATOR ERIC EDWARDS/STATE ATTORNEY'S OFFICE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25