1          RECORDED TRANSCRIPT OF TROOPER ███████████

2     INTERVIEW CONDUCTED BY CHIEF INVESTIGATOR ERIC EDWARDS

3                CASE NUMBER – 48-2013-UF-000014

4              EE – CHIEF INVESTIGATOR ERIC EDWARDS

5                   ██ – TROOPER ████████████

6                UK – UKNOWN PERSON(S) SPEAKING

7                JA – STATE ATTORNEY JEFF ASHTON

8              RR – ATTORNEY RICHARD RAFFERTY

9          BK – ATTORNEY BARRY KOWALSKI (DOJ)

10            ██ – INSPECTOR ████████████ (FBI)

11       ██ – SUPERVISORY SPECIAL AGENT ████████████ (FBI)

12  **EE:**   Today's date is September 6, 2013.  It's approximately ten minutes after twelve.

13         My name is Eric Edwards.  I am the Chief Investigations for the State Attorney's

14         Office, 9th Circuit in Orlando, Florida.  Um, I'm currently sitting in 11 Beacon

15         Street, Suite 700, in Boston, Massachusetts and sitting in the room, for economy

16         and motion purposes, the prior interview we already captured everyone that's in

17         the room, ah, names.  The same individuals in the room this time, ah, other than,

18         Trooper, can you state your name for me please, Sir?

19  ██:    ████████████ ████████

20  **EE:**   And the previous trooper interviewed is not here, as well.  Um, Trooper, can you

21         raise your right hand for me?  Do you swear that the information that you give

22         today is going to be tru-ah, true and freely given?

23  ██:    Yes, Sir.

24

25

1   **EE:**   And it's regarding a use of force incident that occurred on ah, 5/21/22, 2013,

2            actually on the 22nd, um, in Orlando, Florida and I want to reiterate, this is for a

3            witness statement.  You are aware of that?

4   ███      Yes, Sir.

5   **EE:**   And that it's being recorded.

6   ███      Yes, Sir.

7   **EE:**   Um, also present is the State Attorney for that circuit, Jeff Ashton.  I've ah,

8            previously I was brought, it was brought to my attention that you just got the

9            reports or the statements that you made to the FBI last night, so if any time

10           during this conversation, you don't recollect or you can't remember definitively or

11           want to refer to your notes or your reports, please do so.  There's no sense of

12           urgency here, no time crunch so…

13  ███      Thank you.

14  **EE:**   Alright.  Um, I'd like to start with disc…if you would please for me, describe your

15           law enforcement experience…

16  **RR:**   Excuse me, are you going to I.D. everybody in the room?

17  **EE:**   I, I, I can do it again if you like, but everybody in the room, same as we did in the

18           prior interview, so, other than the other trooper is not in here, so…if that…

19  **RR:**   Good.  Good.

20  **EE:**   would make you confortable we could…

21  ███      Um, um, I initially joined the academy in ah, for the ███████████

22           Massachusetts as a police officer in ███ um, May of ███ and continued

23           without break of service where I joined the State Police in June of ███.  Um,

24           duties include ah, patrol, which were numerous barracks, in uniform.  Um, and

25           then transferred to the Office, ah, ██████████(inaudible) and then since



1    two, ah, ███████████, I've been with the ah, assigned to the █████████

2    ████████████████, within the ████████████████████ at ah, State

3    Police.

4  **EE:**  So it's ah, common practice for you to deal with the vio…most violent of the

5    violent?  That's, that's who you look for in your current task?

6  █:  ████████████████████████████████████████████████████

7    ███████████████████████████████████████████.

8  **EE:**  In your law enforcement training and that's from ██ um, til present, you 've done,

9    um, a great deal of training in, I would imagine, defensive tactics and use of force

10    scenarios or…

11  █:  Ah, we have had ah, I've had defensive tactics trainings for academy and then

12    special um, ah, I have um, completed Patrol Rifle class, ah (inaudible) for that,

13    which was um, training and also we've done use of force or shall I say, um,

14    house scenarios that we'd use, um, abandoned facilities that we've done at ah,

15    academy with the unit to train for entering houses and clearing rooms and such

16    as that?

17  **EE:**  Force on force type training?

18  █:  Um…

19  **EE:**  And entry training?

20  █:  Ah…

21  **EE:**  Distraction?

22  █:  It's not ah, our, our, our unit is not a tasked with like a SWAT team or STOP team

23    per se.  We use them on high risk ones, but a lot of our stuff is trying to um,

24    ████████████████████████████████████████████████████

25    ████████████████████████████

**3**

1   EE:   Ok.  I want to go to ah, ███, I believe, or not ███, it was the ah, yeah ███,

2         2013.  Did you have an opportunity to go to ███ Headquarters, The ████████

3         Police Department Headquarters and witness a, an interview of Mr. Todashev?

4   ███:  Ah, no, Sir.

5   EE:   You did not?

6   ███:  I did not go on that interview.

7   EE:   Alright.  When is the first time that you had contact or ob…observed Mr.

8         Todashev?

9   ███:  Ah, the first time was on the evening of May 21, 2013.

10  EE:   Alright, we'll pick it up there then.  Prior to making contact with Mr. Todashev, did

11        you have ah, any knowledge or information regarding his fighting skills or any

12        violent history he may have?

13  ███:  Yes, Sir.

14  EE:   Can you tell me about that?

15  ███:  Um, I was aware that um, when he was in Boston, he had an incident where he

16        was arrested, I believe by the Boston Police Department that was on his ah,

17        charged with some type of assault after a road rage incident.  I was aware that

18        he um, had a, was to be criminally charged or was facing charges, possibly, on a

19        incident that occurred in Florida at a hookah bar, ah, where he had ah, assaulted

20        the bar owner, um, and I was a…I was aware that he ah, had also been in an

21        altercation, probably a couple weeks earlier in Orlando where there was a

22        parking lot altercation with, ah, a couple male individuals that ah, he took ah,

23        assaulted and I was aware of his MMA experience through, ah, videos and

24        actually had done an interview with another FBI agent prior to that trip at the ah,

25        gym that he had trained at in the Boston area of Massachusetts.

1   **EE:**   You were involved in that interview or…

2   ▮▮▮:   I had gone to an interview, um, just ah, as part of the investigation, prior to that

3          and spoken with some people at the gym.

4   **EE:**   What was, what was the outcome of that conversation?

