# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ESTATE OF IBRAGIM TODASHEV,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>　　Defendants. | CIVIL ACTION<br><br>Case No. 6:17-cv-919-CEM-DCI |

### AFFIDAVIT OF TATYANA GRUZDEVA

Tatyana Gruzdeva, being first duly sworn, deposes and says as follows:

1. I am a witness in this case and I do hereby certify, swear or affirm, and declare that I am over the age of 18, that I am competent to make the declarations set forth herein, and that the matters set forth herein are based on my personal knowledge.

2. I lived with Ibragim for 7 months in Orlando Florida, before he was shot, at first, we were roommates but we fell in love.

3. I covered the bills in the house since he did not work, he was looking for work though. His mom used to send him money to help out.

4. Ibragim got a call from Tamerlan asking about his surgery, in which he was surprised because they lost contact when he moved here to Florida.

5. The two used to train together in MA, which is Martial Arts.

6. A few days after that call he called Tamerlan back.

7. When the bombing happened, I remember Ibragim deleting the call because he was scared.

8. A few days before my first encounter with the FBI agents, I remember Ibragim being mad that a friend was dead. He didn't tell me that the friend was involved with the Boston Bombing.

9. Ibragim and I were together during the bombing.

10. I encountered the FBI on April 21st, 2013, the Sunday after the Boston bombing, between 10:00am and 11:00am.

11. Ibragim went outside that morning while I stayed inside. I believe he went out to exercise his knee that was operated on.

12. I was washing the dishes by the open window, when I heard "get down, get down!!!"

13. I walked to the window and saw six to seven people in plain clothes putting Ibragim on the floor at gunpoint then they handcuffed him.

14. They put Ibragim in a chair in the middle and surrounded him.

15. I went upstairs to call Khusen and tell him what was happening.

16. While I was upstairs an agent entered our apartment through the glass sliding door. He did not ask to come in, he just walked in.

17. The agent asked for me by name and told me to come out and not to be scared. At that point, they announced themselves as FBI agents.

18. The agents began searching the house without even asking any of us. Plus they did not have a search warrant.

19. The agents stayed for about four-five hours total.

20. When they started questioning Ibragim and me, they let us stay in the same room but later they separated us.

21. During the questioning, all they asked about was the Boston Bombing, like; if I knew anything about the suspects and their families, and if I knew he did anything strange.

22. After the questioned us they took Ibragim to their office to "show him something" so he "maybe will remember". He was gone for six hours.

23. When they left they took all of our phones, computers and other electronic devices, which we did not get back until that Monday the 22nd.

24. At about eight that night he came back and told me that they showed him photos and videos, plus asked him about Tamerlan and his brother and other Boston friends.

25. After that weekend, Ibragim and I noticed that the FBI was following us around everyday, even on one occasion we saw the agents in their white Mercedes.

26. On the following Tuesday the 23rd, the agents and Ibragim had another meeting at FBI headquarters.

27. He told me that they were the same questions that was asked when they came to the apartment.

28. He also told me that he told the agents about his planned trip to Russia to see his family. Which they told him to go ahead and buy the ticket.

29. Ibragim was planning a trip to Russia on May 24th but decided to stay home and help with the investigation.

30. In early May, Ibragim want to Georgia to deal with a title issue with a car titled in Reni's name. He stayed there for two days and returned on May 15th.

31. When he returned from Georgia, we went back to FBI headquarters, while he was being questioned by Agent Chris.

32. While I was sitting and waiting, a tall agent, with three others came up to me and took me into an office.

33. The agents started asking me question about Boston; my history with Ibragim, and our plans in the future. I answered all of their questions as I did before.

34. Then the agents started to check my handbag and go through it.

35. After they did that, they asked "Can you let us know when Ibragim will go somewhere, or if he will do something?" Which I declined to do that, because I am in a relationship with him.

36. The whole time the agents were asking me the questions they were texting.

37. Right after I declined to help them, they called immigration while I was in the room and they said, "We have the illegal girl".

38. When the agent hung up the phone he said, "I don't want to deport you, but probably we should do this.". Then they turned me around and put handcuffs on me.

39. I was then taken to the Orlando Jail. After that the immigration Officer, Paul Frankosy came transported me to BTC.

40. Once I was there, I called Ibragim from my cell, which Frankosy allowed me to do this.

41. I was in jail when the shooting happened.

42. On that day, May 21, 2013, Ibragim and I got into a fight because I was frustrated with being in jail. We hung up.

43. Later that night I was trying to reach Ibragim on the phone but he didn't answer. Which was strange because I talked to him every day.

44. Later that night I called Khusen, and he was talking to agent Chris in front of the apartment.

45. When Khusen answered he told me that Ibragim was inside with three FBI agents.

46. I tried calling back later but got no answer.

47. On May 22, 2013 I was told to "roll up", and was placed into handcuffs, belly tie, feet shackles and was surrounded by six guards.

48. They moved me to a high security facility, where I was placed in a red suit. During booking Mr. Brown, who is an officer, told me that he couldn't answer any questions and that officers will talk to me tomorrow but that for now I will be put on medical hold.

49. In the morning of May 23, 2013, officers and a pastor came to my cell, the pastor asked me "Do you know Ibragim Todashev?". I said "yes", and he said, "He's gone, He's gone, He's dead".

50. I was in disbelief, so they let me call Khusen who told me that it was true.

51. After he told me that, he told me for the first time about the triple murder allegations.

52. That was the first time I heard anything about it.

I declare, certify, and verify, under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on: 25 February 2018

Signed By: _____
Tatyana Gruzdeva