RECORDED TRANSCRIPT OF OFFICER ███████████

INTERVIEW CONDUCTED BY CHIEF INVESTIGATOR ERIC EDWARDS

CASE NUMBER – 48-2013-UF-000014

EE – CHIEF INVESTIGATOR ERIC EDWARDS

███ – OFFICER ████████████

DB – MR. DAVID BIGNEY

███ – MR. ████████████

**DB:** Were you with the last one of these?

**███** Yeah.

**DB:** Ok. Just, I looked at you, I'm like eh...I didn't, I didn't pick up on that at first. I just did now.

**███** Yeah. No yeah, that's what, they sent, me down.

**EE:** I turned that on a minute ago.

**DB:** And I just kind of....

**EE:** Just letting you...just letting you know.

**DB:** Alright.

**EE:** Sorry about that.

**DB:** That's alright.

**EE:** Today's date is August 29, 2013. It's approximately 10:40 am. We're at the State Attorney's Office, on the first floor, in Orlando. Can you state your name please for me, Sir?

**DB:** David Bigney.

**EE:** And your name, Sir?

**███** ████████████

1   **EE:**   And your name, Sir?

2   ██   ████████

3   **EE:**   And my name is Eric Edwards.  I'm the Chief of Investigations of the State

4          Attorney's Office and we are here for a witness interview regarding, um, State

5          Attorney case number 48-2013UF000014.  Mr. ████████ you were um, were

6          requested or asked to be here today and you're doing so voluntarily.  Is that

7          correct?

8   ██   That's correct.

9   **EE:**   And, it's in regard to an incident that occurred on um, can you state the date for

10          me?

11   ██   Ah, 5-21-22.

12   **EE:**   And, raise your right hand for me please.  Do you swear that the information that

13          you give today is gonna be freely given?

14   ██   Yes.

15   **EE:**   And accurate and true?

16   ██   Yes.

17   **EE:**   Alright.  Um, I, prior to going on tape, I afforded you an opportunity to look at a

18          question sheet, or at least a preliminary question sheet with ah, um, with Dave,

19          um, did you have adequate time to look at that?

20   ██   Yes, I did.

21   **EE:**   Did you have any concerns, other than the date that you brought to my attention,

22          that, that needed to be changed or significant events that need to be touched

23          upon that aren't addressed here?

24   ██   No.

25

1   EE:   Ok, and as we go on, if something comes to mind, please let me know.  Um, this

2         is in regarding to a deadly use of force, law enforcement use of force, that

3         occurred on that date, involving several individuals and according to the reports

4         that I reviewed, you were present for that or, at least on the outside of that

5         structure at the time that that occurred and the, the um, attempt today is to get

6         pertinent information or additional information regarding that incident.  Is that,

7         you…your understanding?

8   ██    Yes, I was outside during that incident.

9   EE:   Ok.  The individual that's deceased is and correct me if I'm saying this

10        incorrectly….Ibragim Todashev?

11  ██    Ibragim Todashev.

12  EE:   Ibragim Todashev.  Ok, um, can you discuss with me your contacts with Mr.

13        Todashev prior to this date and I am fully aware that some of that you can't go

14        deeply into, um, but what I do need to do is establish the, ah, relationship or the

15        working relationship, if you will, that you had with that individual.

16  ██    Ok.  Um, our first contact with ah, Mr. Todashev occurred on 4/21, which was a

17        Sunday, in the afternoon.  Um, we were requested to ah, try to locate this

18        individual, ah in reference to a connection with one of the indivi….individuals

19        from the Boston bombing.

20  EE:   Ok, and you were successful?

21  ██    Yes.

22  EE:   Obviously, making contact?

23  ██    Yes, we were.

24  EE:   Ok, and how many times did you have contact with Mr. Todashev before ah,

25        5/21?

██████/ Case # 48-2013-UF-000014/ss

1  ██:   Zero. Oh, I'm sorry, before the incident?

2  EE: Before the date of the incident.

3  ██: Oh, I'm sorry. Um, it was um, three times total.

4  EE: Three times? Ok, and what was your um, ah, was it a successful, every, all three

5       times? Did you have a, develop a rapport with Mr. Todashev that was…

6  ██: Yes, we had…

7  EE: favorable or….

8  ██: Yes, yes we did. Um, we had two interviews, two somewhat lengthy interviews

9       and then we had one where we ah, gave him back some of his property that he

10      gave us to look at.

11  EE: And he was cooperative for each of those three or, was there any in…ever any

12      time where he asked not to have any additional contact with you?

13  ██: No, he was cooperative all three times.

14  EE: Ok. During the course of that investigation, for lack of a better term, of Mr.

15      Todashev that you were assigned, did you have an opportunity to become

16      familiar with Mr. Todashev's um, fighting ability?

17  ██: Yes.

18  EE: Do you have any first-hand knowledge of that skill set?

19  ██: Ah, we, we ah, we watched, um, some YouTube videos. He has YouTube

20      videos on, on-line in regards to a couple of his ah, MMA fights.

21  EE: When you say "we", who is "we"?

22  ██: Um, um, myself and ah, ██████ . ███████████ . He was the ah,

23      FBI Agent who assisted in the two interviews, prior to the ah, 5/21 incident.

24  EE: How long have you been in Law Enforcement?

25  ██: Oh, ████ now, coming up on ████

████/ Case # 48-2013-UF-000014/ss

1  EE:  And, extensive law enforcement training with defensive tactics?

2  ▮:  Yes, ▮ and all that good stuff.

3  EE:  I'm sorry?

4  ▮:  I was a ▮ Officer also, so…

5  EE:  Any outside training, um, do you go to a dojo or anything….

6  ▮:  No.

7  EE:  like that?  Ok.

8  ▮:  No, I do not.

9  EE:  Just law enforcement defensive tactics?

10  ▮:  Just law enfo…correct.

11  EE:  Ah, when you viewed these MMA style videos that you refer to them as, what

12      was your perception of that, with that many years of law enforcement, of what

13      you were watching?

14  ▮:  Ah, he was a trained fighter.  He was, he was, he was pretty good at what he did.

15  EE:  What stands out in your mind?

16  ▮:  Just the sheer toughness of the individual.

17  EE:  Of Mr. Todashev?

18  ▮:  Yes.

19  EE:  Ok.  How many, ah, approximately how many videos do you think you watched?

20  ▮:  I think I only watched two.  I think it only has two on-line.

21  EE:  Two.  Ok.  I would ask, I haven't been successful in locating those, but if you

22      were able to email me those links, possibly so I could view those myself, if in fact

23      they're available, I would appreciate that.  Would you be willing to do that?

24  ▮:  Ah, I can try to find them again.  I didn't, I didn't locate them.  Somebody else

25      located them for me.

1   EE:   Ok.  Now I, I noticed from some of the review that the first interview or formal

2         interview actually, um, occurred at ███ Headquarters.

3   ███:  Yes.

4   EE:   Um, without getting into content, because um, it's been, my understanding is

5         some of this is still open, active and on-going, and, FBI cases.

6   ███:  Correct.

7   EE:   Is that a fair...

8   ███:  That's a fair statement, yes.

