RECORDED TRANSCRIPT OF DEPUTY FIRST CLASS ANTHONY RICCABONI

INTERVIEW CONDUCTED BY CHIEF INVESTIGATOR ERIC EDWARDS

CASE NUMBER – 48-2013-UF-000014

EE – CHIEF INVESTIGATOR EDWARDS

AR – DEPUTY RICCABONI

NE – INVESTIGATOR NELSON ESPINOSA

**EE:** Today's date is January 7, 2014. It's approximately 1411 hours. My name is Eric Edwards. I'm an investigator with the State Attorney's Office, Circuit 9. I am in a conference room at the State Attorney building in Orlando, Florida with... Can you state your name please for me Sir?

**AR:** Anthony Riccaboni.

**EE:** And, your name Sir?

**NE:** Nelson Espinosa, Investigator, State Attorney's Office.

**EE:** This interview is regarding use of force number 48-2013-UF-0014. Ah, investigation number IN-0063 and we're here for the purpose of collecting a witness statement. Is that your, your understanding, Sir?

**AR:** Yes.

**EE:** Can you raise your right hand for me? Ah, do you swear that the information that you're gonna give today is true?

**AR:** Yes.

**EE:** And freely given?

**AR:** Yes.

**EE:** Alright. You were called here regarding a, a report that you authored on 5/4 of 2013, Orange County case number 13-38070. Is that your understanding?

1  AR:  Correct.
2  EE:  Where are you employed?
3  AR:  Orange County Sheriff's Office.
4  EE:  And how long have you been there?
5  AR:  I have 20 years sworn and, April of 2014, I'll have 24 years total.
6  EE:  And what is your primary, ah, job?
7  AR:  Ah, Uniform Patrol.
8  EE:  Ok. Now, to, to...what was your employment prior to being employed by the
9       Orange County Sheriff's Office?
10 AR:  Um...
11 EE:  Military or anything like that?
12 AR:  No, they got me at 19. I was in high school and worked for Atari or something
13      doing video games downtown.
14 EE:  Ok. To become a law enforcement officer, what type of training did you receive?
15 AR:  Ah, I went through the Seminole Police Academy and up there for four months,
16      then did on the job training with a Field Training Officer for four months, and then
17      I was a probationary deputy for a year.
18 EE:  Ok, and through the um, years of employment with the Orange County Sheriff's
19      Office, have you received annual or biannual type training in high liability areas
20      such as defensive tactics?
21 AR:  Yes. Every year.
22 EE:  Every year. Yeah, so your training is on-going with the Sheriff's Department.
23      Have you received any other type of training regarding defensive tactics?
24 AR:  Yes.
25 EE:  Can you tell me about that?

| | | |
|---|---|---|
| 1 | AR: | Um, prior to coming to work for the Sheriff's Office, I practiced Ty Kwon Do, |
| 2 | | locally. Um, I received by black belt from them in 1984. Um, I had quit training |
| 3 | | with them, while I was in high school. I did other things. Um, I boxed in late '92, |
| 4 | | early '93 at a boxing gym here for a couple months, getting in shape for the |
| 5 | | police academy and then we have classes that we put on through the Sheriff's |
| 6 | | Office and actually, we're using a ah, gym for Orlando Police Department where I |
| 7 | | went down and took a couple of Aikido classes, not very many. I want to say |
| 8 | | maybe 3, 4. Um, and that's about it. Um, just recently after this case, I joined a |
| 9 | | um, mixed martial arts gym, because of this case. |
| 10 | EE: | Because of the case? |
| 11 | AR: | Yes. |
| 12 | EE: | Can you explain why that is? |
| 13 | AR: | Um, ... |
| 14 | EE: | We'll get into that case in a minute, the p-particulars there. |
| 15 | AR: | Working patrol, we're coming across more and more of these mixed martial arts |
| 16 | | cage fighters and the training that they are giving us in law enforcement is just |
| 17 | | not adequate, if, if something goes bad with one of these guys and we have to |
| 18 | | fight them. |
| 19 | EE: | Well before we go off, usually go off on a series of questions regarding that |
| 20 | | statement alone, let's go back here then and we'll revisit what you just said. Um, |
| 21 | | can you tell me about the events that occurred on that date, regarding this |
| 22 | | supplement that you just had an opportunity to review, correct? |
| 23 | AR: | Correct. |
| 24 | EE: | Can you, the best of your recollection, what happened on that date? |
| 25 | | |

