RECORDED TRANSCRIPT OF MR. TARIQ ALLI

INTERVIEW CONDUCTED BY INVESTIGATOR NELSON ESPINOSA

CASE NUMBER 48- 2013-UF-000014

NE – INVESTIGATOR NELSON ESPINOSA

TA – MR. TARIQ ALLI

EE – INVESTIGATOR ERIC EDWARDS

NE: Ok. Today is January 30, 13th, ah 2014. The time is approximately 1:26pm. Ah, I'm Nelson Espinosa with the State Attorney's Office Ninth Judicial Circuit and I am speaking with... Sir?

TA: Tariq Alli.

NE: Could you spell your name for me, Sir?

TA: T-a-r-i-q.

NE: Uh-huh.

TA: And last name A-l-l-i.

NE: Ok. And what is your date of birth, Sir?

TA: September 16, 1989.

NE: Ok Mr. Alli, and do you swear that the testimony you are about to give is the truth and nothing but the truth?

TA: Yes.

NE: Ok, Sir. Um, we have been talking a few minutes about um, about when you were a security guard at the Premier Outlet Malls and that you witnessed a ah, a fight in the parking lot on May, the 4th of 2013. Can you tell me what you s-what you were doing that day and what you saw?

| | | |
|---|---|---|
| 1 | TA: | I was in the security tower and I heard people yelling to stop so I exited the security tower and saw in the parking lot, I saw three guys, well, two guys fighting against one. I informed them to stop fighting. I believe they didn't hear me. They continued to fight. Ah, one of the guys seemed like he could fight. He looked and it was later confirmed that he was a cage fighter. Um, his name was Ibragim and he was fighting two other guys who seemed to be the father and son. The son kept trying to run toward Ibragim and the father was holding him back, but the some was fighting with Ibragim and Ibragim knocked him to the floor and backed away and then the son got back up again and Ibragim knocked him out the second time, basically he was on the floor. He didn't get back up at that point then and that's when Ibragim left in his vehicle. |
| 12 | NE: | Ok. Um, you mentioned that he was a cage fighter and that you saw the, there was the father and the son and the reason that you know these things... you didn't, did you know them at the time? |
| 15 | TA: | I ah, no, I didn't know them at the time. It's just I found out this information after Ibragim was arrested. |
| 17 | NE: | Ok. Do you know Ibragim? Did you ever know him from before? |
| 18 | TA: | No, I don't know who he is. |
| 19 | NE: | Ok. So you've never met him before or seen him before anywhere? |
| 20 | TA: | No. |
| 21 | NE: | Ah, you didn't know that, you had never watch ah, maybe a match or anything that he was involved with? |
| 23 | TA: | Ah, after the fact that all that happened, I went home and looked it up and yeah, I saw a few of them. |

1  NE: Oh, ok. I see. So after the incident, that's when you realized who he was and,
2      and ah who was there at the t-that day. Ok. And the father and the son that
3      were there, you described an in-you described it a little differently when we were
4      talking first. You said that you didn't see how it started. You just noticed it when
5      they, they were already fighting. What did you see exactly?
6  TA: I just saw, I vaguely remember it, but I saw two of them fighting, Ibragim and the
7      son and the son backed off a little bit cause, actually, no. Ibragim was fighting
8      the son. The father jumped in and the father go hit, so he backed away and the
9      father was holding back the son. The son didn't want to stop. That's when
10     Ibragim knocked him on the floor then the son got back up again and they
11     continued fighting. Ibragim knocked him on the floor for the second time which
12     was the last time. The son didn't get back up. That's when Ibragim went to his
13     car and left.
14 NE: Ok. And did, did it, at any time did the son that we're, we're talking about, did he
15     ever hit Ibragim?
16 TA: Um, yeah, he was getting a few punches in there.
17 NE: Ok. Did Ibragim seem like he was having any problems fighting, like he was ah,
18     maybe nursing an injury or did he have any problems at all defending or even
19     fighting at all?
20 TA: No. He basically looked like he was trying to defend himself, block, whatever the
21     son was punching and everything.
22 NE: ok. Um,
23 EE: Is it Alli?
24 NE: Yeah, Alli, um, the other investigator here is Eric Edwards. He's ah, he's my co-
25     worker and he's gonna ask you a couple questions himself.

