**RECORDED TRANSCRIPT OF MR. JOHN ALLEN**

**INTERVIEW CONDUCTED BY CHIEF INVESTIGATOR ERIC EDWARDS**

**CASE NUMBER – 48-2013-UF-000014**

**EE – CHIEF INVESTIGATOR ERIC EDWARDS**

**JA – MR. JOHN ALLEN**

**EE:** Today's date is January 24, 2014. It's approximately 0930am. My name is Eric Edwards. I am the Chief of Investigations at the State Attorney's Office in Florida, Ninth Circuit. I am conducting a telephonic interview with… Can you state you name please for me, Sir?

**JA:** Yes. It's John Allen.

**EE:** Mr. Allen, can you raise your right hand for me? I know I can't see it, but I'm gonna take your word that you're doing it. Do you swear that the information that you ah, give today is gonna be true?

**JA:** Yes, I do.

**EE:** And freely given?

**JA:** Yes.

**EE:** Ok. I had contacted you, ah, I guess, a couple of days ago, I reached out to you cause on the 21st I was reviewing some ah, videos available to me from ah, looking on the, the web, world wide web…

**JA:** Yeah.

**EE:** and I came across an interview that you had done at an unknown time to me, with a couple of ladies where you were actually sitting in a gym. Do you recall that?

**JA:** Yes, I do.

1 EE: Ok. Well that's the reason, primarily that I'm reaching out to you right now, is I
2 came across that information so I'm gonna collect a witness statement from you.
3 If, if that's your understanding, and you approve, I would appreciate it.
4 JA: Sounds great.
5 EE: Ok. Um, can you tell me about your, ah, is that your business that you were
6 sitting in during the course of that interview?
7 JA: Yes, it is.
8 EE: Ok.
9 JA: It's called Wai Kru.
10 EE: I'm sorry, can you spell the name of that?
11 JA: Yes, it's W-a-i-k-r-u.
12 EE: And that's a gym?
13 JA: Yes, it's a martial arts gym.
14 EE: Are you the owner of that facility?
15 JA: Yes, I am.
16 EE: How long have you owned that facility?
17 JA: Since 2006.
18 EE: Ok. And what's your, other than being the owner, what's your primary role there?
19 JA: I'm the head instructor.
20 EE: And what do you instruct?
21 JA: Um, Wrestling, Jujitsu, Muay Thai, and Mixed Martial Arts.
22 EE: And how long have you been involved in such, ah, sports activities?
23 JA: Um, I'm 38 years old now. I mean, for 19 years.
24 EE: How long have you been a trainer in those topics?
25 JA: Um, since 2006.

1  EE: Is there some form of ah, school that you go to, to a-a-achieve the rank of
2      trainer?
3  JA: Sure, um, I actually, you know, I'm recognized by the Thai government as a
4      conservator of authentic Muay Thai, so I'm a representative for them, as
5      appointed by the king of Thailand.
6  EE: How do you achieve...
7  JA: Which makes me, the, the title that I was given is Kru, which basically translates
8      to professor.
9  EE: C-r-u-e?
10 JA: K-r-u.  Same as Wai Kru.
11 EE: Wai Kru.  I guess I could have come up with that on my own if I gave it some
12     time, huh?
13 JA: Yeah.
14 EE: So, Kru and what, what, what ah, type of um, experience do you have to have or
15     what do you have to go through to achieve that rank?
16 JA: Um, you know, it's, it's tested.  It's tested, so, I mean most people take about
17     eight years, ten years to do it.  Um, I, I, used, I live in Thailand and fought in
18     Thailand and speak Thai and um, I came to the program after it had already
19     begun, but ah, I had already been, I was already a knowledgeable Muay Thai
20     practitioner and ah, living in Thailand and speaking Thai.  So I achieved the rank
21     very quickly.
22 EE: Is there documentation that's available to, to, to prove such a....
23 JA: Yes.
24 EE: and what type of documentation would that be?
25

