# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ESTATE OF IBRAGIM TODASHEV,  Plaintiff,  v.  UNITED STATES OF AMERICA et al.,  Defendants. | CIVIL ACTION  Case No. 6:17-cv-919-CEM-DCI |

### AFFIDAVIT OF KHUSEN TARAMOV

KHUSEN TARAMOV, being first duly sworn, deposes and says as follows:

1. I am a witness in this case and I do hereby certify, swear or affirm, and declare that I am over the age of 18, that I am competent to make the declarations set forth herein, and that the matters set forth herein are based on my personal knowledge;

2. I was Ibragim Todashev's friend in Orlando;

3. I was present the night Ibragim died in the FBI interview on May 21, 2013;

4. I was asked to be with Ibragim in a short interview by the FBI. I was told the interview would only be 30 to 45 minutes, and it was going to be the last interview to close the case;

5. The time was to be approximately 7:15 pm when Ibragim and I showed up to his apartment, where the FBI had agreed to meet with him;

6. At around 7:30pm, four FBI agents arrived, three in suits and one in plain clothes;

7. I was asked to stay outside with the plain-clothes agent, who identified himself as Chris, while the other three agents took Ibragim inside;

8. I was asked about my religious views, as well as Islam in general, radical Islam, Ibragim's religious views, Tamerlan, and connections with the Chechen government;

9. Chris never took notes during my questioning, and the encounter felt more like a casual conversation than a formal interview;

10. The questioning lasted for approximately four hours, during which, at some point, an agent came outside and asked for a cigarette for Ibragim;

11. After Chris was done with my questioning, he told me that I could go but that Ibragim would need to stay for a couple more hours because the other agents had not finished their questioning;

12. I was then told to leave and was assured that the agents would drop Ibragim off when he was done with his interview;

13. After about three hours of waiting for Ibragim, I began calling him to see what was taking him so long. By 1:00am, I had called several times and began to worry at the fact that Ibragim was not answering his calls nor returning any of mine;

14. Sometime between 2:00am or 3:00am I went back to Ibragim's apartment with Soslan Gagleov, to check on Ibragim;

15. When we arrived at Ibragim's place there were police officers and media reporters present;

16. We were not allowed inside and none of the officers would tell us what was going on;

17. Eventually FBI agents on the scene noticed me and came over to tell me that they had no information about what was going on but I was handed a card and told that I should call in about 6 to 8 hours for information on the situation;

18. I later witnessed Ibragim's car being towed away. I was again told by officers who were present that they could not give me any information about what was going on.

I declare, certify, and verify, under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on: February 25, 2018

Signed By: _____
Khusen Taramov