| | |
|---|---|
| 1 | **RECORDED TRANSCRIPT OF MR. DANIEL COUGHLIN** |
| 2 | **INTERVIEW CONDUCTED BY CHIEF INVESTIGATOR ERIC EDWARDS** |
| 3 | **CASE NUMBER – 48-2013-UF-000014** |
| 4 | **EE – CHIEF INVESTIGATOR ERIC EDWARDS** |
| 5 | **DC – MR. DAN COUGHLIN** |

7  **EE:** Today's date is October 14, 2013. It's approximately 1317 hours. Eric Edwards, Chief of Investigations for the State Attorney's Office, Ninth Circuit. I am sitting in my issued vehicle at the, what's the name of this mall, Sir?

10 **DC:** Fashion Square.

11 **EE:** Fashion Square Mall. Can you state your name please?

12 **DC:** Daniel Coughlin.

13 **EE:** Spell me your last.

14 **DC:** C-o-u-g-h-l-i-n.

15 **EE:** And Mr. Coughlin, you are the owner of a pick-up service that contracts with the Medical Examiner's Office? Is that correct?

17 **DC:** A removal service, that contacts with the Medical Examiner Office.

18 **EE:** Alright, can you raise your right hand for me?

19 **DC:** I do.

20 **EE:** Do you swear the information you're gonna give me today is gonna be true?

21 **DC:** I do.

22 **EE:** Alright. Just prior to going on tape, um, well let me go back. I, I had reached out to you via cellular phone a short time ago because I was given your information by Jack ah, Cuc-Cuccia?

25 **DC:** Cucci.

| | | |
|---|---|---|
| 1 | EE: | Cucci at the Medical Examiner's Office. Is that your recollection? |
| 2 | DC: | Yes. |
| 3 | EE: | Ok, and in doing so, I've asked you to research a run that you may have done on |
| 4 | | 5/22/2013 and at our meeting today, you brought me a yellow sheet of paper. Is |
| 5 | | that yours? |
| 6 | DC: | Yes, it is. |
| 7 | EE: | Gonna have you sign that here in a minute, but can you explain that, that |
| 8 | | document to me? |
| 9 | DC: | This is, we put the name down of the deceased, if we have it. Everything works |
| 10 | | by the Medical Examiner's case number of which this is 13-00623. We date it, at |
| 11 | | what time they called us, who called us, what time we arrived, what date we |
| 12 | | arrived at the scene and the time we arrived at the scene, the street address of |
| 13 | | the scene and where. Then there's body and personal effect records if we were |
| 14 | | there without an investigator, we would list. In this case there was an |
| 15 | | investigator so there is nothing listed. |
| 16 | EE: | And that investigator was? |
| 17 | DC: | Was Jack Cucci. |
| 18 | EE: | Ok. |
| 19 | DC: | He's signed it and dated it and time that we brought it in and the, the numbers on |
| 20 | | the bottom of the sheet, the 159 is the weight that they weighed in at the Medical |
| 21 | | Examiner with the body. |
| 22 | EE: | Ok, well let me go back a few things. When you say "we" that's a company. |
| 23 | | What's the name of the company? |
| 24 | DC: | Central Florida First Call Services Inc. |
| 25 | EE: | And you are the owner of that? Is that correct? |