5   ▮▮▮:   It was, it was just…

6   **EE:**   Let me, let me, I, I, I should have said these things first.  As we talk, as, as we go

7          on, let's refer to the other individuals involved in this just by their titles.  We don't

8          have to mention names…

9   ▮▮▮:   Ok.

10  **EE:**   and then I know that this case, some of these cases are open and on-going and

11         some of them ah, ah, can't be discussed, particulars can't be discussed so if it's

12         something that you can share…

13  ▮▮▮:   Umm…hmm.

14  **EE:**   um, please feel free to do so.  Um, regarding that contact at the gym though,

15         what was shared with you?  What was, what information about Todashev and his

16         fighting skills was shared with you during that contact, if you can remember?

17  ▮▮▮:   Um, spoke to ah, to a party there, I don't recall his name off-hand.  I don't have

18         my notes with me, but he was, he was um, ah, based upon, he was a worked out

19         there and he was a trainer at whatever and he had, had dealing with him and just

20         basically um, talked about his skills and I had look…I observed him, ah, in a

21         photo on the wall with a bunch of fighters and it was just ah, more and more

22         general um, as it pertains to the whole marathon investigation and, and, finding

23         out who this person was.

24  **EE:**   Ok, and when you left that particular meeting and with these other things, if you

25         viewed the YouTube videos, is that…

1    ▮▮ I viewed the YouTube videos. I have not seen, I only had heard, I have not seen

2    the, ah, Orlando one in the parking lot. I've only seen the ah, the YouTube videos

3    of him MMA and excuse me an MMA ring.

4  **EE:** So your contact, first contact with him on the 21st, your impression of him at that

5    time would be, what would, what would be his skill set? (inaudible) your state of

6    mind?

7    ▮▮ Um, He was a professional, professional fighter who is dangerous, dangerous

8    with his, ah, his, his skills were um, highly spoken of among people who were

9    um, who knew him and who, from him, observing the video, and from his actions

10    that had been observed.

11  **EE:** Ok. Prior to um, going out there and making contact with him on the 21st, was

12    this openly discussed as far as part of a, I don't want to say "ops plan", but as far,

13    as far as the, sharing that information amongst all of the individuals or law

14    enforcement involved with the approach...did everybody have that same

15    knowledge?

16    ▮▮ Yes.

17  **EE:** Ok.

18    ▮▮ Yes.

19  **EE:** Anything that we haven't talked about here that maybe was shared as far as him

20    having that type of skill set or tactical considerations?

21    ▮▮ The considerations were um, which I think you'll lead into it was to ah, interview

22    him at the ▮▮▮ that, that was the safest area that he had, I was not privy to that

23    interview before, but that was the whole mind set of our interview and that was

24    where we anticipated it was going to take place because of, we knew how

25    dangerous he was.

1   EE:   My understanding is Mr. Todashev didn't want to do that. Um, do you know why

2         he...

3   ███:  I was um, not on the phone, the special agent in the room was talking to um, you

4         know, an ██████ Police Officer, and um, he did not want to meet us at the PD.

5         He had said, made a comment that he would ah, ah, meet us at the, he was

6         apparently a hookah bar, ah, with a bunch of his friends. We, we tried to

7         convince him that that wasn't a good place where we could talk to him and they

8         ah, Officer ██████ was able to convince him...

9   EE:   (inaudible) no names.

10  ███:  I'm sorry. Uh...

11  EE:   Let me look at the time on that so if we have to knock that we...

12  RR:   **(Unknown person speaking in the background, inaudible)**

13  EE:   I know it's difficult, but try to keep that in mind.

14  ███:  So the officer from ██████ ah, spoke with him and ah, we were told that he

15        would agree to meet us at the ah, his apartment.

16  EE:   Do you remember Todashev's demeanor when you approached him at the

17        apartment?

18  ███:  Um, nothing remarkable, um, I introduced myself, ah, to him and his friends. We

19        shook hands and then we walked to his apartment and um, he made a comment,

20        right from the very, there was a picture of ah, a sticker of ah, I believe a AK47 or

21        something on the door, ah, exterior door of the apartment. He made a comment

22        that it wasn't his or it was a friend's apartment or something to that, I think and

23        then ah, asked us to remove his shoes and went to the apartment.

24  EE:   So everyone removed their shoes?

25  ███:  Yes, Sir.

1   **EE:**   Did he say why that was?

2   ▮   He didn't say, but I just ah, removed them.

3   **EE:**   Ok. Which in years of law enforcement did, did your, your impression of the

4   conversation at that point in time, was it a consensual...

5   ▮   Yes, Sir.

6   **EE:**   ah, entry and a consensual interview process?

7   ▮   Yes, Sir.

8   **EE:**   Did Mr. Todashev ever at any time ask ya'll or any anyone in your ah,

9   investigative party to leave his apartment?

10   ▮   No, Sir.

11   **EE:**   And I know this changes, from reviewing the documents available but um, can

12   you describe Todashev's demeanor during the first stages of the interview?

13   ▮   Um, his first stages was um, nonchalant talking.  He initially wanted to talk about

14   his case that he had pending, um, which Trooper ▮ told him that ah, we

15   couldn't talk about that cause he already had an attorney assigned to him and he

16   made a comment that um, it was self-defense and um, used the term he

17   dislocated the, the gentleman, the person's teeth.  Um, but then after we got

18   through that, we began to do ah, questions on a time line, more related to Boston

19   and that's how the interview went.

20   **EE:**   So he was suspected, and I missed this from the top part.  I apologize.  But when

21   you went there, he was suspected of what crime?

22   ▮   He was suspected of a triple homicide or being involved in a triple homicide that

23   occurred in the city of Watha – or Town of Walthan, Massachusetts on

24   September 1st, ah, September 11th of 2001.

25   **EE:**   Ok, so you know that...

1   **RR:**   I just, you used the word suspected and I think he was a person of interest at that

2   point. I just wanted to make that clear. I don't want you to mimic what he is

3   saying. Give the answer freely.

4   ▮▮▮   He was a person of interest that we had um, conducted background on to see if

5   he was in Boston at that time, and we were going to um, either confront, either

6   confirm or dispel any type of involvement if we could do through an interview.

7   **EE:**   Well I can clear that up. Somewhere along that interview, I know probable cause

8   was established...

9   ▮▮▮   Yes.

10  **EE:**   according to what....

11  **JA:**   Can I ask, can I ask one clarification? Did you say it was 2001?

12  ▮▮▮   Excuse me, no, 2011. 9, 9...

13  **JA:**   Ok, that's...