9   EE:   Ok.  Um, without going too much into the particulars of that, um, that contact at

10        ███ Headquarters, was that a consensual contact?

11  ███:  Yes...

12  EE:   That inter...

13  ███:  he, he agreed to come down and talk to us.

14  EE:   Ok, but I noticed later in the report narrative it said he didn't want to go back

15        there on 5/21, 2013, um, to be re-interviewed there at that location.  Is that

16        correct?

17  ███:  That is correct.

18  EE:   Do you have any knowledge as to why that may be?

19  ███:  Ah, he, he basically um, when I talked to him to s...to set up the interview on the

20        21st, um, he stated that he did not want to go back to ███ or the FBI, um,

21        because of his girlfriend being arrested the second time he was interviewed at

22        ███

23  EE:   Ok, so it was two interviews at ███ ?

24  ███:  Yes, yes.

25

1   EE:   Ok. So, due to the fact that there was an unfavorable situation, where his

2         girlfriend was arrested, was the reason he didn't want to go back there?

3   ███:  That's correct.

4   EE:   Wh…with all these verbal exchanges you had with Mr. Todashev, was there any

5         time where he appeared that he didn't have a wo…ah, thorough understanding

6         or ah, availability or usage of the English language, where something was lost in

7         translation?  Did he speak English fluently I guess, is…

8   ███:  He, he had a good command of the language.  He, he was pretty good.

9   EE:   Ok. So, basically, the interactions you had, there was nothing lost in translation

10        that you are aware of?

11  ███:  No, no.

12  EE:   Ok. You were asked, based on our review of the documents that I have, to

13        facilitate this meeting or maybe try to coordinate a meeting with Mr. Todashev on

14        5/21. Can you tell me your recollection of those conversations?

15  ███:  Yeah, I, I talked to him, I think two times on the phone um, in reference to um,

16        the um, Mass State Police and Boston FBI wanting to talk to him about um, an

17        incident that occurred in, in Massachusetts.  Um, the ah, the two times that I

18        talked to him was basically trying to set up a, a time and a place for those, those

19        um, Troopers and Agent to talk to him in regards to the ah, an incident in Boston.

20        We eventually decided that um, ███ and the FBI Headquarters were out of, out

21        of play.  Um, he wanted to meet at a hookah bar.  I told him that was not going to

22        be a good plan and I said, "What would make you comfortable?" and he agreed

23        to meet at his house at 66, ah 6602 Paragrine.

24  EE:   What is a hookah bar?

25

7

1 █ A hookah bar, I, I've never, I've never really frequented one, but a hookah bar is

2  like a smoke shop, basically.

3 EE: Ok.

4 █ It's a bar where they, they smoke.

5 EE: Is that um, the, the, to go to his apartment then was his idea?

6 █ Correct.

7 EE: Or your…

8 █ Correct.

9 EE: Alright.

10 █ He said he'd feel comfortable at his place.

11 EE: With, with that comes all kinds of tactical considerations, I'm sure, on, on the part

12  of law enforcement.

13 █ Yes.

14 EE: Wh…what types of, without getting into um, you know, ops plans type

15  details…what kind of things went into that, as far as deciding to go visit him?

16 █ Ah, they had discussed, I mean there was four of us that were there and um, he

17  said that he would be there by himself um, which he wasn't.  We showed up and

18  there was a friend with him, outside in the parking lot and um, just based on that,

19  I mean, with the amount of officers that were there, they believed ah, the scene

20  would be safe to talk to him at his house.

21 EE: And your, your conversations with him during the course of that day were over a

22  cell phone or were they from the office or…

23 █ Over a cell phone.

24 EE: Over a cell phone?  And you, do you still have his cell phone ah, number saved

25  in your phone at all, by any chance or…

1    ███: No, I do not.

2    EE: You, so you don't recall what cell phone number you were calling...

3    ███: No.

4    EE: that he would, he had at the time. I have to go back to one question.

5    ███: Ok.

6    EE: Did you actually ever personally witness Mr. Todashev fight?

7    ███: Yes, I did.

8    EE: I know that there is a report attached to some of this stuff. I believe it's an

9    Orange County report. There's one out of Boston and maybe even an OPD

10    report, but um, there is a report that I reviewed about Mr. Todashev fighting over

11    a parking space, um, does that, is that the one in particular that you may have

12    witnessed?

13    ███: Yes.

14    EE: Can you tell me about that?

15    ███: Um, there was a, there, there was a, we were conducting surveillance on the

16    individual and they had, they had a...

17    EE: Being, Mr. Todashev?

18    ███: Mr. Todashev. I'm sorry.

19    EE: Ok.

20    ███: Um, and they, ah, the FBI, we had a, ah aerial, ah, surveillance and...

21    EE: You don't, I, let me, let me, let me stop you there for a minute. I don't need to

22    know, um, particulars of how the information maybe was achieved, out of officer

23    safety issues and things of that nature.

24    ███: Correct.

25

1    **EE:**    If you could just limit the answer to actually when you viewed it in whatever way,

2            what you actually ah, saw him do or the capabilities that he had.  Let me, let me

3            add that, cause I don't want to put anybody in harm's way by talking about

4            tactics.

5    ▓▓:    Correct.  Ok.  Um, yeah we witnessed the video of him fighting ah, in the parking

6            lot of, of one of the malls.

7    **EE:**    And who was he in a fight with?

8    ▓▓:    Ah, two unknown individuals at that time.

9    **EE:**    Ok.  And how did, what was the outcome of that?

10    ▓▓:    Um, I believe he, from what I saw he knocked one guy unconscious and he

11            knocked another guy down to the ground with ah, punches.

12    **EE:**    So he taug…he fought two individuals?

13    ▓▓:    He fought two individuals.

14    **EE:**    And this was prior to your meeting with him on 5/21, obviously?

15    ▓▓:    Yes.

16    **EE:**    So, that was part of your officer safety considerations as you went into this

17            apartment or towards this apartment?

18    ▓▓:    Yes, they knew that he had, he was a fighter.

19    **EE:**    So you coup…couple that with your MMA views on YouTube and you had a full

20            awareness of his fighting capabilities?

21    ▓▓:    Yes.

22    **EE:**    Alright.  You mention going to the apartment. I see, throughout the paperwork

23            that ah, when you got there you made contact with Mr. Todashev and a friend

24            um, do you know that friend's name?

25    ▓▓:    Khusen K-h-u-s-e-n.  Spell that right, K-h-u-s-e-n.

1    EE:  Tell me about that contact, if you don't mind, in the lot.

2         Um, first lot, when we first showed up, um, um, we went up to Mr. Todashev and,

3         and that was the first time I met the Khusen ah, person.  Um, I introduced the,

4         the agents from, from Boston, ah, to Mr. Todashev.  Told him that these were the

5         guys that needed to ask him questions.

6    EE:  Let me, let me stop you there for a minute too.  Um, I apologize, but as we refer

7         to them throughout this, because we're still working on particulars on how that's

8         going to be handled, feel free to refer to them as the officers, officer one and

9         officer two...