| | | |
|---|---|---|
| 1 | AR: | Um, I heard a radio transmission from a deputy that was working off-duty for the |
| 2 | | mall, the Premium Outlet mall, of a fight in the parking lot. Um, information, if I |
| 3 | | remember the radio transmission, the deputy that was working off-duty had |
| 4 | | gotten in behind the suspect and he had some victims that were down, injured, |
| 5 | | um, I think he even said that one of them was knocked out. Don't quote me on |
| 6 | | that, I'm pretty sure he said he had one knocked out but security was with him |
| 7 | | and send rescue there. The vehicle came my direction. I kind of was staging |
| 8 | | and waiting, since I was south of the mall. There's only two ways out of the mall, |
| 9 | | either north on Vineland, south on Vineland. There's a side street that kind of |
| 10 | | doubles back towards International Drive but not too many people know it unless |
| 11 | | you're part of the college program in that area, so I waited south and sure |
| 12 | | enough he came my direction. Um, we were all wearing uniforms, had marked |
| 13 | | patrol cars and ah, as he got closer I seen his vehicle, seen Deputy Clifton |
| 14 | | behind him. Short radio transmission that basically we're gonna park him and |
| 15 | | ah, activated my lights, went into oncoming traffic in front of the suspect vehicle |
| 16 | | and we blocked him in. Um, I got out of my vehicle, challenged him with my |
| 17 | | firearm, and ah, he was compliant, hands went up. I could see him from |
| 18 | | basically, like the chest, shoulder area, up and looking at his face, I recognized |
| 19 | | the, the shape of his ears as to be a mixed martial arts cage fighter. And I yelled |
| 20 | | out to Deputy Clifton and Brent Bagshaw, who was just coming up and getting |
| 21 | | out of his vehicle, cause they were gonna go to his driver's door and get him out, |
| 22 | | um, not to snatch his driver's door open and try and go hands on with him, cause |
| 23 | | I figured it was going to end badly. |
| 24 | EE: | Have you ever seen this individual before this particular time? |
| 25 | AR: | No. |

| | | |
|---|---|---|
| 1 | EE: | Um, so your, your immediate concern were (sic) just based on the observation of |
| 2 | | his ears? |
| 3 | AR: | Correct. |
| 4 | NE: | How far away were you, from him? You, (inaudible) estimate? |
| 5 | AR: | Length of his hood, plus 2, 3 feet. I mean I was outside my driver's door, so the |
| 6 | | width of my hood, cause I kind of angled my car a little bit... |
| 7 | NE: | Right. |
| 8 | AR: | putting the heavy part of my car at the front of his, plus using my engine block for |
| 9 | | some protection, so maybe 5 feet. |
| 10 | NE: | I think you reported that your front bumper was about 4 to 5 inches from his. |
| 11 | AR: | Yeah. |
| 12 | NE: | So the, the width of your car and his hood is basically the distance of maybe 10, |
| 13 | | 12 feet tops? |
| 14 | AR: | I don't think, I don't even think it's that far. |
| 15 | NE: | Ok. |
| 16 | AR: | It's much closer than that. |
| 17 | NE: | Ok. |
| 18 | AR: | Cause it's not the front bumper to the windshield of my car. With it being angle, |
| 19 | | it's more kind of driver's fender to passenger front bumper so it kind of like |
| 20 | | shorter... |
| 21 | NE: | So your cars kind of like at an angle, right. |
| 22 | AR: | Yeah, it's a shorter distance. |
| 23 | NE: | Ok. Ok. |
| 24 | EE: | So this, and this happened at approximately 5:20 in the afternoon? |
| 25 | AR: | Yeah, it was still light out. |