1  TA:   Ok.

2  EE:   Can you hear me?

3  TA:   Yes.

4  EE:   Do you, when you say that he was fighting two guys, was there a, what, was
5        there a port, did both the individuals um, go at Mr. Todashev in an aggressive
6        manner, Ibragim or...?

7  TA:   Yes, the Spanish guy looked like he kept running towards him. I, I not one time
8        did I see Ibragim (inaudible) like go forth to the Spanish guy. Everything
9        (inaudible) was the son who would run towards Ibragim and try and attack him
10       and basically Ibragim would knock him and blocked him, ah, try and defend
11       himself...

12 EE:   Ok. Now when you say that the father intervened or got involved, did he go after
13       ah Ibragim or was he going after his son to try and stop the fight?

14 TA:   He tried to help with the fight but I, originally remember that he got hit in the face
15       so that's when he stopped and tried to pull his son away, but, wasn't...

16 EE:   Describe when you say he tried to help with the fight. Describe that. Your, the
17       best of your recollection. I know there's been a passage of time.

18 TA:   Well um, his son was fighting and he basically tried to jump in the fight and help
19       his son fight but he....

20 EE:   So, there was a point in time where two individuals were actually squared off and
21       throwing punches (inaudible).

22 TA:   Yes, there was, there was a point where both of them and Ibragim, same time,
23       all together.

24 EE:   Ok. So when you say it's two guys fighting against one, you literally mean that?
25 TA:   Yes.

1 EE: Ok. Um, and back to the cage fighter question…have you done a lot of research
2     on this case since the incident with the FBI? Is that, is that what I understand?
3 TA: Ummm… after the incident I just searched up to see who he was cause I heard
4     he was a cage fighter and ah, I saw like one or two fights really on line. But,
5     other than that, nothing really and then I heard about the incident in his
6     apartment and I just read up on that and that's all.
7 EE: How, when you left the security stand is that, my understanding was that you
8     were actually up in one of the tower?
9 TA: Ah, yes, I was up in a security tower.
10 EE: While they were fighting, how close did you actually get to the incident?
11 TA: I did not get near to the incident. Um, I was stuck in the tower. It was not
12     working at the time, so I was up there stuck.
13 EE: How many, how many feet away from the incident were you when that occurred
14     then, roughly? How many car lengths?
15 TA: I would say about three car lengths.
16 EE: Ok.
17 TA: Four car lengths, yes.
18 EE: Well, did you witness the struggle that occurred, um, as Mr., or as Ibragim was
19     trying to get away where maybe he had some clothing removed from him? Does
20     that ring any bells?
21 TA: Ummm….he didn't have no shirt on.
22 EE: So when he left, he didn't have a shirt on?
23 TA: Yes.
24 EE: Ok.
25 NE: Did he have the shirt on when he, when you saw them fighting?

1  TA:  No, I saw him with no shirt.

2  NE:  The only time you saw him, he already wasn't, he already didn't have a shirt on?

3  TA:  (inaudible) when my, when I saw him, ah no shirt.

4  NE:  Ok.

5  EE:  Have you been contacted by any other investigators regarding this statement or

6       a, or any further statement above and beyond the one that you wrote here for the

7       Sheriff's Office?

8  TA:  No.

9  EE:  Ok. Alright, appreciate your time today. Um...

10 TA:  (inaudible)

11 NE:  Do you, um, just one more question…And everything that you've told us today is

12     the truth to the best of your ability?  You swear it's the truth?

13 TA:  Yes.

14 NE:  Ok my friend. It's ah, 1:34. We're gonna go ahead and shut off the tape now.

15

16 **End of recorded statement.**

17

18 **I have / have not reviewed this transcription for accuracy.**

19 **Signed this _30_ day of _January_____, 2014**

20 *[signature: Eric Edwards]*

21 **CHIEF INVESTIGATOR ERIC EDWARDS  STATE ATTORNEY'S OFFICE**