| | | |
|---|---|---|
| 1 | JA: | Um, I mean you could, you could research through the Thai Government. I |
| 2 | | believe they call it the Kru-Muay Association, again the Kru is K-r-u and Muay is |
| 3 | | M-u-a-y. |
| 4 | EE: | Ok. And again, I, I apologize ah, John. How long have you been a trainer? |
| 5 | JA: | Um, officially a trainer since 2006. I, I did do a bit of teaching before that um, |
| 6 | | probably starting 2001, but like I said, as a profession, you know, ah, full time, it |
| 7 | | was 2006. |
| 8 | EE: | Let me get a little history, so as I refer to questions from what I viewed the other |
| 9 | | night, um, it, it will be clear to me when I look at this transcript later. Um, what |
| 10 | | ah, when the, are you familiar with the interview that I'm referring to? It appeared |
| 11 | | that there was two reporters, maybe, asking you questions. It sounded as if they |
| 12 | | were female. |
| 13 | JA: | Um, I think what it was, was that it was actually the unedited version of the |
| 14 | | WGBH, um, interview and... |
| 15 | EE: | WDBH? |
| 16 | JA: | WGBH. |
| 17 | EE: | What's that? |
| 18 | JA: | This is... |
| 19 | EE: | That's a local news, ah group up there in Boston? |
| 20 | JA: | I wouldn't say it's local. It seems to me that ah, like all the, all the pe-all the |
| 21 | | media people watch this. Um, you know, she's really respected the person, who, |
| 22 | | I forget her name. I, I did a little research. I think it, yeah, and I think it's a non- |
| 23 | | politically motivated ah, media faction that had a lot of clout amongst other media |
| 24 | | groups and such. |
| 25 | EE: | Do you remember when that interview took place? |

1  JA:  I don't have the exact date.
2  EE:  But it, approximate time.
3  JA:  I mean ah, I would think within the last year or so.
4  EE:  Ok. Alright, well as I, as I refer to some things that may be based on statements
5       you made during the course of that ah, that interview that I watched, ok?
6  JA:  Ok.
7  EE:  Um, based on the, based on the information that you provided during the course
8       of that interview, it was brought to um, the media's attention that you were
9       familiar with or had knowledge of Ibragim Todashev. Is that correct?
10 JA:  Yes.
11 EE:  Can you tell me how you know, or knew of him?
12 JA:  Um, Ibragim came into the gym. He was, at the time, wrestling with the Harvard,
13      ah Harvard wrestling team, ah, not as a Harvard student, you know when the
14      official practice is over, they open the wrestling room to like, good wrestlers and
15      they'll stick around. Helps the team and ah, keeps our wrestling community
16      going. Um, he was doing that….
17 EE:  Keeps their what going?
18 JA:  It just got the wrestling community going.
19 EE:  Ok, community. I couldn't hear what you said, ok.
20 JA:  And um, he hadn't been in the United States long and he, you know, he was
21      looking to do Mixed Martial Arts or MMA cage fighting. Um, he had some
22      experience with ah, you know, fighting back in, I guess he was from Chechnya,
23      so, and that would be um, you know, he, he also wrestled extensively and did
24      Sambo, which is kind of a, is a Russian form of Mixed Martial Arts.
25 EE:  What ah, let me stop you and get a clarification on a couple things.

1  JA:  Yep.
2  EE:  When did you first meet him? What year, approximately?
3  JA:  I, I, I think it was 2009.
4  EE:  I'm sorry? 2009?
5  JA:  2009.
6  EE:  Your phone is cutting out.
7  JA:  Sorry.
8  EE:  Ok. Now he was ah, he was a proficient enough wrestler where ah, a college would use him to ah, allow them to wrestle with their starter wrestlers? Is that what?
11 JA:  (inaudible – trouble with phone).
12 EE:  Hold on John. You're, you're, you're coming in broken.
13 JA:  (inaudible).
14 EE:  I'm sorry. Try it again.
15 JA:  Yeah, he um, I'm not sure, you know, what, what members of the team he wrestled with. The way it works is an NCAA practice um, legally has to have closed doors. You can't have people that aren't on the team or official coaches in the practice. As soon as the official practice is opens, they can open the doors and let other people in. So he was wrestling, you now, at the end of the official practice. They open the doors, they probably stay around for another hour and a half and they let other people wrestle. Um, I'm not sure if it's invite only. I, I was invited before, but I'd never gone to the Harvard wrestling practice.
23 EE:  Ok, so you, you have familiar, ah, you have knowledge that he had done that?
24 JA:  Yes.