| | | |
|---|---|---|
| 1 | DC: | I own it and Secretary Treasurer. |
| 2 | EE: | Ok. So now, you went out on this particular date to the address that you have |
| 3 | | here is… |
| 4 | DC: | It is 6022 Perragrine Avenue in Orlando. |
| 5 | EE: | And you had a, an employee go with you? |
| 6 | DC: | I had Russ Drummond, who was the driver of the car. I was the assistant. |
| 7 | EE: | Drummond was D-r-u-m-m-o-n-d? |
| 8 | DC: | That's correct. |
| 9 | EE: | Ok, and you've provided me his cell number. Alright, what's your recollection of |
| 10 | | ah, that pick-up? |
| 11 | DC: | There were a lot of police there. We waited a while, while they were doing inve- |
| 12 | | my men had already been there at three o'clock. They sent them away. We |
| 13 | | went back at eight, left at seven, got there at eight. There were a lot of people in |
| 14 | | the apartment or in the townhouse, I guess it is and they had us wait outside. |
| 15 | | We dressed up in our coveralls with the hair cover, the eye, the glass, everything, |
| 16 | | feet cover and went in. The body was face down on the floor, about three feet in |
| 17 | | from the door, right by the side of the kitchen door. Ah, they were doing |
| 18 | | investigation and taking pictures at the time. We laid down our sheet, our |
| 19 | | shroud, our bag, then Jack asked us to turn the body over so they could take |
| 20 | | pictures of the, ah, face and ah, front of bo-front of the remains. We did so. We |
| 21 | | then bagged the body in the shroud and everything and in the, in the, yeah…and |
| 22 | | then put it on our stretcher, went back to the Medical Examiner. |
| 23 | EE: | Ok. Now, had the bag, bagging of the hands and the feet done, were they done |
| 24 | | prior to you getting there. |
| 25 | | |

1  DC:  They were done when we got there. We don't bag hands and feet. The
2       investigator does.
3  EE:  Ok. So and the face was…the victim…
4  DC:  Face down.
5  EE:  was still face down?
6  DC:  Face down.
7  EE:  Ok, and, and can you describe the victim as far as just characteristics, white
8       male, black male?
9  DC:  He was white male, dark black hair, and not that tall, not that big.
10 EE:  Ok. Now when you moved him, can you remember how that went? Where,
11      where he-(sneezes) excuse me, sorry about that. Um, can you recall where your
12      positioning was (inaudible).
13 DC:  I was, I had my hand on his belt and a hand on his leg, legs. Russ had his hand
14      on the, on his arms and we rolled him over onto our, onto the pouch.
15 EE:  Ok. So from, from when you first walked in the doorway, and I'm gonna do this
16      without showing you any images cause I don't want to ah, try to influence your
17      recollection at all by doing that. Um, just, like in, what I'm looking for is a
18      hundred percent certainty if, in fact you have that for a particular topic, and if not,
19      don't be afraid to, to tell me that. Um, when you first walked in, what was the
20      proximity of the deceased to the doorway?
21 DC:  About three, three to three and a half feet away from the front door, in the ha-little
22      hallway, which maybe was four and a half feet wide.
23 EE:  Ok. Now, when you, who put down the ah, the ah, is it a shroud, is that what
24      it's…?
25

4

| | | |
|---|---|---|
| 1 | DC: | We put, first we put a sheet, then we put a bag, a white bag. Ah, then we put |
| 2 | | another sheet inside of that and on top of that, we put the shroud, which is a |
| 3 | | plastic, ah, almost a plastic bag type thing. |
| 4 | EE: | Ok. So now… |
| 5 | DC: | We put that down. |
| 6 | EE: | You did? You and Russ? |
| 7 | DC: | Russ, yes. |
| 8 | EE: | Ok. Now the, the processing had already been, been done at that point or was |
| 9 | | there a… |
| 10 | DC: | What processing? |
| 11 | EE: | The processing by the forensics people that were in the area. |
| 12 | DC: | They were all over taking pictures and everything. I think, I don't know, but the |
| 13 | | hands and the feet were bagged and that was Jack, I'm sure, did it, but I didn't |
| 14 | | see him do it. |
| 15 | EE: | Ok. So now, was there a point in time where, on-once you arrived there now, |
| 16 | | you're acting at the direction of who? |
| 17 | DC: | Jack. |
| 18 | EE: | Ok. For, re-representing the Medical Examiner. |
| 19 | DC: | Medical Examiner. |
| 20 | EE: | Ok. Now he instructs you to go ahead and start the processing or the… |
| 21 | DC: | He… |
| 22 | EE: | recovery… |
| 23 | DC: | He tells us what we have to wear so we wear the suit, hair cover, face cover, |
| 24 | | foot cover, and gloves. |
| 25 | EE: | Ok. And you donned all that equipment for particular… |