14  ▮▮▮   9/11/2011.

15  **JA:**   2011.

16  ▮▮▮   The ten year anniversary, I'm sorry if I got the dates wrong, yes.

17  **EE:**   There's a reason...

18  **JA:**   No problem.

19  **EE:**   that mistake may have been made though. I understand. The, the when you say

20  2000 and....

21  ▮▮▮   Yes, 2011.

22  **EE:**   Right.

23  ▮▮▮   9/11, 9/11/11.

24  **EE:**   Um, ok so, here's, just, just to set the stage, um, he's suspected of possibly

25  being involved in a triple murder and he has the fight set and the fight skills and

1    you guys are going into his apartment is what you're assuming.  Um, there was

2    tactical considerations to take three officers in there?  Was that discussed?

3   ██: Initially ah, at ███, ah, Trooper ████ and Trooper ███████…

4   **UK:** You did it again.

5   ██: Oh, I'm sorry.

6   **EE:** I'm writing down more numbers here and….go ahead.

7   ██: Yes I was going to stay outside and ah, observe ah, the interview through a room

8    and then that was the original plan was to interject with um, empirical data or

9    something that would aid in the furtherance of any questionable answers that

10    came forward, but at this point, um, all three of us, decided, we had to go, we

11    decided that all three of us were going to go into the apar…

12  **EE:** That was the plan if it was in a sterile environment at ████ Headquarters?

13  ██: Yes, Sir.

14  **EE:** Ok.  So now you make contact at the apartment in the parking lot and those

15    considerations change.

16  ██: Ah, well the consideration, it, it changed when we were told that that's where it

17    was going to be.

18  **EE:** Ok, and I would imagine ah, those were for tactical, safety reasons with all of the

19    things we've already discussed?

20  ██: Yes, Sir.

21  **EE:** Did you witness, during the course of the interview and um, ya'll were inside Mr.

22    Todashev or whomever's apartment, ah, did you witness Mr. Todashev being

23    Mirandized?

24  ██: Yes, Sir.

25  **EE:** What was his demeanor at that time?

1   █: Ah, nothing remarkable.  Um, seemed to be cooperative.

2   EE: I know this is um, I don't think there is a definitive time that maybe you could

3     come up with, but do you remember, during the course of the event, I know it

4     was a lengthy interview....when you believed that probable cause was

5     established, making Mr. Todashev ███████████ that triple murder?

6   █: For me, I believe, um, the probable cause existed when he put himself ah, ███

7     ████ and made the comment that it was ah, just gonna be a robbery.

8   EE: When he made that statement then, going back to the other, was...and the

9     Miranda issue...but did you, did you, did it appear that his demeanor changed

10     once he had bought into his involvement in that?

11   █: Um, yes.  He um, he asked um, he had ask me to get him cigarettes and he

12     began to um...

13   EE: I'm sorry.  I can't hear you.

14   █: He asked me to get cigarettes for him...

15   EE: Ok.

16   █: which um, and then he began to ah, um, chain smoke and ah, he appeared to be

17     um, thinking about the answers that he was giving and not in the manner before.

18     There was delays in what he was going to tell us in each statement that he

19     made.

20   EE: He was more selective on his word choice then?

21   █: That would be a good...

22   EE: And that, this, uh....

23   RR: You need to speak up.

24   █: Yes, Sir.

25

1   EE:   Did he ever um, and I've watched the videos and the, or the video and the um,

2         listen to the recordings.   Did he, did he ever appear to have a problem with the

3         English language?   I didn't detect any.   Did he seem like he understood

4         everything that was going on?

5         ▓▓   Um, he was able to communicate.   Some words he didn't know.   Some words,

6         um, he got ah, he needed clarification on.   Ah...

7   EE:   But he would express that to you and afford you an opportunity to clarify?

8         ▓▓   Yes, Sir.

9   EE:   Ok.   And you guys would do that?

10        ▓▓   Yes, Sir.

11  EE:   Now that I've touched upon that topic, what was the plan, the overall plan for

12        recording the interview with Mr. Todashev, originally?

13        ▓▓   The original plan was ah, ▓▓ Headquarters, and presumably as it was recorded

14        before, he'd be in a room, a sterile environment and it would be recorded.

15  EE:   And that changed because of?

16        ▓▓   The refusal to meet at ▓▓ and we had to ah, come to his location.

17  EE:   Ok, so now you have to come up or discuss a manner in which to try to capture

18        some of this interview or give me your recollection of that.   I know I've read a

19        document here.

20        ▓▓   Um...

21  RR:   You gotta speak up.

22        ▓▓   Oh, I'm sorry.   It wasn't um, it wasn't, it was ah, it wasn't a thought out plan that it

23        was, it was, we were moving on the fly.   I was very quick and to the, when we, he

24        agreed to meet us, it was well, when?   And it was like, get there now, and we

25

1     hustled and made plans to drive as fast as we could to, to make this meeting and

2     it was on the move.

3  **EE:**  So there was a sense of urgency that wouldn't allow someone to get ahold of a

4     tech team or something like that to try to capture this.

5  █  Yes, Sir.

6  **EE:**  The ah, one of the recorders that captured the video, I believe is 26 minutes and

7     three seconds long.  Ah, that, that belongs to or it belonged to you...

8  █  Yes, Sir.

9  **EE:**  And that recording abruptly ends.  Um, why is that?

10  █  Um, the battery failed.

11  **EE:**  You didn't realize that until you downloaded it later or....

12  █  No, I would periodically go back and check the recorder and look for the red light

13     and one time I came back and saw that there was no, it was not illuminated and

14     the, the unit was dead.

15  **EE:**  I also, I received a copy of the um, some photographs that you captured. You

16     captured an image of Mr. Todashev sitting next to the back sliding glass door at

17     2352 hours on the 21st.  Um, did he ever appear to want to take flight or seize

18     that window of opportunity if you will to escape or leave?

19  █  Um, I'm not sure what photos you're speaking of.

20  **EE:**  Mr. Todashev here.  I'll mark that number one. (inaudible).

21  █  Did, did, where did you obtain them?  Did they come off the disc or...

22  **EE:**  I got those from the FBI or something.  It was provided...ok.

23  █  You mean the back sliding door. Is that correct?

24  **EE:**  Yeah the back...