10        Ok.

11   EE:  Um, if you know them by name, while we're working on this, I'm fully aware of

12        who their names are due to the documentation....

13        Correct.

14   EE:  that I have.  Um, but because we're not sure of the outcome of this being

15        released at this time, you can refer to them just please, as officer one and two.

16        Ok.

17   EE:  Um, for, for certain reasons that have been brought to my attention, safety

18        reasons.

19        I understand.

20   EE:  Ok?

21        Um, the three officers ah, were introduced to Mr. Todashev, um, I stayed outside

22        with, with um, his friend, um, Khusen.

23   EE:  How did the conversation go in the lot with Mr. Todashev as far as um, consent

24        to enter the apartment?  Do you remember any specific verbal exchange that

25        lead to you to obviously believe that it was consensual or to the contrary?

1    ▮ Um, I, I didn't really hear them talk. I, when I introduced, I said these were the

2    individuals that were gonna be, you know, "asking you some questions in

3    reference to," you know, "certain things" and um, they, they all walked off towards

4    the apartment.

5  EE:  And when you say "they", it was….

6    ▮ It was Mr. Todashev and the, and the three officers.

7  EE:  Ok. Now there was ah, something written that Mr. Todashev's phone and wallet

8    were in the possession of his friend that you mentioned, ah….

9    ▮ Khusen.

10 EE:  Did you see that exchange?

11   ▮ I did not see that exchange, no, but giving, given the…no, I did not see that

12   originally.

13 EE:  Ok. So, was you remaining outside the apartment a tactical consideration

14   or…why was that?

15   ▮ Um, I had…I didn't, based on what they were talking about, there was no reason

16   for me to be in there because they were talking about a case that dealt with an

17   incident in Massachusetts, so therefore, I decided that it would be best that I just

18   stay outside and not have four officers inside the building.

19 EE:  And speaking, not, not in depth about that particular ah, case, investigation,

20   cause that's open and on-going as well, but the case in Boston that you are

21   referring to…what is your understanding that case was?

22   ▮ Ah, it was ah, reference to a ah, triple homicide.

23 EE:  And was your understanding on that day that Mr. Todashev was a suspect in that

24   same crime or just a witness?

25   ▮ Ah, no, ah they were looking at him as a suspect.

1   EE:   Ok.  On the way there, was there any conversation about recording that contact

2         with Mr. Todashev?

3   ▮:    Ah, no, not that I, not that I'm aware of.

4   EE:   That was originally, from what I read, I believe you, ah, you or another officer

5         along the way had said that was originally gonna be a one hour contact, or that

6         was the agreed upon time or roughly?

7   ▮:    Yeah, I, I, I didn't think it would last more than an hour, to tell you the truth.

8         That's what we kind of talked about.  I said, "This probably won't even last more

9         than an hour", when just like small talk in the car.

10  EE:   Ok.  Now, um, it went much longer than that?

11  ▮:    Yes, it did.

12  EE:   Ok.  Was there a period of time where you were getting updates, ah, via text

13        message or anything like that on your, on your phone from anyone inside?

14  ▮:    Yes, I got um, I originally um, I, forget if I either sent one of the original, like,

15        "Hey, are you guys ok? Everything good to go?" and either they respond, I, I

16        don't have the texts anymore, they, they self-delete themselves on the phone.

17        Um, but it was like, "Yeah, we're 10-4" and then I started getting some updated

18        texts in regards to um, their interview and how, how it was going.

19  EE:   You say they self-delete?  I, um....

20  ▮:    Yeah, like after, I think like after 30 days, they just, they're not, they're no longer

21        on your phone.  The name's on your phone, like who got it, but then it just

22        disappears, like the, the content of the, of the text.

23  EE:   And that's an agency issued phone, FBI agency issued or ▮?

24  ▮:    Ag...ah, FBI.

25  EE:   FBI?

1    Yeah.

2 **EE:** Were you ever ah, given the um, well let me go back. Reference the friend, um,

3    how long did the friend remain outside with you?

4    Ah, Khusen and I stayed out there from 7:30 to 10:30.

5 **EE:** That's a long time. What did ya'll talk about?

6    Ah, we talked about just life in Chechnya. It was really, I mean, different things, I

7    mean, ah, um couple directed questions where basically, you know, "Hey, did he

8    ever tell you that he knew the people up in, up in Boston?" Um, um along those

9    lines, but it was more along the lines like, "Hey, how is life in Chechnya?", you

10    know, what's the deal with the, you know, the differences between Russia and

11    Chechnya and stuff like that. It was kind of like just a get to know you type,

12    cause I never met the guy before, so...

13 **EE:** Ok, and that entire time he had, um, Mr. Todashev's phone and wallet in his

14    possession?

15    Yes, and I didn't know that at the time, talking to him. I didn't know he had it on

16    him until ah, I received a, a text saying "Hey" or "Can you get his cell phone and,

17    and wallet?"

18 **EE:** Who ah, who texted you that? Who sent that text, rather, if you can recall?

19    I don't recall who, who sent it. It was one of the guys inside.

20 **EE:** One of the agents inside?

21    Yeah, one of the agents inside.

22 **EE:** And that was roughly 1030-ish?

23    Yeah, 1030-ish they were ah, they were like, "Hey, we're gonna be a little bit

24    longer, so if you want to tell...", um, it was like, "Hey, can you tell Khusen to

25    basically", you know, "we're gonna be a lot longer than what we anticipate" and

1       "if he wants to leave, he can leave and were gonna take, we'll take him", ah, you

2       know, "we'll drop Mr. Todashev off to wherever he needs to be dropped off at."

3   **EE:**   But they instructed you, in that text, to, to collect the phone and the wallet?

4   █   Correct.

5   **EE:**   How did that conversation go when you ah, um, broached the topic with Khusen?

6   █   Um, I just told him, I said, "Hey listen, they, it's, it's", you know, "they, they're

7       discussing some things that happened and it's gonna be a lot longer than", you

8       know, "what we've been already been out here for, so if you'd like to leave", you

9       know, um, "the agents inside said that they would take him to wherever he

10       needed to be dropped off at."

11   **EE:**   He voice any concern about that or did he seem....

12   █   No, he didn't have any, I mean, he didn't really have concerns about it. He said,

13       "I know you guys got a job to do" and stuff like that. That was basically like one

14       of his statements, "You have a job to do, I understand."

15   **EE:**   Was that the first time you had contact with him, that you can recall?

16   █   Ah, Khusen, you're talking about?

17   **EE:**   Yeah.

18   █   Yeah, that's the first time I ever had contact with him.

19   **EE:**   Ok. So you take the phone and the wallet and you hold on to it from the 1030

20       time frame until when?

21   █   Ah, I think right away I just texted him and said, "Hey, I got the, I got his cell

22       phone and um, and wallet. Come and get it."

23   **EE:**   Who came and got it?

24   █   I think, (inaudible) officer, one of the agents inside.

25   **EE:**   Can't recall which one, if it was one of the um, Boston or if it was the FBI?

█ / Case # 48-2013-UF-000014/ss

1 ███: No, it was a, it was a Trooper.

2 EE: It was a Trooper?

3 ███: It was a Trooper.