| | | |
|---|---|---|
| 1 | EE: | Ok. |
| 2 | AR: | It was actually bright. It was sunny. |
| 3 | EE: | So you had a clear, unobstructed view of the driver of the suspect vehicle? |
| 4 | AR: | Correct. |
| 5 | EE: | And you observed, ah... |
| 6 | AR: | The shape of his ears. |
| 7 | EE: | shape of his ears, which based on your experience away from law enforcement, or to include law enforcement, indicated to you he was probably some form of fighter? |
| 10 | AR: | Yes. |
| 11 | EE: | And you shared that information with Deputy Clifton and Deputy Bradshaw? |
| 12 | AR: | Bradshaw, yes. |
| 13 | EE: | Ok. So as you're going through this in your mind and you're giving the same instruction to the deputies that are with you, um, what happens after that? What, what precautions did you take? |
| 16 | AR: | Um, well we, we, I kept him at gunpoint. They were able to get his driver's door open. We basically made him crawl out, kind of go out to his belly before we even went hands on and I, I told him if his tries to, I think I used the term, if he's tries to fight us, I was gonna shoot him. |
| 20 | EE: | Ok. Is that something you normally would say to someone on a... |
| 21 | AR: | No. |
| 22 | EE: | on a vehicle exit? |
| 23 | AR: | Um, no. |
| 24 | EE: | Why, why did you pick that particular phrase or that type of warning? |
| 25 | | |

| | | |
|---|---|---|
| 1 | AR: | From the experience I have, it only takes a split second for those guys to get ahold of you and they're hurting you bad. |
| 3 | EE: | Was there anything in the radio traffic, other than the fact that there was already physical altercation that maybe gave you some ah, indication that he was a fighter? |
| 6 | AR: | No. |
| 7 | EE: | Just your observations? |
| 8 | AR: | Correct. I, I mean, I'm a huge follower of the UFC (Ultimate Fighting Championship). I watch a lot of the smaller events. I've been to a couple live events out at UCF and Lakeland. Um, I, ah, oh, let me back up. I trained out of a class for about a month, off of Old Winter Garden and Kirkman, um, and that's what led me to go to one of the live events in Lakeland, years ago and um, I didn't continue at the school, just cause it wasn't organized. It wasn't... good, good trainers, just wasn't organized. |
| 15 | EE: | You made a statement before we just started discussing the particulars on this case that after this particular traffic stop or incident, you started to ah, attend additional training classes. |
| 18 | AR: | Correct. |
| 19 | EE: | Um, can you tell me why that was again? Can you explain that to me a little bit more? |
| 21 | AR: | Well, dealing with this gentleman, and we've come across some other mixed martial arts cage fighters. It's very popular in Central Florida. There's quite a few schools that I can, I can name. Um, you know, we're coming across them and not all of them are bad apples, but you're gonna get some bad apples that |