| | | |
|---|---|---|
| 1 | EE: | Did, now you've known him since 2009. Did he, did you state that he started to |
| 2 | | train at your gym? |
| 3 | JA: | Yes, he did. |
| 4 | EE: | Ok. Tell me about that. |
| 5 | JA: | Um, I think it was, it was actually Tamerlan. He met Tamerlan ah, one weekend |
| 6 | | and told him that he was looking to fight. Tamerlan told him that he was boxing |
| 7 | | out of and MMA gym. |
| 8 | EE: | When you say Tamerlan, who, and Tamerlan is…. |
| 9 | JA: | Tamerlan, yes. Tamerlan Tsarn, Tsarnaev. |
| 10 | EE: | Ok. |
| 11 | JA: | And um, he brought Ibragim in and Ibragim ah, you know, he trained for the day |
| 12 | | and ah, you know, expressed interest. He wanted to fight. He wanted to ah, |
| 13 | | fight as much as possible, as often as possible. He wanted to be a professional |
| 14 | | fighter and that's how I met him. |
| 15 | EE: | Ok. Did he actually ah, fill out any documents or, or sign in or become and active |
| 16 | | member… |
| 17 | JA: | Yeah. |
| 18 | EE: | in your gym? Ok. |
| 19 | JA: | Yeah, he did. |
| 20 | EE: | Alright. And if you were ah, asked to provide those documents, you could do so? |
| 21 | JA: | Um, sure. What I'd be able to find, I mean the type of documents I'd have would |
| 22 | | be an insurance waiver from him. Um, there are all sorts of licensing documents |
| 23 | | with the state, ah, because he competed in amateur Mixed Martial Arts and then |
| 24 | | eventually he switched to professional. And I think that actually, that would be, |
| 25 | | those documents would be out of Florida or Georgia. But all of his amateur, um, |

1   you know, which includes his medicals, blood work, you know, whatever he
2   needed to fill out with the state, he definitely filled out.
3  EE: So you would have his amateur fighting documents, potentially at your facility....
4  JA: No, the state would.
5  EE: The state would. The state of....
6  JA: Massachusetts.
7  EE: Massachusetts, yeah. Who would I contact for that? Do you have a....
8  JA: Um, hum?
9  EE: Can you get me a...
10 JA: Mass, ah, Massachusetts State Athletic Commission.
11 EE: Ok. Well I can talk to you off the, off the records about that and maybe see if I
12  can get a phone number from you. And you say that his, he actually had ah, the
13  next level from amateur in Florida or what state?
14 JA: Georgia.
15 EE: How do you know that he would have that paperwork?
16 JA: Because um, as a professional athlete, as a professional fighter, you'd need to
17  go through the state commission in order to compete and he definitely competed
18  in a professional bout, so he definitely went through that process.
19 EE: Ok, well let's go back then. We'll come back to that topic, but let's go back to the
20  ah, him training at your gym. So he started training at your gym about what
21  year?
22 JA: About 2009.
23 EE: 2009. And were you actually ah, one of his instructors?
24 JA: Yes.
25

1  EE:  Ok. And he was fairly proficient then when you started training him, in at least
2       wrestling?
3  JA:  Yeah, definitely wrestling.
4  EE:  Ok. What type of ah, without getting into too much of it, cause I know that you
5       could be on the phone for hours, what type of basic, ah, skill sets did you notice
6       that he had when you first started training him.
7  JA:  He's very flexible, very um, a very high level of skill. He really understood a lot
8       of moves and knew how to do them. Um, it's, it's (inaudible) for a European
9       style. They tend to know how to do everything very well, very technical, where
10      as American wrestlers seem to focus on a few techniques and focus on strength
11      and speed, they're, so the Americans tend to be a lot more one dyna-dyna-ah,
12      one dimensional, whereas Ibragim really ah, being very technical and very
13      flexible. He really understood the wide variety of wrestling techniques.
14 EE:  Now, you um, it's obvious from talking to you and speaking to you, without having
15      any documents in front of me, but from what you're stating, you have a, a deep
16      level of knowledge and experience in, in the realm of martial arts, if you will.
17 JA:  Yes.
18 EE:  What was your first impression of Mr. Todashev when you started training him
19      then?
20 JA:  Ah, just very talented.
21 EE:  Ok.
22 JA:  He was very, very talented individual and also, you know, he definitely spent a lot
23      of time crafting his body. He was extremely flexible in every direction and he was
24      strong as well, you know.
25