1  DC:  Outside…
2  EE:  recovery?
3  DC:  we did.
4  EE:  Ok. So you went in, you laid the, ah, um…
5  DC:  When he told…
6  EE:  recovery bag.
7  DC:  When he told us we laid all of our…
8  EE:  Ok.
9  DC:   next to the…
10 EE:  Was there any, that you recall, was there any paper or anything along that line that was already set in that area for you to work on top of?
12 DC:  I don't remem-I don't think so, but I don't remember.
13 EE:  Ok. Now, when you picked up the deceased, how far, do you recall how far into the room you had to move with him to put him into the bags that you laid down?
15 DC:  We didn't, we just rolled him into the, we moved him over toward one wall and rolled him right into the, into the, our setup.
17 EE:  Ok. And that's the best of your recollection?
18 DC:  That's the best of my recollection.
19 EE:  Do you ever remember when you picked him up, um, seeing any articles fall from his, ah, person?
21 DC:  No. I do not.
22 EE:  Ah, large amounts of fluid?
23 DC:  Oh…
24 EE:  Anything along that line that…
25 DC:  there were, there was some blood that came…

1. EE: Ok.
2. DC: not large amounts, but there was blood.
3. EE: Ok. Alright, but do you ever remember seeing any type of um, projectile, bullet or
4. anything…
5. DC: No. I do not.
6. EE: Ok. Do you remember Russ ever making a comment to you or Jack ever making
7. a comment to you regarding anything along that line?
8. DC: No. I don't.
9. EE: Ok. So it was just a normal recovery?
10. DC: Right. Well not, yeah, normal recovery of that type of death.
11. EE: Ok. Is there anything else that stands out in your mind from this scene that
12. would make it noteworthy for me?
13. DC: N-not that I can think of.
14. EE: Alright. Let me look at this sheet one more time and make sure that we've
15. got…I'm gonna have you, if you don't mind, I have a blue ah, pen here…
16. DC: Alright.
17. EE: maybe right below the grand total, if you could sign that and date it today and I'll
18. sign right below it as well. That way I can keep track of…
19. DC: 10/14?
20. EE: Umm…hmm.
21. DC: 13.
22. EE: Alright. And I will sign right next to it. And you, you were called…
23. DC: We got the call…
24. EE: approximately 7am.
25. DC: seven, right in eight o'clock traffic and we got there at 8:10.

7

Coughlin, Daniel/ Case Number 48-2013-UF-000014/ss

| | | |
|---|---|---|
| 1 | EE: | Ok, and left a short time later? |
| 2 | DC: | Oh no, we sat around out there for…what time did we come in? 9:25, is when |
| 3 | | we got to the Medical Examiner's so we had to sit outside, waiting for almost 35 |
| 4 | | minutes. |
| 5 | EE: | Ok. And you said you had a team go there earlier as well? |
| 6 | DC: | We had a team go there at three or three-thirty. I'm not sure which and they sent |
| 7 | | them away. |
| 8 | EE: | Ok. |
| 9 | DC: | They were waiting for the people from Tampa to come in. |
| 10 | EE: | The FBI was? |
| 11 | DC: | Yes. |
| 12 | EE: | Ok. And those investigator, that, that recovery team never entered the home or |
| 13 | | you don't know? |
| 14 | DC: | I, no, mine? No, they, they were sent back. |
| 15 | EE: | Ok. I would only ask that you not discuss the matter um, while it's an on-going, |
| 16 | | open investigation. |
| 17 | DC: | Umm…hmm. |
| 18 | EE: | I would appreciate your professionalism in that regard. |
| 19 | DC: | No problem. |
| 20 | EE: | And if you have anything else comes to mind, please feel free to call me. I'll give |
| 21 | | you a card with my number on it. |
| 22 | DC: | Ok. |
| 23 | EE: | Can you swear or ah, raise your right hand again. You swear that the |
| 24 | | information you just gave me is true? |
| 25 | DC: | I do. |

8

1  EE:  Thank you and that will the conclusion of this interview, witness interview…

2  DC:  Uh-huh.

3  EE:  at 1327 hours.

5  End of recorded statement.

7  I have / have not reviewed this transcription for accuracy.

8  Signed this __20TH__ day of ___November___, 2013

9  _Wm. Eric Edward_ (signature)

10  CHIEF INVESTIGATOR ERIC EDWARDS, STATE ATTORNEY'S OFFICE