25  █  Yeah, ah no, I'm just, I'm not sure if, if I don't...

| | | |
|---|---|---|
| 1 | EE: | They may be stills taken from your…. |
| 2 | ▮: | They may be stills taken from my video |
| 3 | EE: | Ok. |
| 4 | ▮: | I'm not sure. I don't, I don't remember… |
| 5 | UK: | (inaudible) |
| 6 | EE: | Ok. |
| 7 | ▮: | I wasn't ah… |
| 8 | ▮: | Yeah, it's not from the (inaudible) |
| 9 | ▮: | I don't remember ah…. |
| 10 | ▮: | They're either from the video recording or evidence pictures collected from the |
| 11 | | FBI. |
| 12 | EE: | Ok. |
| 13 | UK: | Ah, taken of the room. |
| 14 | EE: | Here's the meat and potato of that issue then. |
| 15 | ▮: | Yes. |
| 16 | EE: | Well look at that later. |
| 17 | ▮: | Ok. |
| 18 | EE: | Um, with Mr. Todashev sitting this close to an open ah exit point…. |
| 19 | ▮: | Umm…hmm. |
| 20 | EE: | did you ever detect that he ah, wanted to take a, ah, the opportunity to leave and, |
| 21 | | and run from the…he had already confessed at this point… |
| 22 | ▮: | He was confessing, he was, at prior when, he observed, when he implicated |
| 23 | | himself, when I had gone outside to obtain cigarettes for him, I had told the, ah, |
| 24 | | ▮▮▮ I told ▮▮▮ to ah, what was going on that he was confessing and to |
| 25 | | please cover the back in case he decided to flee. Um, he made no move to flee |

1        at all. Ah, we allowed him to smoke at the open door, um, except when he finally

2        shut it to turn the air conditioner on.

3  **EE:**  So, if in fact he felt that ah, there was an opportunity or a need for him to leave,

4        there was an open door to do so?

5  ████:  Yes, Sir. There was an open door.

6  **EE:**  I'm, I'm, I reviewed a small chart that the, ah, was provided regarding some text

7        messages. Um, I know that during this same from watching and reading some

8        documents that, though your phone was used to try to capture some additional

9        video. Is that correct?

10  ████:  Yes, Sir.

11  **EE:**  Um, you ah, needed to, you shut that phone down from the video so you could

12        communicate via text messages with your partner? Is that correct?

13  ████:  After the, he was writing his confession and there was no more questions being

14        asked of him, I took, went to the phone, stopped the recording and began to

15        check my text messages and use that to communicate.

16  **EE:**  And that's why as he was sitting there writing that entire, or writing the portion of

17        the confession that it wasn't completely recorded because that was on actual cell

18        phone that you used….

19  ████:  That was, that was on my, my cell phone, yes, Sir.

20  **EE:**  Um, at 2359 hours there's an outgoing text from your phone that said, "Three of

21        us, in his apartment. We coppenwrathed him." Now I Googled that.

22  ████:  Yes.

23  **EE:**  I'm not having any luck.

24

25

1   **RR:**   Ok, anyway, we just have to give a little levity to this…it's a terminology that

2             some people use, um on the job, the State Police.  Ah, it's kind of an inside joke,

3             so he'll explain it now.

4             It's, it was referring to an individual that use to, to be under my unit and in

5             ████████, we often talk to people and try, ah, to get them to tell us other

6             things will, may lead us in the direction and sometimes that can be a lengthy

7             interview and sometimes I have a habit of talking a long time in a house to

8             someone to establish a further lead that we can go for and this person had a

9             habit, so it became a quote, um, sort of a term or a legend in, within the unit, is

10           someone who ah, had a habit of….

11  **EE:**   So it was an inside, family…

12             It was an inside, it was a family term.

13  **RR:**   Someone who talks a lot.

14  **EE:**   Got it. You sent a text at 1203, which would be the following day, the 22nd, "Be on

15             guard, he's vulnerable.  He's in a vulnerable position do some…to do something

16             bad.  Be on guard now, I see him looking around at all, at times."  Can you

17             describe what you are seeing that, that led you to send that text?

18             Um, chronologically, that text came after the bathroom.

19  **EE:**   Ok.  Tell me about the bathroom then.

20             Oh, ok.  So, he ah, I had gone to the stairs, um, and I was on the stairs,

21             observing him as ah, the other FBI was in front of him ah, and he had asked

22             some questions, but I saw, I caught him looking up at the agent, caught him

23             looking over toward where the ah, the sword was hanging and then he, when I

24             would make, when he would see me looking at him, he'd look down and it

25             seemed like he wasn't right.

1   **EE:**   Let me stop you there for a second.  Can you go into a little more depth about

2            that then, the sword, where the sword was hanging and him looking up?

3            The sword was hanging, um, right to the, ah, outside the stairwell that goes up.

4            There was a plant there and it was hanging on a wall, um, just with a couple ah,

5            drywall screws holding it up underneath the, the thing on the handle.

6   **EE:**   So you're actually observing him looking at the, in that general area?

7            Yes, it was, if you, um, look at the diagram where the stairs are, it was right

8            outside the stairs, where it was right on the other side of this wall where I was.

9   **EE:**   Ok, and that, and that, him looking at that location was before you went up to go

10         to the bathroom?

11         Yes, Sir.

12   **EE:**   Ok.  I'm sorry to interrupt, proceed.

13         Um, he asked to go to the bathroom and um, we ah, special, FBI goes up first

14         and he goes up and then I'm behind and it has an open half wall at the top of the

15         stairs so he goes over to the bathroom and he, he's walking toward the bathroom

16         extremely slow and I'm up at the top, like halfway the stairs where I can, I can

17         see right over and he goes into the bathroom and I make a (whistle sound) like a

18         whistle to FBI.  He looks at me and I, I make a hand motion with my eyes

19         because ah, his movements, was just seemed slow and methodical.  Then I

20         observed him go to the ah, toilet and begin to urinate and then, this was the only

21         time I had gone in the bathroom, so I hadn't seen with it before but I saw him

22         take the water and it was very slow and he would just break his hand like this and

23         he would let it drip over his, well I believe it was hitting his penis and he did it like

24         three times, like that slow and we just kept watching and that's when it went, my

25

1       senses was very heightened at that point because I wasn't sure what was going

2       on.

3   **EE:**   He was acting strangely?

4   ▮▮   Yes, Sir.

5   **EE:**   In your, in your years of experience in dealing with violent felons and people on

6       the road, that's ah, these are all indications to you that maybe what?