4 EE: Were you requested at that, now was that right around the same time, the same

5 1030 time-ish?

6 ███: Pretty much, I mean, give or take a couple minutes.

7 EE: Were you requested to do anything in particular at that time, by that same

8 Trooper?

9 ███: There was a, they, they basically he told me the, the one that came outside

10 basically said, "Kind of stand out back cause he's getting…", the, the person was

11 getting a little hinky and they were afraid that he might run out the back door.

12 EE: And you clearly knew which apartment it was?

13 ███: Yes.

14 EE: And you visited that apartment in the past as well or…

15 ███: Well our first contact we had with them was the only time I was at that

16 apartment.

17 EE: Were you given an update on what was transpiring inside the apartment at that

18 time, by that Trooper?

19 ███: Ah, that the individual was, um, um, basically confessing to being involved in the

20 ah, in the triple homicide. He had implicated himself.

21 EE: Ok, so at that time, roughly 1030-ish, you're operating under the assumption that

22 at least probable cause had been established that he was suspect in a triple

23 murder?

24 ███: Correct.

25 EE: Ok, so what do you do at that time?

1      Um, based on what they said, I, guess he went out for a cigarette, like or stood

2      by the back deck area. Wasn't outside, I think he was by the, the, the um, doors.

3      Um, I just kind of like hid out in the shadows ah, next to one of the apartments

4      and just kind of hung out right there while he, while he did his thing, smoking.

5 **EE:** Did you do, did you have a line of sight on anything that was occurring inside the

6      apartment? Did you have a vantage point where you could see or hear…

7      No, I could not see inside the apartment.

8 **EE:** Could you hear anything going on?

9      No. Not at that time.

10 **EE:** Those texts from the Trooper, regarding the wallet, the phone, those, those are,

11      they're gone as well?

12      Yeah, it's been, like I said.

13 **EE:** Alright, so we go from 1030, you're kind of watching the back door to…

14      That didn't last long. That was maybe ten minutes for him to smoke a cigarette

15      or something like that.

16 **EE:** Ok.

17      Um…

18 **EE:** And then what did you do from 1030 to, I guess from reading the report, the next

19      ah, area in question would be roughly midnight-ish.

20      Like I, like 1140-ish, um, I, I, from, from the time of like looking in the back yard I

21      basically went back to where I was in the parking lot just hanging out by, by, by

22      the Trooper's car, basically leaning against the car.

23 **EE:** Did you ever hear any noise coming from inside the apartment, um, at that time?

24      We're talking about the 1140 time frame now?

25 **EE:** Yeah.

1　████:　Ah, no I did not.  Um, actually one of the Troopers had come outside at that time

2　　　　and ah, and was on the phone with, I want to say like the, their version of the

3　　　　State Attorney, District Attorney or whoever was, he was on the phone with.

4　EE:　Where were ya'll standing when that happened?

5　████:　Ah, have you been out to the apartment yet?

6　EE:　Just the photographs.

7　████:　Just the photographs.  From where the, from where the, like the, the front of the

8　　　　door is, you got like a little walkway, sidewalk where actually out in the parking

9　　　　lot, like right, right, where the cars would park like right up against, like if you

10　　　　were walking towards his house, so right up….

11　EE:　Close proximity?

12　████:　Yeah, close proximity, yes.

13　EE:　Not, not right next to the door though/

14　████:　No, not at all.

15　EE:　Tell me what happened next.

16　████:　Um, he was on the phone for a while, um, like I said, he was, he was, he came

17　　　　out around 1140.  I kind of like just stood by, just waiting to see what was going

18　　　　on, trying to get some updates.

19　EE:　Well, what were you, what were the updates you got?  What did he tell you?

20　　　　What did that Trooper tell you?

21　████:　Ah, I was just kind of listening to his thing.  He basically said that the guy had

22　　　　started ah, to write down a statement in regards to confessing to the ah, triple

23　　　　homicide and that he was on the phone with the District Attorney, which I assume

24　　　　he was probably getting a, a warrant, more than likely, so…

25　EE:　Ok, what next?

1       ▓▓    Um, I remember looking down at my watch. It was like around midnight. I

2             basically said, "Man this is a long time." Um, and then around like 1202, I

3             remember I, I, I hear three, three shots, bang-bang, bang. Three shots. We kind

4             of look at each other, he's still on the phone with, with the ah, District Attorney,

5             kind of look at each other a little bit like, we kind of like mouthed "Gun shots?",

6             you know like, "Was that a gunshot?" and um, we both drew our guns and started

7             running towards the door and then we heard four more shots, you know, right

8             away, bang, bang, bang, bang. And then that Trooper grabbed the door and

9             opened the door and…

10   EE:    Well let's stop there.

11      ▓▓    Ok.

12   EE:    So you're, you're, you're still in the parking lot standing next to the vehicle at that

13          point?

14      ▓▓    Pretty much, yes, the parking lot, the side walk, right, right, yeah, line of sight of

15          the door.

16   EE:    Line of sight of the door?

17      ▓▓    You could see the door.

18   EE:    Both doors.

19      ▓▓    Ah, just one door.

20   EE:    The slider on the…

21      ▓▓    The slider's on the other side of the house.

22   EE:    Ok. So you, this door that you're next to, it would be the front door?

23      ▓▓    That would be the front door, yeah. We were probably, if you had to say, feet-

24          wise, I'd probably say, I don't know, 25, 30 feet, maybe.

25   EE:    Ok.

1   ▮:      Short distance from the door.

2   EE:   You, when you ah, described the shots, um, you're, you're fully convinced that

3          the first volley was three rounds?

4   ▮:      Yes, I, I distinctly remember hearing three rounds.

5   EE:   And it was ah, was there any gap between, a lengthy gap between the three or

6          were they all…

7   ▮:      It was, it was, no it was like bang, bang, bang, like three shots, um, cause I just

8          remember, I mean, from the ▮▮ days, I'm like man those, that, that was,

9          those were gunshots and ah….

10  EE:   The numbers, the specific number of three though stands out to you?

11  ▮:      Yeah, absolutely.

12  EE:   Ok.

13  ▮:      Yeah, and then, like I said we kind of looked at each other so, give or take a

14         couple of seconds, we both kind of like grabbed our guns and started to go, run

15         towards the door, figuring they came from that area and as we were going

16         towards the door, four more shots rang out.

17  EE:   From the same…

18  ▮:      From the same, from the same area.

19  EE:   And they two were in succession or…

20  ▮:      It was bang, bang, bang, bang.  Four shots.

21  EE:   Ok.  Now you can pick back up with the, so the Trooper that was outside with you

22         on phone with the attorney, what did he do?