| | | |
|---|---|---|
| 1 | | misuse their training or feel like they can go out there and use these skills on |
| 2 | | unskilled people and um, it gives the whole sport a bad name. |
| 3 | EE: | So this was a wake-up call for you... |
| 4 | AR: | Yes. |
| 5 | EE: | You went back into training. |
| 6 | AR: | That and my age. |
| 7 | EE: | Ok. Did the uh, deputies on the scene describe ah, the actual incident location to |
| 8 | | you at all, prior to you, um, leaving the scene there where he was placed into |
| 9 | | custody? What actually occurred at the mall? |
| 10 | AR: | Ah... |
| 11 | EE: | No? |
| 12 | AR: | All I know is somebody got beat up, pretty bad and he was down. It was |
| 13 | | somewhere in between Gap and Nike and I think that was just from the radio |
| 14 | | transmissions, if I remember that right. But I'm, I, I'm not a hundred percent sure |
| 15 | | on that. |
| 16 | NE: | I'm not familiar with the cage fighter. I, I've seen commercials and stuff, but I've |
| 17 | | never sat and watched 'em. You, you're describing their ears a certain way. I'd |
| 18 | | like for you, if you could, if you could tell me what, what you see, what, you know, |
| 19 | | what do you see, what, what you saw that day and what's typical of these fighters |
| 20 | | and then how it gets that way. |
| 21 | AR: | If you can picture, um, what cauliflower looks like, or broccoli, and if you put that |
| 22 | | underneath somebody's skin, that's what their ears look like. They're real thick, |
| 23 | | they're puffy, they're hard. Um, it gets that way from different techniques, |
| 24 | | different pressure, um, when you're doing these techniques and I train probably |
| 25 | | three months straight and I haven't gone in four weeks and my ears were sore, |

| | | |
|---|---|---|
| 1 | | but they never got puffy. My ears are not changed shape at all from my training, |
| 2 | | but I wasn't going in there, like a high level fighter. When you start talking, just |
| 3 | | the guy that's practicing, like myself, you normally aren't gonna get that kind of |
| 4 | | ears. |
| 5 | EE: | Umm...hmm. |
| 6 | AR: | When you are a high level fighter, or you're in there, I guess I would describe you |
| 7 | | as a, a gym rat. You're in there for every class, maybe doing 2 a days, 2 classes |
| 8 | | a day, things like that, your ears don't have time to heal and not get big and... |
| 9 | NE: | So that's from the beating? From them hitting you on the side of the head? |
| 10 | AR: | Ah, no.... |
| 11 | NE: | Or is that blood in the ears? |
| 12 | AR: | It's fluid from the ears. It could be blood. It could be um, other fluids just filling |
| 13 | | up, water fluid... |
| 14 | NE: | Ok. |
| 15 | AR: | but it's from basically grinding. I mean wrestlers get them, and that's why you |
| 16 | | see wrestlers, they wear those little cup things over their ears as head gear... |
| 17 | NE: | Right. |
| 18 | AR: | to keep their ears from getting crunchy and, and thick. Um,... |
| 19 | EE: | So prior to seeing this individual on that date, how many other people in the past |
| 20 | | do you think you've seen with similar ears that, that you had exposure to? |
| 21 | AR: | In person, or on TV? |
| 22 | EE: | Both. |
| 23 | AR: | Hundreds. I mean, I've watched, I've followed the UFC since the very beginning |
| 24 | | when they wouldn't even do it in the United States because it was too barbaric. |
| 25 | | They've changed it and were able to get some good rules that needed to be put |

1         in, to make it mainstream and a little safer, but I, I mean I've followed the sport
2         since early '90's. Um...
3  EE: Were there any other facial features that stood out in your mind or just the ears?
4  AR: I remember the immediate ears and then when we took him down, I mean his
5         nose has been broken a bunch of times, I would think. It, it's really crooked. Um,
6         you know, you can view that either two ways: he's not very good, or B, he
7         doesn't mind getting punched in the face and he'll take a punch, so I look at it the
8         second way, cause usually if you're not very good, you quit something if you're
9         getting beat up pretty bad.
10 EE: He was compliant though at the point that you guys put him into custody?
11 AR: Yes, Sir. He was compliant with us.
12 EE: Do you believe that he saw you? Did you have eye contact when you gave him
13        that um, warning if you will that if he tried to fight you, you would shoot him? Did,
14        do you know definitively that he heard you say that?
15 AR: I guarantee he heard me say that cause I was only within a couple feet of him.
16 EE: (inaudible)
17 AR: And I have a...
18 EE: Was there eye contact between you at the time?
19 AR: No. I think he was already face-down on the ground. He was, he was crawling
20        out. I, I, I want to say Larry told him to get out on his belly or something like that
21        and he, he went out to his belly.
22 EE: Was there any verbal warning that he gave you at the time, or any kind of a
23        notification about him having any injuries to take into consideration when you
24        went hands-on?
25 AR: No.