1 EE: Did you have an opportunity to see him fight in, in the ah, I've seen a few. I've
2  watched, I think, five different events that are on YouTube. That's what I have
3  available to me. How often did you get to see him actually participate in, in ah, in
4  ah, the sport? It, it.....
5 JA: Well, all of his, all of his fights were, were for me, except for his last couple.
6  (inaudible)
7 EE: When you say "were for me"....
8 JA: Ah, what mean, for my gym. He fought for Wai Kru. He was a Wai Kru fighter.
9 EE: Ok.
10 JA: And I think, my guess is like seven or eight amateur fights.
11 EE: Did he, did he win a majority of those or did....
12 JA: Yes.
13 EE: He did? It, from watching the ones I, I watched, it looks like he could take a
14  punch.
15 JA: Absolutely (laughing).
16 EE: The first few times, I didn't think he was going to come out ahead. He was
17  getting it handed to him quite, quite well and then all of a sudden, he turned it on,
18  from lack of a... I'm not articulating that probably appropriately, but ah, can you
19  give me your assessment of that?
20 JA: Yeah, you know, I mean one things for sure, he took it very, very serious, you
21  know? I'm ah, you know, you could, you could beat this kid to within an inch of
22  his life and he would keep coming. He really, he really had a, a deep routed
23  desire and necessity to win, you know. And ah, like you said, his nose, I mean,
24  his nose, when I met him, his nose was fairly straight. You know, (laughs) and, I,
25  his nose got broken several times, but I mean, and a lot of, some fights,

| | | |
|---|---|---|
| 1 | | especially amateur fighters, a lot of them would stop if that happened, you know, |
| 2 | | but he, he always continued. He always tried his hardest to win. |
| 3 | EE: | (inaudible) |
| 4 | JA: | It was relentless. |
| 5 | EE: | Compared to you, I have a very limited experience. I, I wrestled through high |
| 6 | | school, was all, but um… |
| 7 | JA: | Nice. |
| 8 | EE: | I have, I have ah, reason to ask you this next question. Um, was he a prima-was |
| 9 | | he like a Greco upper body primary when he would start or would he go for the |
| 10 | | legs? |
| 11 | JA: | You know, he did both. As I touched on earlier, he was very proficient. You |
| 12 | | know, I wrestled also Division One. Um, you know and I, I did a lot of Greco… |
| 13 | EE: | Ok. |
| 14 | JA: | and I tended, I tended to shoot a lot less and it was just my style…(inaudible). |
| 15 | EE: | Ok, let me stop you there on a couple of things you're saying. Describe Greco |
| 16 | | for me. |
| 17 | JA: | Greco is more upper body grappling… |
| 18 | EE: | Ok. |
| 19 | JA: | Throws… Locks. |
| 20 | EE: | And when you said you would shoot, what do you mean by that? |
| 21 | JA: | This is more like lowering your level and penetrating into somebody's legs, trying |
| 22 | | to grab either one or both of their legs. |
| 23 | EE: | Like a double leg take down? |
| 24 | JA: | Exactly. |
| 25 | EE: | Can you describe a double leg take down for me? |

| | | |
|---|---|---|
| 1 | JA: | Sure. The best way to understand a double leg take down, I think, in layman's |
| 2 | | terms is it's very similar to a football tackle. What you're, the person's doing is |
| 3 | | they're, they're lowering their center of gravity and essentially tackling by |
| 4 | | grabbing both of the legs and driving through their opponent. |
| 5 | EE: | Ok. And how frequently did you see Mr. Todashev engage in that type of a take |
| 6 | | down technique? |
| 7 | JA: | A lot. I mean.... |
| 8 | EE: | Was he fairly proficient at it? |
| 9 | JA: | Yeah, very at single legs and double legs, um, he was very good at shooting. He |
| 10 | | did a lot of practice on his penetration step, duck walk, and what these terms are, |
| 11 | | are, you know shooting in wrestling is one of the most unnatural things you'd |
| 12 | | ever do in your life. It, it's like very counter intuitive to walking so, um, people |
| 13 | | practice it a lot, you know, like his front knee touches the ground, which brings |
| 14 | | his back leg up behind him and this enables you to get underneath someone's |
| 15 | | center of gravity. If you're attacking their legs, it gives you control over them. |
| 16 | | So it's a very awkward motion that he, he practiced a lot. I mean I witnessed him |
| 17 | | do it for hours and hours and hours. |
| 18 | EE: | And he would do drills, drills for that particular technique? |
| 19 | JA: | Absolutely. |
| 20 | EE: | Ok. Let me ask...the information that you're sharing with me about Mr. |
| 21 | | Todashev and his skill sets...were you ever approached by law enforcement and |
| 22 | | afforded an opportunity to discuss these same topics? |
| 23 | JA: | No, I think the only time I ever touched on it may have been that interview you |
| 24 | | saw. |
| 25 | EE: | Ok. Were you um, interviewed by law enforcement? And if so, how many times? |