7   ▮▮   It...my indication was that we should be on heightened awareness because of

8       his demeanor had changed ah, where things were, I saw him looking around and

9       now, he's moving extremely slow, um, as if he's calculating in his mind. I, this is

10      just my presump...my, my training and experience had me alert, um, to let the

11      other people know what I was thinking.

12  **EE:**   And he had been looking in the general location of the sword, before he walked

13      upstairs?

14  ▮▮   Yes, Sir.

15  **EE:**   And, and was acting in this manner.

16  ▮▮   Yes, Sir.

17  **EE:**   Ok. What happened then?

18  ▮▮   So, we ah, he finishes and then we begin to walk down the stairs and he walks

19      extremely slow and...

20  **EE:**   Who's, how, how is everybody moving...

21  ▮▮   I'm in, I'm in the front, going down the stairs, so FBI lets him go and then he

22      starts to come down the stairs and I'm turned sideways, watching him come

23      down the stairs and FBI is at the top of the stairs, behind him. When he gets

24      down about three steps, four steps and he almost stops and I looked at him and

25      then he just was standing there for a couple split seconds and then he started to,

1     well he started to continue to walk again, I went down the next few steps real

2     quick, run around the corner, grab the sword off the wall and went right to the

3     kitchen area and I stuck it behind a ah, ah, right at the base of the kitchen there

4     was a, a like a tray, ah a cart, you'd call it a cart that was in the hallway there and

5     I tried to put it right there standing upright and stuck it right there.

6  **EE:**  As ridiculous as my next question may seem, why did you opt to do that?

7  **█:**  Because I didn't want him to have any ah, I didn't want him to get the sword.  I

8     saw him looking around at it and then his actions by going extremely slow, it, I

9     just ah, I just didn't want to have that in play.

10  **EE:**  At this time, you know that he, you're working on the paperwork to put him in

11     custody for his involvement in a triple murder?

12  **█:**  Yes, Sir.

13  **EE:**  And he's aware of that as well?

14  **█:**  Yes.  I, I don't know if he's a-paperwork, I know he, he's under the assumption

15     that he's going to ah, prison for the comments he made.

16  **EE:**  Describe to me after you move the sword, what happens?

17  **█:**  Um, he goes and sits back down.  Um, ah, FBI takes up his position, ah, sitting in

18     front of him in the chair and I go back over to the stairs and then that's when I

19     send the text to um, my partner and ah, FBI, that "be on guard, he's in, I see him

20     looking around, gonna go bad" something to that effect.

21  **EE:**  Did this one go (inaudible) when your partner left and the FBI agent took his

22     position, I believe in the chair, can you describe how he was sitting, where the

23     furniture was at that time, if you can remember?

24

25

1      ████:   Um, I remember that the, the chair on the, the table was pulled out and on front

2              of the mattress, where Todashev was writing on and there was a folding chair,

3              some type of chair that was in front of that where the FBI was sitting.

4      EE:     Who, who moved that table? Do you remember?

5      ████:   I'm sorry?

6      EE:     Who moved that table? Do you remember?

7      ████:   I believe my partner had mov…slid it out from the wall when it was time to write

8              the confession.

9      EE:     What's Todashev's demeanor now?

10     ████:   Um, at that point, um, there was really ah, no ah, no further communication,

11             verbally.  He would, I was just ah, had sent the text to those two individuals and I

12             was waiting for the specific sound of his phone to ding so I knew he would get it.

13     EE:     So, you're going off non-verbal cues in his activity, in Todashev's activity and

14             mannerism there.

15     ████:   Yes, Sir.

16     EE:     So he sits back down?

17     ████:   He sits back down…

18     EE:     Ok.

19     ████:   and I send the text and the agent sitting in front of him, and um, I had sent the

20             thing and I had looked over at ah, Todashev and the ah, FBI to, waiting for him

21             to, his phone to go off.

22     EE:     Ok.

23     ████:   To hear, to hear the ding.

24     EE:     What happens next?

25

20

1  ▓▓▓: Um, I look back at my phone, cause there was no ding, and then I um, heard a

2  sound, a loud sound, looked over and I saw the table going up in the air and him

3  pushing it forward and going toward...

4  EE: Who pushing it forward?

5  ▓▓▓: Ah, Todashev.  Todashev springing up and there was like a, describe it as a roar

6  or some sound.  Table goes up in the air and um, toward the agent.

7  EE: Ok.  Let me um, you, what do think the, the sound was?  I think you (inaudible)...

8  ▓▓▓: I don't know if it was, I, I, I presume it was him, him making the noise and then

9  ah...

10  EE: To-Todashev?

11  ▓▓▓: Todashev, excuse me.  Todashev.

12  EE: Ok, and you actually could see the actual act of him...

13  ▓▓▓: Yes.  I, I saw it go...

14  EE: throwing the table and....

15  ▓▓▓: up in the air...

16  EE: or moving the table?

17  ▓▓▓: Yes.  Yeah.

18  EE: Did you actually see the table strike the ah, FBI agent?

19  ▓▓▓: I don't recall if I saw it.  I saw it in the air, um, and objects were in the air and I

20  don't recall if I physically saw him, it strike him.  I just saw it...

21  EE: Ok.

22  ▓▓▓: In the direction of the, ah, FBI.

23  EE: Understandable.  What, what, what, what do you remember occurring next?

24  ▓▓▓: Ah, I immediately screamed "▓▓▓!" as loud as I could, because...

25  EE: I'm writing down that time again.

▓▓▓ / Case # 48-2013-UF-000014/ss

1 ██: Yelled my ah, I yelled ah, for my partner, ah, his name, verbally and um, saw ah,

2 Todashev go toward ah, the hallway, um, in that little hallway toward the kitchen

3 as if to go toward the door…

4 EE: Is that the hallway where you just put the sword?

5 ██: Yes, Sir.

6 EE: Ok.

7 ██: He then took a right and went behind the, into the kitchen where the kitchen sink

8 was…

9 EE: Ok.

10 ██: he turned toward us, so he was facing us, not looking at us, but he was looking

11 left and right as if he was looking for something.

12 EE: In, once in the kitchen?

13 ██: Once in the kitchen.

14 EE: And you could see him because that's open over that…

15 ██: It's open. It's wi-it's a half, half kitchen type thing so I could see, could see him

16 looking left and right.

17 EE: Ok, and what are you doing at this time?

18 ██: I'm on the other side. I don't ah, at this point, I don't have eye contact with ah,

19 FBI.

20 EE: Do you believe that Mr. Todashev was looking for that sword that you had

21 moved? Do you think he saw you put that over in that general area or, I'm, I'm,

22 I'm not asking you to speculate there, but how much of that, how much of that did

23 he actually see, you think? You, you move that sword?