23  ▮:      Ah, he ran to the door first.  Ah, he grabbed the door and ah, I mean, I, the, the

24         four shots had already gone off, so when we got to the door, he had grabbed it,

25         pushed it open, we both like looked in to make sure everything was tactically

1   safe, cause we heard gunshots so we didn't know really what was going on

2   inside the apartment.  When we opened it up, I immediately saw ah, the agent,

3   the FBI agent ah covered in blood with his, you know, on top of his head and his

4   face and…

5   EE:  Where was he standing at that point?

6   ████:  Um, if we're, if we're looking at the apartment now the door had opened in, um

7   he…

8   EE:  You mean swinging left to right.

9   ████:  Yeah, so it's, yeah, left to right so…

10   EE:  Umm…hmm.

11   ████:  when it opened up, um, ah, the Trooper ah went in.  I was right behind him.  We,

12   I, again, I saw, I saw Mr. Todashev on the ground like in between, if you can

13   picture the house when, you got the entry, you got ah, foyer area, and then it

14   went off into like a little kitchen area and then it was like a little, I don't know,

15   place where you put your shoes, like a little hallway area.  Mr. Todashev was

16   lying between that area and like the living room and the Trooper was probably

17   five to ten feet from him, like I said, covered with blood on his head and stuff like

18   that.

19   EE:  Ok.  The, the FBI agent?

20   ████:  I'm sorry, I'm sorry, the FBI agent, I'm sorry.  The FBI agent was covered with

21   blood.

22   EE:  Five or ten feet away from Mr. Todashev's location?

23   ████:  Correct.

24   EE:  So he's deeper in the room?

25   ████:  Correct, yes.

1   **EE:**   Ok.  Um, and again I want to reiterate what you can specifically remember...

2   **█:**   Umm...hmm.

3   **EE:**   is what I'm after.  If there was something that you can't remember, don't know

4         with a hundred percent certainty, we'll, we'll take that for what it is.

5   **█:**   Umm...hmm.

6   **EE:**   When you breached, when you opened that door and you made that observation,

7         um, was the FBI agent armed?

8   **█:**   Yes.

9   **EE:**   So he remained armed...

10   **█:**   Yes, he still had his ah, weapon in his hand.

11   **EE:**   In which hand?

12   **█:**   I want to say his right hand.

13   **EE:**   Ok, but ah, not, not definitive?

14   **█:**   Not definitive, but, I do remember seeing a gun.

15   **EE:**   Was the, ah, who else was in the room?

16   **█:**   Ah, the other Trooper was standing next to him.

17   **EE:**   On his right side or left side?

18   **█:**   If you're looking at him from the entryway, he was on his right side.

19   **EE:**   Ok, so he would have been...how, was he, so he was five, ten feet away from

20         Mr. Todashev as well?

21   **█:**   Correct, right.

22   **EE:**   Was he armed at that time?

23   **█:**   No, I did not see, I did not see a weapon in his hands.

24   **EE:**   Clearly he wasn't or he may have had one and, you just don't recall?

25   **█:**   I just don't recall seeing one with him.

█████ / Case # 48-2013-UF-000014/ss

1   EE:   Ok. So ya'll breach, you go into the apartment, um, where do you go?

2   ███:   Ah, I immediately stopped right at the door, ah, ah, the other Trooper went inside

3         um, I started, based on my training and experience in ████ and having gone

4         through a couple of situations, ah, I, I, immediately asked the agent, the FBI

5         agent, "Are you shot?" because of all the blood that was on his head. He

6         responded, "No" or "I don't think so." Or...along those lines, so it was either "No"

7         or "I don't think so" or, I'm pretty sure, it was one of those things. Um, I told the

8         Trooper, "Hey, start applying pressure, do whatever you need to do", you know, I,

9         I, "I need to make, I need to", you know, "notify what just happened."

10  EE:   Which Trooper? The one that...

11  ███:   Ah, the one that came in with me.

12  EE:   Ok.

13  ███:   The one that came in with me. I said, "Hey, get your guy to sit down", you know,

14         "apply pressure to", you know, "the agent's head" and stuff like that and "I need

15         to make some phone calls real quick."

16  EE:   Ok. Let me go back one. You didn't hear any yelling or anything going on in the

17         apartment prior to hearing the shots?

18  ███:   No, I did not.

19  EE:   Ok.

20  ███:   No.

21  EE:   Um, so now, that Trooper that entered with you, did, when he breached, did he

22         go directly over Mr. Todashev, deep into the room or did he go into the kitchen?

23  ███:   I recall him going in. He opened the door. He went in and I want to say he went

24         right over Mr. Todashev, into, into the living room.

25  EE:   Ok.

1    ███:    Right away.

2    EE:    So now, you are having this verbal exchange with the three parties in, deeper in

3            the room...

4    ███:    Correct.

5    EE:    um, where are you standing?

6    ███:    I'm still in the foyer area.  I, I had not gone past Mr. Todashev.

7    EE:    So you're in the linoleum area of the....

8    ███:    Correct.

9    EE:    it, at Mr. Todashev's feet in that general area?

10   ███:    Right at his feet, exactly.

11   EE:    What observations did you make, that are fresh in your mind, that are clear in

12          your mind at that time?

13   ███:    Uh, I immediately notice that there was a, a, a massive amount of blood, from,

14          from Mr. Todashev.  Um, surrounding his, his, his whole, like face, you know

15          torso area and stuff like that.

16   EE:    Ok.

17   ███:    Um, and then, like I said, the, the, the agent was first thing I saw was the agent

18          bleeding from, you know from the head.  He was covered with blood on his, on

19          his head.

20   EE:    Were there any, was Mr. Todashev speaking or making any noises or...

21   ███:    No, I, I did a quick assessment of Mr. Todashev, um, once I looked at him and

22          said ah, "Have you been shot?" and he replied, "No", I immediately started

23          looking at the, at you know, Mr. Todashev on the ground and there was no signs

24          of life, what so ever in Mr. Todashev.

25   EE:    Ok.  Do you remember seeing any weapons in the general area?

1    ███   There was a, there was a ah, um, um, Samurai sword that was to the left hand

2        side of him on the ground, um, it was standing up against where that shoe rack I

3        told you was, it was like right near that shoe rack.

4   EE:   Did Mr. Todashev appear armed to you at all?

5    ███   Um, when I, when I did my general assessment of Mr. Todashev to see if I could

6        see if there was any signs of life, I did notice that he was lying on top of a um, a,

7        a, some type of broom stick or, or, or handle of something.  It was under his

8        body.

9   EE:   Which way was he facing?

10   ███   He was facing, well, well his feet were to me, so he was facing, his head was

11        facing towards the living room, on a, he was lying on his stomach.

12   EE:   He was lying on his stomach?  Ok.  Did you ever touch any of those items when

13        you were doing your assessment?

14   ███   No, I did not.  No.

15   EE:   Ok, so no physical contact with any of the things that you just described?

16   ███   No, I, I, immediately told everybody when we went in the, once, once we, once I

17        assessed the situation, I immediately told everybody, don't, don't say anything,

18        we, we need to make some phone calls and get some people here.

19   EE:   That's a particularly interesting statement that you just made, so let's explore that

20        a little bit.  What is that based upon?  The fact that you instructed people to do

21        that?

22   ███   Ah, just based on police shootings and stuff like that, we're always told, "Don't

23        say anything to anybody.  Let's just keep everything fresh in your minds" and

24        stuff like that, so, I mean that was just a general, "Don't say anything to

25        anybody."

1   EE:   And that's training and experience then that would…

2   ▇▇:   Yes.