1  EE: Um, when you went hands-on…who, who actually went hands-on?
2  AR: Um, I believe it was Larry and Brent handcuffed him. Um, once he was
3      handcuffed and I knew, knew his hands were relatively safe, we, I holstered.
4      Um, I remember them standing him up and him saying something about a knee
5      injury. Don't quote me which knee. Um, he said he had it orthoscopic or
6      something and I mean, I've never had knee surgery. Obviously we've had
7      deputies that have. Um, I've had friends and family that have had. Was he
8      ginger on it? A little bit, but not to the point where he had any problems walking
9      to, over to our patrol car and getting in.
10 EE: Ok.
11 AR: Um…
12 EE: So who walked him over to the car? Do you remember?
13 AR: Larry had hands on him. I think we all went, just because of the nature of who he
14     is. I mean, these guys are just as dangerous with their legs as they are with their
15     hands and um, you can have one of these fighters on their back and before you
16     know it, they'll through their legs up around your neck and have you in a choke
17     and you only have five or six seconds and you're, you're, you're done. You're
18     completely choked out.
19 NE: Did you notice if he, I know it's been a while, but do you recall, after you guys got
20     him out of the car and he was secured and safe, did you notice any blood or any
21     of his hands, did you notice any injuries to him?
22 AR: He had a couple spots of blood on his hands…
23 NE: Ok.
24 AR: But I, it, it, it looked like he wiped his hands…
25 NE: Ok.

1   **AR:** um, on what, I don't know. But his hands weren't bleeding. I think it was the guy
2          he beat up.
3   **NE:** How 'bout to his face? Was, did he seem like he had taken any hits other than,
4          you know, obviously his nose...
5   **AR:** No.
6   **NE:** from the other person?
7   **AR:** No.
8   **NE:** Ok.
9   **AR:** I mean...
10 **EE:** Do you remember anybody taking pictures of him (inaudible) you guys at the
11          location of arrest?
12 **AR:** No.
13 **EE:** Ok. But there wasn't anything on his face. You talk about a nose, ah, that
14          looked like it had injury to it, but didn't look like fresh injury...
15 **AR:** It was prior injury.
16 **EE:** Ok.
17 **AR:** It was, it was, it was broken and didn't have bloody, crusty drainage or anything
18          like that. I mean he's, this was, the marks on his face looked like they were prior,
19          from prior training and stuff like that.
20 **EE:** What statements did he make in your presence after he was placed into
21          custody? Do you remember?
22 **AR:** Um...
23 **EE:** I see in the report, there's mention of ah, FBI agents or something like that. Do
24          you remember exactly what he may have said about that?
25 **AR:** Yeah, let me refer back to here.

1  EE:  That's fine.
2  NE:  That's a little bit bigger.
3  AR:  Yeah, um, he made a comment that, that, there was three vehicles behind us
4       and that they were FBI agents and they'd been following him. Um...
5  EE:  On this date, were...
6  AR:  Um...
7  EE:  were you ever communicated or was any radio traffic, anything mentioned over
8       the air or to you in person, ah, by any FBI agent about having any kind of
9       surveillance being conducted on this target?
10 AR:  No.
11 EE:  So you're just, when you wrote this and authored this and even to date, um, you
12      still just believe that he identified them as FBI agents? You don't know
13      definitively that they were?
14 AR:  Um, I can only tell you that ah, Chris Francisco was there, Lieutenant Francisco,
15      and he walked over to the car and said that they were FBI agents.
16 EE:  Ok.
17 AR:  So, I know he deals with all the different acronyms, being in Intel for as long as
18      he was. Um, I wasn't going to question it. They weren't sticking around to give
19      us any statements. Um..
20 EE:  Ok, so this traffic stop, I guess then, if Lieutenant Francisco was aware that the
21      individuals in the unmarked cars were FBI, the traffic stop wasn't being
22      coordinated through any requests by the FBI...
23 AR:  No. We had no clue.
24 EE:  over the Orange County radio or anything like that?
25 AR:  Francisco didn't have a clue that they were involved cause he rolls up...