1  JA:  Law enforcement? Never.
2  EE:  The, ah, how 'bout the FBI?
3  JA:  Um, yes. Um, interviewed, yeah…twice.
4  EE:  Twice?
5  JA:  Yep.
6  EE:  Ok. Two times. Now again, I want to reiterate. I am not investigating
7      circumstances ah, related to the um, …
8  JA:  The bombing…
9  EE:  every nuance of the bombing. Um, I'm, I'm, I'm looking into this history of Mr.
10     Todashev and, and how he came to light. Ah, during the course of those
11     interviews with the, the ah, FBI….When did they occur?
12 JA:  Um….
13 EE:  A-a-approximately?
14 JA:  Yeah, like ah, you know, I was in Thailand at the time, um, of the bombing and I
15     was back within a week so I'd say like a week after the bombing.
16 EE:  Both of them?
17 JA:  Um, yeah one of them was, then one of them was probably like four or five days
18     later.
19 EE:  Now were you ever…prior to Mr. Todashev, um, the incident down here in
20     Orlando, had you been re-approached by law enforcement, ah, maybe a week or
21     two prior to that incident?
22 JA:  No.
23 EE:  Ok. Do you know if anybody else in your gym may have been re-approached or
24     do, ah, discussed Mr. Todashev, prior to the incident down here in Orlando?
25 JA:  I'm not sure.

1  EE: Ok.
2  JA: They, they, you know, they don't, they weren't very ah, forth coming with
3       information, the FBI or NSA, or whoever was doing whatever.
4  EE: When I spoke to you on the phone...I believe it was yesterday, to set up an
5       opportunity to speak with you today, ah, you had said that you maybe felt that
6       you were the one that brought Ibragim Todashev to the attention of law
7       enforcement. Can you describe that? Or tell me about that?
8  JA: Um, sure. When, when the bombing happened, I, I, I mean, it, it definitely came
9       from Wai Kru. Whether it was, whether it was myself or a couple of the other
10      instructors, probably did it simultaneously. Um, after the bombing happened, you
11      know, I realized that it was Tamerlan. Um, I almost immediately, one of the first
12      things I did was I, ah, shot a message to one of the policeman, um, who, who
13      trains at Wai Kru, saying "Hey", you know, "Do these people know about Ibragim
14      Todashev?" Um, or Ibragim Toddy, as we called him. And um, and you know,
15      the guy said, "No, I'm not sure. Do you think he's involved?" and I said, you
16      know, "I don't think he's involved in the bombing, but I don't know, like, I'm just
17      sure they should know about it." And ah, he said, yeah, they, they, you
18      know...um, by the time I got back and flown back and when I talked to him, he's
19      like, "Yeah, they know." And um, they asked me, when I got back from Thailand,
20      I think it was that same night or the next day they came to my house, interviewed
21      me and they asked me about Ibragim.
22 EE: The FBI did?
23 JA: Yes.
24 EE: Did now, Let me ask, without saying his name, the officer that trains at your
25      gym...Is he, what, what agency does he work for?

| | | |
|---|---|---|
| 1 | JA: | He's, um, there's several, but the, the one I was talking about was, just works for |
| 2 | | the police. |
| 3 | EE: | The Boston, Bo... or.... |
| 4 | JA: | Yeah. |
| 5 | EE: | Is he a state trooper or? |
| 6 | JA: | No. |
| 7 | EE: | Ok. Local PD. |
| 8 | JA: | He was just the first person I mentioned it to. What he did with the information, |
| 9 | | I'm not sure. I know for sure that when the FBI came and interviewed the |
| 10 | | manager of the gym, ah, like the desk manager, the guy who, who works the |
| 11 | | desk most of the time. Um, also a couple of the other people who help me |
| 12 | | instruct. I'm pretty sure that Ibragim's name popped up all the time. I mean, you |
| 13 | | imagine a bombing just happened with, you know, two Muslim people who |
| 14 | | prayed together... |
| 15 | EE: | Right. |
| 16 | JA: | you know, like at a certain point before it happened... |
| 17 | EE: | You... |
| 18 | JA: | and ah, so, they were, they were pretty aware and, and I know that they would |
| 19 | | have found out from Wai Kru and I (inaudible) because I was in Thailand, it's |
| 20 | | possible somebody else said it before I did, you know? |
| 21 | EE: | Because you were in Thailand? Is that what you said? |
| 22 | JA: | Yeah, I was in Thailand when the bombing happened. |
| 23 | EE: | Ok. Do you have a ah, series of photographs on the inside of your gym that ah, |
| 24 | | display, ah fighters that fight in your gym? |
| 25 | JA: | Yes. |