24 ██: I be-I believe he saw it. He had a um, mirror that was ah, positioned at an angle

25 at the base of the stairs in that apartment and it was ah, where you could see, I

| | | |
|---|---|---|
| 1 | | would presume you would put it there if somebody were to come into your house |
| 2 | | and knock, you could look down the stairs and see who it was.  Um, in my |
| 3 | | opinion, he saw me take it off the wall and ah, and put it in that general area. |
| 4 | EE: | What, what's your impression then of his activities in the kitchen, while you were |
| 5 | | watching him, what do you think he was doing? |
| 6 | | I believed he was looking for it, or a weapon of some sort, because he looked left |
| 7 | | and right. |
| 8 | EE: | What happens next? |
| 9 | | Ah, he doesn't ah, he goes back toward the door. |
| 10 | EE: | Did he ever make an effort to try to leave through that door? |
| 11 | | No, Sir. |
| 12 | EE: | Ok. |
| 13 | | And he went to the corner of the door, where ah, depending on which side, I'm |
| 14 | | not sure which way the door is hinged, but I believe it would be the hinged side of |
| 15 | | the door and there was a red ah, five foot ah, pole, stick, or something that was |
| 16 | | propped up in the corner and he grabbed the, went right to the thing, turned |
| 17 | | immediately, stuck it above (inaudible) his ah, with two hands above his thing like |
| 18 | | a javelin or like a, that, and started to charge at me. |
| 19 | EE: | Ok.  What happens next? |
| 20 | | I put my arm up, turned to the right, my body and then a burst of shots came in |
| 21 | | from my right side. |
| 22 | EE: | How far away from Todashev were you at that time? |
| 23 | | Um, on the initial one, not as close as here, maybe ah, maybe ten feet, maybe. |
| 24 | EE: | Ok. |
| 25 | | Yeah. |

/ Case # 48-2013-UF-000014/ss

1   **EE:**   Did you ever, ever make any contact with him or the, the broom handle or any...

2   ■■   No.

3   **EE:**   Ok.

4   ■■   He had the broom handle up and he began to run at me, I put my arm up, went to

5       the right, and the sh-burst of shots came in um, and I observed Todashev, his

6       body um, went like this, after the impact, like he was hit in the torso...

7   **EE:**   Umm...hmm.

8   ■■   I saw him go the two times, I saw, I'm not, I don't know if it was left-right or right-

9       left, but I was observing his body go boom, boom.

10  **EE:**   But his upper torso twisted?

11  ■■   His twisted, it twisted and he was, he was hit, um, in the, ah, the torso area.

12  **JA:**   Eric, before you move on, can you have, have the, ah witness, sort of describe in

13      words the position of the arms?  We can see it here, but I'm not sure it's going to

14      be reflected.  Ah, that is initially, before the first shot hit, um, you know right arm

15      here, left arm here.  Just describe that for us.

16  **EE:**   Certainly.  As you, as you do this action here again, what you just showed us in

17      the room, if you don't mind getting in that same position and then verbally

18      explaining what it is, is going on?  Where your arms are and...

19  ■■   Um...

20  **EE:**   where his arms are rather.

21  ■■   I observed ah, Todashev grab the red um pole, turn to me ah, immediately, hold

22      it up above his arms and I don't know if it was left hand in front of right or right

23      hand and left front, but he came from, it was on his, over his right shoulder, so...

24  **EE:**   The, the, the broom handle was over his...

25

1  ▮▮: The broom handle was over his right shoulder, in the air in a position as if um, if it

2  came and struck, it would impale someone.

3  **EE:** Ok.

4  ▮▮: And I, as he came running toward me, I put my left arm up in the air...

5  **EE:** And why is that?

6  ▮▮: in case he continued to, ah, in case, I put my left arm to protect myself from ah,

7  from being impaled by that object.

8  **EE:** Ok. So...

9  **JA:** Let me, let me interrupt for a second, just, if I can describe it and officer tell me if

10  (inaudible) right. You, you had your, your left um, arm up, not like where your

11  elbow to the level of the shoulder, but almost to the shoulder and the right arm a

12  little bit higher. That's, that's sort of the, the position you're describing, right?

13  ▮▮: Yes, Sir. Yes, Sir.

14  **JA:** Ok.

15  ▮▮: Over, over....

16  **JA:** I just wanted to get...

17  ▮▮: Yes, over ah, over his....

18  **EE:** Similar to the hip shooting drills we all had in the academy where you're raising

19  the, to protect against the threat? I just aged myself, probably, but...

20  **JA:** (laughs)

21  ▮▮: No, they still do that.

22  **EE:** Oh, do they?

23  ▮▮: Yeah (laughs).

24  **EE:** Similar to that?

25  ▮▮: My, my, my....

Case # 48-2013-UF-000014/ss

| | | |
|---|---|---|
| 1 | EE: | A counter maneuver? |
| 2 | ██ | Yeah. |
| 3 | EE: | A counter block? |
| 4 | ██ | Yes, that, that was, my arm went up in that position, yes, Sir. |
| 5 | EE: | Ok. |
| 6 | JA: | And then, you, you were also motioning, kind of describing what his body did |
| 7 | | after the first shot. |
| 8 | ██ | Yes. |
| 9 | JA: | And again and we'll try to put it in words for the record. |
| 10 | ██ | I observed, I heard ah, gunshots and as I was facing Todashev I observed his |
| 11 | | body to make a motion that appeared that he was struck in the torso. As his |
| 12 | | body twisted left and right or right-left, it twisted two times. I watched him, from |
| 13 | | the impact of the shots. |
| 14 | EE: | Ok. |
| 15 | JA: | Now, did, did his arms come down at all in reaction the first shot? In other words, |
| 16 | | did his, his elbows come down closer to the body or, or did, or did you just |
| 17 | | not…it's understandable in that circumstance why you might not have… |
| 18 | ██ | Yeah. |
| 19 | JA: | observed that, but…(inaudible) |
| 20 | EE: | If you can recall something like that. |
| 21 | ██ | I observed, after the impact of the shots to his torso, him come down to his hands |
| 22 | | and knees, ah… |
| 23 | EE: | I can't hear you. |
| 24 | ██ | He came down to his hands and knees, and then immediately sprung right back |
| 25 | | up. |

██████████/ Case # 48-2013-UF-000014/ss

1   EE:   When he, when you say he came down to his hands and knees, well let, let, let's

2         go back a little bit.  I think was what Jeff's trying to get at.  Now he, was there

3         anything um, visibly obvious, a reaction to his, to him being struck with those

4         rounds, other than the twisting?  Was there…

5         Um, well, visibly obvious was ah, how do I word this correctly, I didn't, I didn't,

6         obviously cannot see a bullet go into someone, but I could see the actions of

7         what the impact was making.  His body twisted left to right or right-left.  It twisted

8         twice from the shots and then he began to go down, in a downward motion

9         and….