3   EE:   cause that to have occurred?

4   ▇▇:   Yes.

5   EE:   Do you remember any, other than the response when you asked the question of

6         the FBI agent, do you remember any other statements made, spontaneous

7         utterances made to you prior to you giving that instruction, from any of the

8         individuals about what may have occurred?

9   ▇▇:   No, I don't, no.  I don't recall hearing anything.

10  EE:   Ok.  So you call 911?

11  ▇▇:   Ah, no.  I, I have just the regular dispatch number, like the main communication

12        number.

13  EE:   And what is that?

14  ▇▇:    It's a 321 number, it's….

15  EE:   Ok.

16  ▇▇:   So, I, I, it's speed dial, and it's like, you know…(chuckles)

17  EE:   I understand.

18  ▇▇:   Says "communications."

19  EE:   It's recorded, I'm sure.  Do you remember what you articulated or what you

20        stated?

21  ▇▇:   Yes, I ah, after I told those guys, "Hey", you know, "Don't say anything", I, I went

22        outside um, after I, you know, after I assessed Mr. Todashev, I went outside ah, I

23        called communications number and said, "Hey, this is", ah, um, I gave them my

24        I.D. number.  I, I forget, ▇▇▇▇▇▇▇, whatever it was.  Um, and ah, said, "Hey,

25        there's been a agent involved shooting, ah, at 6602 Perragrine, ah, ah, subject is,

1       appears to be signal 7", which is dead, um, and ah, "the agent has been either

2       stabbed, shot", not, not, I said, not, I said, "he's been stabbed or hit with some

3       type of object in the head. He's bleeding real bad, from the head.  I need OFD,

4       send me a Watch Commander, send me, send me some units.  I need to set up

5       a crime scene, ah get them here."  I told them the scene was secure and that

6       everything was ok.

7  **EE:**  Alright.  Of course you know that's all going to be recorded so if it, those weren't

8       exactly your words, that's because that's just a rough…

9       Yeah, its, its pretty much ah, verbatim. I just, I, I, I, told them, I remember telling

10      them that I wasn't sure what happened to the agent.  I just said that he's bleeding

11      real bad from the head and I need OFD here right away.

12  **EE:**  Tell me then, when you say that scene is locked down, from that point when you

13      made that call, through the responding individuals getting there, what occurred?

14      What steps were made to ensure that that was locked down?

15      Ah, before ▮▮▮ showed up?

16  **EE:**  Umm…hmm (affirmative).

17      Um, basically the, the, the, ah, the three agents, two troopers and an agent,

18      remained inside.  I stayed right outside the, ah, the, where we basically started

19      the incident ah, down on the sidewalk, waiting for ▮▮▮ to ah, come down, so ah,

20      to me the scene was secured with those three agents inside.

21  **EE:**  Ok.

22      Until the, until the troops came.

23  **EE:**  Alright, and tell me about ah, that point in time, when help arrived.  What

24      occurred then?  If you recall.

25

1   ███:   Oh, well sure, I recall very much so.  Um, I, I actually gave dispatch my, my call

2   back number to my cell phone and said, "Hey I'm", you know, "call me back at

3   this number." Ah, it, and, and, if, if they, if they have a hard time finding it,

4   because the apartment was in the back and um, I remember specifically stating

5   that, in my, in my, in my brain that, "Why are they still coming lights and siren

6   when I told them everything was ok?"  I, I, and, and ah, I had my cell phone in my

7   hand, I started to walk out into the parking lot, which was illuminated, but not

8   really illuminated.  It had like one, one or two lights, so I started thinking to

9   myself, "These guys probably have no idea who I am", you know, so "Let me get

10   myself under light", so when I started moving out into the parking lot, troops

11   started showing up and they started charging towards me, you know, with M-4's

12   and stuff like that, racking rounds in their M-4's and that was a...

13   EE:   Ok.

14   ███:   interesting experience, so...

15   EE:   Alright, so they get there, you express what's occurred...

16   ███:   Yes.

17   EE:   Who at that point enters the, enters the scene that you're aware of?

18   ███:   Um, they asked me ah, they asked me what's going on.  I told them that it was a

19   FBI involved shooting, um, they immediately said, "What do you need?"  Um, a

20   Watch Commander had shown up also, because the way the call went out on the

21   radio...

22   EE:   Yeah.

23   ███:   um...

24   EE:   Do you remember who that was?

25   ███:   Ah, Vince Ogburn.

1 **EE:** Ok.

2 Um, ah, I told Vince what had happened and he said, "Ok, this is a, this is a, this

3 is a, a, a, a FBI shooting." He said, "What do you need from us?" I said, "I just

4 need some crime scene put up." Um, I said, "The scene inside is secure." I said,

5 "The agents are inside", you know, "The victim's inside." Um, OFD had, was

6 staging so OFD was now released into the scene. Ah OFD met, met me at the

7 front and I told them they needed to go through the back, in order to get into him

8 because they couldn't really get through the, the front door and stuff like that.

9 Um, they made entry and, and ah, I think they worked….

10 **EE:** Did they bring an entire entourage or did just one person go in and call it?

11 No, they, I think they brought in the whole thing, with the whole truck unit like

12 they usually do.

13 **EE:** They all walked in the back door?

14 Yeah, there was probably three or four of them. Umm…hmm.

15 **EE:** Ok, so at what point in time did, was that apartment abandoned to the point

16 where it was ah, relinquished to the FBI or to the FBI forensics team?

17 Um, once ORFD came in, did their thing, I want to say, pretty much within and

18 hour or two, we had some more agents coming in, in regards to like their, their

19 ERT, their Evidence Recovery Team, so within maybe two hours.

20 **EE:** Ok, so when did the, when did the FBI agent get transported or go to the

21 hospital?

22 Um, I want to say…if you're looking for time frame, probably before 12, 1230ish

23 maybe.

24 **EE:** Ok, so fairly quickly?

25 Yes, fairly quickly, yeah.



1   **EE:**   And from reading the report, I think one of the troopers went with...

2   ▬:   I believe...

3   **EE:**   that FBI agent?

4   ▬:   yeah, I believe one of the, I, I, believe the, one of them that was inside went with

5         him.

6   **EE:**   Ok, now as far as, did someone remain in the apartment for the length of time it

7         took for um, the FBI forensics team to get there?

8   ▬:   Ah, we had ah, we had our OPD, ah, ah positioned outside the front door, with

9         the door open and we had one outside the back ah, sliding glass door, so nobody

10        went inside.  I, I believe nobody went in that side, ah inside until the main, like

11        crime scene person showed up, their Evidence Recovery person.

12  **EE:**   Ok, and in that time frame, when the FBI agent was leaving, um, to be treated

13        and the other trooper, did the, those, any of those three individuals make any

14        statements to you that stand out in your mind, though you instructed not to give

15        statements, did any of them say anything to you that had any significance or

16        bearing on this case, that, that may have explained what happened in there?

17  ▬:   No, they did not, no.

18  **EE:**   So no statements were made to you on that day?

19  ▬:   Correct.

20  **EE:**   When the FBI forensics team got there, did you brief them?