| | | |
|---|---|---|
| 1 | EE: | So this was an after-the-fact type thing? |
| 2 | AR: | Yeah, he rolls up, Francisco rolls up, I mean after we had the guy secured, we're |
| 3 | | standing up, getting him to our car and I may have mentioned to him, he goes, I |
| 4 | | go, "Hey, he's claiming those guys are FBI agents" and Francisco looks back and |
| 5 | | I mean they're, they're half in the grass and half on the road, which is unusual. |
| 6 | | That's the way a cop would park, not just a citizen watching this event in front of |
| 7 | | them. They just stop in the middle of the road and gawk. So... |
| 8 | EE: | Did they get out of their cars or they just... |
| 9 | AR: | No. |
| 10 | EE: | ok, do they just sat in their vehicles. |
| 11 | AR: | Yeah. |
| 12 | NE: | Do you remember how many cars? |
| 13 | AR: | Three. |
| 14 | NE: | All black sedans or what'd you see, remember? |
| 15 | AR: | I couldn't even tell you. I, I want to say the first one was silver and it had a guy |
| 16 | | that was driving it and there was a computer...and I only saw that through the tint |
| 17 | | when he passed. So...I'm just like, you know. I figured if it was something big |
| 18 | | enough for us to be involved with, they're gonna reach out to us, especially now |
| 19 | | that we just took somebody into custody that they may have been tracking, |
| 20 | | following, wanting to interview. |
| 21 | EE: | Unbeknownst to me, today I was over in the office at the courthouse for an |
| 22 | | unrelated matter and I met with um, Sergeant Lucas. Is she related to you some |
| 23 | | way, some how? |
| 24 | AR: | Yes. |
| 25 | | |

1  EE:  She, ah, while I was with her, apparently you called her asking for a copy of your
2       ARS report?
3  AR:  Yes.
4  EE:  In my conversation at that point and time with her, she indicated to me that
5       shortly after this traffic stop, you had reached out to her. Do you remember
6       making such a phone call?
7  AR:  Yes, I do.
8  EE:  Can you tell me about that?
9  AR:  Well, everybody that we arrest in Orange County, has to come through those
10      front doors and if I think that they're dangerous or bad and I have information on
11      that, these are my co-workers. I want them to have the heads-up. She works
12      hand-in-hand with Intel because she works the front doors and they have to filter
13      all these people through, so, you know what? Part of us being safe and going
14      home at the end of the night, is ah, you know, sharing information and especially
15      her being my sister-in-law, I want to make sure she goes home.
16 EE:  Ok. So what, do you remember what you told her?
17 AR:  Um, I don't remember word for word. All I can tell you is I, it was probably
18      something like, "Hey we took down this guy. He's a cage fighter and apparently
19      the Feds were following him, so there's something big going on. He, he's gonna
20      be arrested. He's gonna come through those front doors at some point. Here's
21      his information."
22 EE:  So your, your communication with her was in furtherance of your concern about
23      officer safety issues and the fact that...
24 AR:  Correct.
25 EE:  he was a possible threat?

1  AR: Correct.
2  EE: Can you think of anything else?
3  NE: No.
4  EE: Do you swear your, do you swear the information you just gave us today is true?
5  AR: Yes, Sir.
6  EE: What time you have?
7  AR: 2:30.
8  EE: Conclusion of the interview. Same individuals in the room.
9
10 **End of recorded statement.**
11
12 I have / have not reviewed this transcription for accuracy.
13 **Signed this _30_ day of _January _____, 2014**
14 _Eric Edwards_ (signature)
15 **CHIEF INVESTIGATOR ERIC EDWARDS/STATE ATTORNEY'S OFFICE**