| | | |
|---|---|---|
| 1 | EE: | Do you have any images on the wall of Mr. Todashev? |
| 2 | JA: | Definitely not. I mean, if there, if there were any, they would have been removed. |
| 3 | EE: | Ok. But was there a period of time where there may have been? |
| 4 | JA: | I don't think so. |
| 5 | EE: | Ok. |
| 6 | JA: | It's possible though. It, again, you know, it ah, one of the walls of the gym is one of the Muay Thai guys, put up a whole bunch of pictures. I never really studied the wall. I have a couple other gyms as well, you know, so... |
| 9 | EE: | Alright. In that same area up there? |
| 10 | JA: | Yeah, in the Massachusetts area. |
| 11 | EE: | Alright. I can't ah, right now, I think that's, that's primarily what I needed to know. You're level of experience, Mr. Todashev's level of experience, your perception of it and the fact that ah, some way, somehow, via your ah, your business that, that Mr. Todashev's skill sets was articulated to the FBI. Um, you know, I think we've ah, I think we've ah, collected that from you. Can you think of anything else that you'd like to add? |
| 17 | JA: | Um, yeah, I, I, don't know, that last statement, I don't agree with. I was.... |
| 18 | EE: | Ok, let me, well lets, lets talk about that then. |
| 19 | JA: | Yeah, I, I was never approached about, the FBI never approached me about his skill sets. |
| 21 | EE: | They didn't? |
| 22 | JA: | No. |
| 23 | EE: | How 'bout.... |
| 24 | JA: | They just, they just asked, you know, whether or not I thought he would be involved. |

1  EE:  It...with the bombing?
2  JA:  Yes.
3  EE:  Ok. Ah, was, is there anybody in your gym that may have provided that
4       information to ah, ah law enforcement.
5  JA:  Um, ah, not that I, not that I'm aware of.
6  EE:  Ok. How, now, do you know if Mr. Todashev trained at any other gyms?
7  JA:  Yes. He um, he was training in Florida, ah when, you know, when the incidents
8       happened. That having been said, you know, like, like ah, I mean I'm answering a direct
9       question. I mean, if, if, it would not be presumptuous for the FBI to take one of my
10      fighters and assume he knows how to fight. I mean, it, it, as soon as they did any
11      research of the guy. I'm just saying that, you know, I never made a direct statement
12      about that, right after the bombing. They weren't interested in Ibragim. They were
13      interested in, you know, Tamerlan and the, whether, yeah, the bombing, whether or not
14      Ibragim would have been involved. They were asking, but they're not asking me
15      questions about his wrestling technique or his MMA technique.
16 EE:  Ok.
17 JA:  That makes sense to you right?
18 EE:  It does, yeah, it certainly does.
19 JA:  But at the same time, they'd have to be idiots not to know that he is a very
20      proficient wrestler and fighter. I mean it goes without saying.
21 EE:  Yeah.
22 JA:  If he's one of my top guys and I got guys in the UFC and World Champions and I,
23      you know, I definitely said he was a very good fighter, but I never just got in
24      depth....
25 EE:  Like we just did here?

1  JA: Yeah.
2  EE: Ok. Alright. Um, yes I think ah, after viewing the, the few fights that I did on, on
3      the ah, internet, you could see that ah, he had a, above and beyond the normal
4      skill set for those of us that just wrestled in high school.
5  JA: Absolutely.
6  EE: (Laughing).
7  JA: Hundred percent. And above and beyond the normal threshold for pain and for
8      what he would take and still come forward.
9  EE: Ok.
10 JA: And that's obvious. You just need to watch those fights.
11 EE: I appreciate your time. Thank you for adding clarification to that last part as well.
12 JA: You're welcome.
13 EE: So ah, and again, do you swear everything that you said today is true?
14 JA: Absolutely.
15 EE: Ok, hang on the phone for a second. I'd like to ah, talk more about how to
16     research those ah, certificates.
17 JA: Sure.
18 EE: Conclusion of the interview at 0955am.
19
20 End of recorded statement.
21
22 I have / have not reviewed this transcription for accuracy.
23 Signed this _30_ day of _January _____, 2014
24 _Eric Edwards_ (signature)
25 CHIEF INVESTIGATOR ERIC EDWARDS/STATE ATTORNEY'S OFFICE