10  EE:   Now when, when you say he went to go down, he's still in possession of the, of

11        the, ah, broom handle?

12         He still had the possession of the broom handle on the way down…

13  EE:   Ok.

14         and then he went down to his knees and then wasn't even a second came right

15         back up.

16  EE:   And you're still in close proximity.

17         I'm still in close, he's actually even a little bit closer at this time.  Yes.

18  EE:   Ok.  What happens then?

19         Um.…

20  EE:   We'll let me, let, let's dissect that, if you can remember and if not, I know it's been

21         a long time, but did both of his knees go to the ground, that you…

22         I can't recall that.

23  EE:   You can't recall?

24         Yeah.

25

/ Case # 48-2013-UF-000014/ss

1   EE:   Ok, and you say hands and knees…did both of his hands go to the floor, or

2         you…

3   ███:  I can't recall if it was….

4   EE:   or more of a football type….

5   ███:  I can, I can safely say he went down to the ground and sprung back up.  I can't

6         tell you um, if it was both hands, four leg, four ah, you know…

7   EE:   Continuing his, ah, an aggressive posture?

8   ███:  Yes, Sir.

9   EE:   Ok.  What happens next?

10  ███:   He springs back up and then immediately there's a second burst of gun fire and

11        then he falls forward.  He begins to fall forward and then to the ground and then

12        that's where he ah, finally rested.

13  EE:   Ok.  What happened then?

14  ███:  Um, I heard, immediately heard ah, FBI yell, "Call 911!" and then um, partner and

15        ███ were at the door.  I ah, yelled to them that it was clear to come in.  I turned

16        to ah, over to FBI and could see blood was profusely running down his head and

17        onto his clothing and I had um ah, limited hearing out of my right side.  I checked

18        myself to make sure that I hadn't been hit and I went over to FBI and immediately

19        applied pressure to the left rear or ah, of the skull where he had a large

20        laceration.

21  EE:   Limited hearing.

22  JA:   Eric?

23  EE:   Yeah?

24  JA:   When we get, before we move on, I have a couple more questions about the, ah,

25        shoot, shots themselves.  Sir, to the best of, of your ability, can you tell me what

| | | |
|---|---|---|
| 1 | | um, Todashev's ah, ah, position was when the second volley of shots/ In other |
| 2 | | words, ah, standing straight up, completely prone, somewhere in between? As, |
| 3 | | as best you can. |
| 4 | EE: | Basically what, he, the, the action that we all witnessed you in the room do, can |
| 5 | | you verbally describe that? |
| 6 | ▉: | The way I can describe it is that when he went down and immediately sprung |
| 7 | | back up, he was coming toward us and um, how do I say, um, not run, not |
| 8 | | running straight at ah, more, more of a coming up at an angle. Coming up at an |
| 9 | | angle toward us. |
| 10 | EE: | Do you ever wrestle? |
| 11 | JA: | So, ba-... |
| 12 | ▉: | Ah, just with my brothers. |
| 13 | EE: | Like a double leg take down? |
| 14 | ▉: | A double leg...(laughs). |
| 15 | EE: | Coming at you in a double leg takedown? |
| 16 | ▉: | Yes, yes. That would be a, that would be a, it was, it was not a straight up thing, |
| 17 | | it was coming in at an angle and down and up. |
| 18 | EE: | Almost like a fighter would? |
| 19 | ▉: | Exactly. |
| 20 | JA: | So you're, you're basically describing sort of a, a forty five degree angle coming |
| 21 | | from the ground up toward you guys? |
| 22 | ▉: | Yes, Sir. |
| 23 | JA: | Something like that? |
| 24 | ▉: | Yes, Sir. Yes, Sir. |
| 25 | | |

1   JA:   Ok, and did you at that point have sense of where the FBI agent was, whether he

2         had moved closer to you, ah, first set and the second set of shots.

3         There, there was no time to move.  It, it was that quick.  Um, it, I mean I can't, I

4         can't, I didn't see it.  I can only tell you that he was...

5   JA:   You didn't know.

6         Behind me to my right, but it was... I was focused on him.  I wasn't focused on

7         what was behind me.

8   JA:   Of course.  I didn't know if the...

9         Yes.

10  JA:   sound of the, the difference in the sound of the shots that might have...

11        No, I don't believe so...

12  JA:   (inaudible)

13        Yes.

14  JA:   Ok.  Thank you.

15        Thank you.

16  EE:   And I know I've read the reports, but can you articulate for me the, the actions of

17        Mr. Todashev ah, did they place you in fear for your life?

18        Yes, Sir.

19  EE:   Can you tell me about that?  Can you describe that to me?

20        Well, um, he picked up that weapon and came at me, I described it as something

21        you'd see in a movie, it was extremely fast and I moved to the right and if FBI

22        hadn't have taken their actions of, of ah, using force to put, to, to incapacitate

23        the, the threat, there might be a different story.  I know it would be, because he

24        was a trained individual and there was no question in my mind that as fast as it

25        happened, he had chances to flee as I stated in my initial statement.  He didn't

1    take a chance to go out the open door. He didn't take a chance to go out the

2    front door and then go back at it again. He chose to get a weapon, ah, I guess,

3    um, how do I say it, um, there's no question in my mind that if he had gotten a

4    weapon from us or if it hadn't turned out the way, we might not be here today.

5    EE:    Jeff, do you have anything else?

6    JA:    Very briefly. Ah, were you armed at that, at the apartment then?

7    ███:   Yes, Sir.

8    JA:    And were you um, it were not um, breaching any secrecy that you need, where

9           do keep your weapon?

10   UK:    Excuse me, I just need to, on him?

11   JA:    If, if it….

12   RR:    Ok.

13   JA:    Yeah, yeah and if it's an issue that you need to keep secret, I understand, you

14          could be more general but do you keep it, you know, on your hip? Where, where

15          do you keep your gun?