21  ▬:   I gave them a synopsis of what was understood, like there was, hearing the shots

22        and stuff like that, and then locating the body inside.

23  **EE:**   Ok, do you remember who that conversation took place with?

24  ▬:   I want to say ah, I think her name is ▬▬▬.  She's like the main, like ▬-

25        ▬, or something like that.  She's like the main crime scene person.

1   EE:   ███████████

2   ██:   Yeah, ██████, I'm sorry. ██████ did I say ██████?

3   EE:   Analyst over there, but she's on the…

4   ██:   But she's like one of the main ERT people…

5   EE:   Umm…hmm.

6   ██:   so, you've heard of her?

7   EE:   ████?

8   ██:   Yeah.

9   EE:   Yes.  Ok, so the scene basically then was released to ██████ or…

10  ██:   Correct.

11  EE:   or responsibility for the scene?

12  ██:   Correct.

13  EE:   ████████████   Um, what did you do next on that date?

14  ██:   Ah, I pretty much stayed outside and just, they, they kind of like just, we, I just

15        stayed there, you know, until all the other agents were coming in.  They pretty

16        much called out the whole cavalry to figure out if anybody needed any assistance

17        doing anything, so….

18  EE:   Well, bear with me…

19  ██:   Go ahead.

20  EE:   On this date, you were serving in pretty much two capacities.  You were an ████

21        officer, is that correct?

22  ██:   Yes.

23  EE:   However you were assigned to the, ah, task force?

24  ██:   Correct.

25  EE:   All these acronyms make it difficult to track.

████████/ Case # 48-2013-UF-000014/ss

| | | |
|---|---|---|
| 1 | ▮: | I'm the ▮▮▮▮▮▮▮▮▮▮▮ |
| 2 | EE: | Hence the reason you were assigned this task to look into Mr. Todashev? |
| 3 | ▮: | Correct. |
| 4 | EE: | With your role there. |
| 5 | ▮: | Yes. |
| 6 | EE: | Ok.  And you had three prior contacts with Mr. Todashev, prior to this incident? |
| 7 | ▮: | Yes. |
| 8 | EE: | Ok.  You facilitated the planning of this particular or at least to communicate with |
| 9 | | Mr. Todashev for this interview on 5/21/2013, correct? |
| 10 | ▮: | Yes, at the request of them. |
| 11 | EE: | That occurred over your agency cell phone, primarily? |
| 12 | ▮: | Yes, over the, ah… |
| 13 | EE: | Or it's in, in it's entirety. |
| 14 | ▮: | Yes. |
| 15 | EE: | First time you ever met Khusen, am I saying that correctly? |
| 16 | ▮: | Yes. |
| 17 | EE: | Last name L-N-U. |
| 18 | ▮: | Ah, no his last name is ah, um, T-a, T-a-r-a-m-o-v. |
| 19 | EE: | Ok.  We'll want to make note of that.  Cause I see in the report generated, well, |
| 20 | | we'll talk about that later.  The wallet and cellular phone, ah, belonging to Mr. |
| 21 | | Todashev were in your care and custody for a very short period of time? |
| 22 | ▮: | A, a minute maybe, if that.  From the time… |
| 23 | EE: | (inaudible) |
| 24 | ▮: | from the time he gave it to me til the time I told him to come and get it outside. |
| 25 | EE: | When you say "he", who gave you those items again? |

32

1       ███   Um, Khusen.

2   EE:   And Mr. Khusen received those items directly from Mr. Todashev?

3       ███   I would assume yes, I mean...

4   EE:   Oh, you don't know?

5       ███   I don't know.

6   EE:   Ok, and then you relinquished that, those articles to one of the troopers that

7         came out and got it?

8       ███   Correct.

9   EE:   And text messages, we discussed that they were going back and forth to your

10        FBI issued phone, but those, the content of those has been since lost?

11      ███   Correct.

12  EE:   Um, due to the time passage.

13      ███   Correct.

14  EE:   And you never went into the apartment prior to the, ah, shooting?

15      ███   Ah, no. I remained outside the entire night.

16  EE:   And when you breached that door and went into the foyer area, the linoleum

17        area, I believe, you didn't, you never went any deeper than that, past Mr.

18        Todashev's um...

19      ███   No, I went, I went basically to his feet and stopped, and, and, and looked at him

20        and far as I could see the agent also, from where I was.

21  EE:   Alright.  Scale of one to ten, regarding the number, the two different volleys of

22        shots, you indicate three and then four.  How certain are you on a scale of one to

23        ten?

24      ███   Ah, I'd say it'd probably be a ten.

25

1   **EE:**   Your instruction for everybody not to talk anymore is based on your training and

2         experience and involvement in prior incidents, correct?

3   **████:**   Correct.

4   **EE:**   You spoke to OPD dispatch, which would be memorialized in the recording?

5   **████:**   Correct.

6   **EE:**   Ah, and you observed the sword and a broom stick handle.

7   **████:**   Correct.

8   **EE:**   Alright. I apologize for the redundancy, but I'm going back through my

9         documents that I've reviewed and the, ah, the nature of the investigation was to

10        investigate a triple murder, a violent type crime? Is that correct?

11  **████:**   Yes, that's what they were here for.

12  **EE:**   And Mr. Todashev was identified through means that we don't need to discuss

13        today, as a possible suspect? Correct?

14  **████:**   I, I would say yes, cause it's a Mass State Trooper case, so yes. He was

15        identified.

16  **EE:**   You were operating under that assumption though, that day?

17  **████:**   Yes.

18  **EE:**   Your background, um, knowledge of Mr. Todashev fighting abilities, we've

19        already discussed. Mixed Martial Arts and somewhere in here I remember

20        reading a, a wrestler?

21  **████:**   I…maybe…

22  **EE:**   You don't recall?

23  **████:**   No, I don't recall.

24  **EE:**   Ok. That was actually surveillance video that you observed of the fight over the

25        parking spot?

1     Correct.

2 EE:   Did the officers, the troopers that went inside and the FBI agent that went inside

3     that day view the same YouTu...that you're aware of, view the same YouTube

4     video and surveillance video of the ah, altercation with the two individuals in

5     Orlando?  Do you know?

6     No, not that I recall, no.

7 EE:   Ok.  That may have occurred, but you just don't know?

8     Yeah.

9 EE:   Ok.  Did you make that information available to them verbally?  Did you discuss

10     that with them before they embarked on their mission?

11     About the fight?

12 EE:   Yeah.

13     Ah, they had known about the fight.

14 EE:   They did?

15     Yeah, they knew about the fight.

16 EE:   How do you know that?

17     It was documented in one of our, in, in, in, in, in the case that he had been

18     arrested for, for the battery and stuff like that.

19 EE:   So, did, did, did they discuss that in front of you, that, do you have knowledge

20     that they knew specifically about that?

21     I, I, no, I don't have knowledge that...

22 EE:   Ok.

23     they knew specifically.

24 EE:   Alright.  When the troopers came outside or the trooper came outside either of

25     those two times, did they mention the sword to you at all in conversation?

1      **▮:**  No.