16   ███:   In a holster…

17   JA:    Where did you have your gun?

18   ███:   In a holster on a hip.

19   JA:    Ok, and obviously you did not pull your gun?

20   ███:   No, I had, I had pulled my weapon and then went back down because he was

21          attempting, ah, my opinion was attempting to flee out the front door and then

22          that's when I went back down and then that's where he caught me in the, the, I

23          call it the little tunnel there, the, by the thing and came at me…

24   JA:    Ok.

25

1   ██     ah, in close proximity where FBI um,  took the action, was in the position to take

2          the action.

3   EE:    So is it fair to say…

4   JA:    So you…

5   EE:    Go ahead, I'm sorry.

6   JA:    Yeah, so you, did you actually get, did you clear the holster completely and then

7          re-holster or….

8   ██     It went…

9   JA:    (inaudible)

10  ██     it went down, we were in close proximity, went down and then after the first burst,

11         came back up and then…

12  JA:    Ok.

13  ██     but it already had the second burst had taken place.

14  JA:    Ok.  So you didn't get any shots off because you were….

15  ██     No, Sir.

16  JA:    sort of…(inaudible).  Ok, alright, that um, the, ah, this, I, I mean, it's pretty

17         obvious from what you've said but let me just ask it directly.  Um, what was the

18         reason that you stopped recording on your phone?

19  ██     The reason I stopped recording on the phone was, at that point, I had used the

20         phone as a back-up, which as I stated earlier, there was not really a plan to

21         record cause, if I had thought about it in hindsight, I could have used the high

22         definition phone the whole time and I wouldn't have had an issue.  It was on the

23         cuff…

24  JA:    Yeah.

25

1   ███  I, and when he was just writing, I needed to check, because periodically I had

2   checked in with the District Attorney to let them know and also seek advisement

3   of what they wanted us to do. At that point, I stopped the recording, picked up

4   the phone and seen that the text message had come in from the District Attorney,

5   telling us not to lock him up until they had gotten a warrant. I displayed that to

6   FBI, so we both were on the same page of what we were trying to do and then

7   um, begin to text and check to see if I had any pertinent things so it wasn't

8   recording at that time.

9   EE:  So your phone was a necessary tool. You needed it to communicate, versus a

10  recording, so you had opt one or the other and you picked the one that would

11  necessitated for that time period?

12  ███  Yes, Sir.

13  JA:  Yep, the only other question I had…my understanding was that at some point,

14  there was another individual there, a friend of Todashev's…was he there when

15  you first arrived or did he arrive while you were there?

16  ███  He was there, I believe they came in the car together. Um, introduced myself to

17  him ah, we introduced ourselves. He was outside during the interview with ███

18  and then at some point I had told ███ to tell him he can take off because or to

19  make, you know, tell him to, if he doesn't want to hang around, but don't tell him

20  that he's coming with us afterwards, but ah….

21  JA:  Ok.

22  ███  he was outside. He never came into the ah, he was out in the parking lot and

23  then I gu, think, believe he left, to go get something and then came back after.

24

25

1  JA:   It was my understanding that at some point Todachev's, I think maybe, cell

2        phone and wallet were with the friend outside.  How did that occur or is that

3        correct?

4     ▮:   I don't re-

5  JA:   If you don't know.

6     ▮:   I don't, I don't recall.  I don't recall the, I don't recall that, Sir.

7  JA:   That's fine.

8  EE:   I've got an answer to that one.  Um...

9  JA:   Ok, well that was all I had.

10    ▮:   Ok.

11 EE:   It's fair to say, due to the fact that the attorney was instructing you not to make a

12        physical arrest at that point in time and he was writing a confession is why he

13        wasn't immediately put into handcuffs, or put into handcuffs for that period of

14        time....

15    ▮:   Yes, Sir.

16 EE:   while he was still, had motion.

17    ▮:    Yes, Sir.

18 EE:   Ok, where as in normal circ-circumstances we probably would have entertained

19        securing him much sooner, however, you had outside influences, telling you not

20        to do so?

21    ▮:   Yes, Sir.

22 EE:   Raise your right hand for me.  Do you swear that every....

23 BK:   Wait a sec....

24 EE:   Oh...

25

1  UK:   Um, as per our agreement, I said I wouldn't ask, if I had anything I'd discuss it
2        with you and was gonna write…

3  UK:   Let's go outside….

4  UK:   Let's go outside.

5  UK:   There's one question I had.

6  EE:   It's ah, five minutes after.

7  UK:   Yeah, it won't take but a second here.

8  JA:   Ok. Let's take a quick break.

9  EE:   Let's just go…

10 UK:   Well we don't really need a break, (inaudible) is still running.

11 JA:   Ok, I'm, I'm going to take a quick comfort break.  I'll be right back.

12 EE:   Just for the record.

13 UK:   What's a comfort break?

14 UK:   (inaudible) at um, 1224.  I don't know if you guys caught that. (inaudible) part his
15        last name.  1224 pm…

16 EE:   I'll listen to it all again anyway, so, we'll be, I think there was four times here.

17        **(inaudible conversation in the background for several seconds)**

18 JA:   Alright, I'm back.

19 EE:   Alright, after a quick break to speak with your rep, where are we at? Did…

20 RR:   (inaudible) ask the question.

21 BK:   Yeah, just one question and I recognize that you told us you, you had put your
22        gun back down again.  If you had had your gun in a position as Todashev was
23        charging at you with the pole, so that you could have fired at him, ah, would you
24        have felt it was necessary to shoot him to protect yourself and the oth-and the
25        agent?

1    ■■■: Absolutely, yes, without question.

2    **UK:** Ok, thank you.

3    **EE:** Can you raise your right hand for me?  Do you swear all the information you gave

4    today was true?

5    ■■■: Yes, Sir.

6    **EE:** Thank you for your time and it's currently, what, seven minutes after, same

7    individuals in the room.

8    **JA:** One last thing I, I'd just like to say thank very much for, for giving us this

9    voluntary statement.  It's going to make it much easier for us to resolve this case,

10    so thank you.

11    ■■■: Thank you, Sir.

12    **JA:** Thank you.

13

14    **End of recorded statement.**

15

16    I have / have not reviewed this transcription for accuracy.

17    Signed this _18_ day of ___November___, 2013

18    *Wm. Eric Edwards*

19    **CHIEF INVESTIGATOR ERIC EDWARDS, STATE ATTORNEY'S OFFICE**

■■■/ Case # 48-2013-UF-000014/ss