2    **EE:**  Did they mention Mr. Todashev's demeanor, while they were conducting their

3         interview?

4      **▮:**  No, no.  They, they didn't talk to me at all about his demeanor.

5    **EE:**  Alright, this is what I want to spend a little bit of time on and then we'll be done.

6      **▮:**  Ok.

7    **EE:**  Um, I'd like to go over what I, I reviewed a couple of days ago, the ah medical

8         examiner's investigative report.

9      **▮:**  Ok.

10   **EE:**  Um, which isn't out yet and I'm not sure, I, I would slide that in front of you but

11        due to the nature of the investigation, I, I'm just going have to work from here and

12        um, talk about specifics here. Do you remember meeting a Laura Zeddick, I

13        believe was her name, she was an M.E. Investigator that came out?

14   **▮:**  I remember, I, I don't remember who exactly came out, but there was a female

15        that showed up originally.

16   **EE:**  Do you remember your conversation with her?

17   **▮:**  No, I mean it was real brief, if it was anything.

18   **EE:**  Ok.  I'm going to take some excerpts from that report and ask you some pointed

19        questions.  If you can't remember specifically, the answer, that's fine, but if you

20        do, please provide that.  Um, did you report or do recall having any conversation

21        regarding it being more than one FBI agent involved in this shooting?

22   **▮:**  No, I don't remember, no, I, I didn't say anything about more than one FBI

23        shooting.

24   **EE:**  Do you recall saying anything that maybe was taken out of context where there

25        was more than one individual involved in the shooting?

1       ███   It may have been taken out of context when I said there was agents inside and

2             there was a shooting, so, it could have been taken out of context, if that's what

3             you're implying.

4   EE:   Ok.

5       ███   Yeah.

6   EE:   Ok. But at that point in time you, you clearly were under the, ah, well let me, let

7             me, how did you know how many individuals were involved in the shooting at that

8             point?

9       ███   Based on what I saw, I, I only saw one guy with one, what with one gun, so I was

10             under the assumption it was only one guy that shot.

11   EE:   So that very night, you were operating under the assumption of one, one

12             shooter?

13       ███   Correct.

14   EE:   Not, not due to anything they verbally told you, just on your, based on your

15             observations?

16       ███   Just based on my observations.

17   EE:   She also narrates in here that the incident took place at ah, 0007 hours on 5/22

18             2013, where it actually, is that the actual date or was…(inaudible)

19       ███   Yeah, the 22nd, it took, cause it took place after midnight so…

20   EE:   Ok.

21       ███   It was a couple minutes after midnight. 22nd.

22   EE:   And again, due to the report narrative, it says, "The FBI agents fired

23             approximately seven times, from their Glock 23's" and it's very specific when you

24             look at that, that she's talking in plural, so I'm just curious as to where that may

25             have generated, so…

| 1 | ███ | And again, like I said, it may have been taken out of context, like I said, there |
|---|---|---|
| 2 | | were agents inside.  I don't, and I, I don't remember ever, remember recalling |
| 3 | | saying that there was more than one shooter. |
| 4 | EE: | Nor do you remember saying specifically that was…. |
| 5 | ███ | That there was one shooter… |
| 6 | EE: | just one… |
| 7 | ███ | Yeah, I don't remember telling her how many were. |
| 8 | EE: | So that could have just been her interpretation of the conversation she had with |
| 9 | | you. |
| 10 | ███ | Correct, cause like I said, that conversation lasted, probably all of a minute, |
| 11 | | maybe. |
| 12 | EE: | What time did she get there?  Do you remember, roughly? |
| 13 | ███ | No, I don't recall.  It was….after one maybe, before one, one o'clockish, maybe? |
| 14 | | I know they notified ah, I know OPD notified, you know, the M.E.'s Office, so |
| 15 | | whatever time it was notified. |
| 16 | EE: | And do you know, from standing outside, prior to the body recovery team getting |
| 17 | | there, and that's what I'm referring her to here with the investigator, had the |
| 18 | | processing already started to occur inside with ███████ team? |
| 19 | ███ | I think they just started taking pictures, documenting evidence. |
| 20 | EE: | (inaudible) |
| 21 | ███ | Again, like I said, I was outside, so… |
| 22 | EE: | Ok, and roughly how many people were involved in that, just ah… |
| 23 | ███ | I'd say maybe two or three. |
| 24 | EE: | prior to the M.E. getting there? |
| 25 | ███ | I believe so, yes. |

1  EE:  Ok, and were you in a position where you could see any of the, that going on

2       inside?

3  ▮:  No, they, they, they said don't even bother coming in, just, they got, they got it

4       under control.

5  EE:  Gentlemen, I'm going to open it up to, do you have any questions for what we

6       have discussed so far, do you have anything else that you'd like to express?

7  ▮:  No, I mean, I, I, I didn't really have much to offer other than being outside.

8  EE:  You conducted the first interview.  Is there something you'd like to re-visit, um,

9       ▮?

10 ▮:  Ah, no, I mean, pretty much everything we talked about originally and we

11      covered mostly everything.  One thing, um, that I just, and I don't know…

12 EE:  I don't know if it's going to pick you up, but…

13 ▮:  I'm sorry.  One, one thing, I don't know if it's a typo on a note, or a not.  The

14      address you referred to as 6602 and you have 6022 so I don't know if that's

15      something that a contradiction that you might want to clear up.

16 EE:  6622?

17 ▮:  I believe it's 6602.

18 EE:  (inaudible, talking over each other)

19 ▮:  I think it's 6602 Perregrine.

20 ▮:  (inaudible)

21 ▮:  I'm pretty sure it is.

22 ▮:  It said 6622.  I just want to clear that up.

23 EE:  Ok.

24 ▮:  It might be a ….

25

1   EE:   And again, we're talking about a general note sheet that I'm using to conduct the

2         interview, which I'll...

3   ███   Right.  It's, ah, I think it's either 6-6602 or 6022.

4   UK:   (unknown speaker, inaudible)

5   ███   Yeah, I'm going off the top of my head.

6   ███   I just wanted to, in case there's a contradiction later on...

7   EE:   Ok.

8   ███   to address it.

9   EE:   Good catch.

10  ███   Other than that I think um, I mean it's pretty much what we had discussed, you

11        know, some months earlier.

12  EE:   Yeah, and if you don't mind, I'd like to reiterate, if you have ah, an opportunity to

13        try to find those links for those fights, I'd like to view those as well.

14  ███   Yeah, I, I, and again, I, they were shown to me, so but I think if you go to

15        YouTube and you punch in like "Chechen fighter" or something like that, I think

16        his, I think his video comes up.  But I'll, I'll try to find them if I can for you and stuff

17        like that so...

18  EE:   Do you swear everything you said today is true?

19  ███   Yes, it is.

20  EE:   Thank you for your time.  Conclusion of the interview, same individuals in the

21        room, at ah, 1135 am.

22  **End of recorded statement.**      I (have) / have not reviewed this transcription for

23  accuracy.   **Signed this   8   day of   November, 2013**

24  _[signature]_

25  **CHIEF INVESTIGATOR ERIC EDWARDS/STATE ATTORNEY'S OFFICE**