UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ESTATE OF IBRAGIM TODASHEV,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>　　　Defendants. | CIVIL ACTION<br><br>Case No. 6:17-cv-919-CEM-DCI |

**DECLARATION OF JAMES COOK**

STATE OF FLORIDA
COUNTY OF LEON

1. The undersigned attorney is co-counsel of record in the instant case. I am competent to make this declaration.

2. I have sought diligently to secure evidence in this matter and I have found every official record heavily redacted and numerous records that would normally be available in a use of deadly force case entirely missing.

3. I have been in contact with the Massachusetts Civil Liberties Union that has been litigating to force the disclosure of usable records in this case without success.

4. I have never seen a case in more than 20 years of litigating civil rights cases in which law enforcement and public agencies have been more secretive and unyielding.

5. Based on the records I have been provided or managed to find, I do not anticipate that this case could be resolved on its merits.

Further affiant sayeth naught.

Submitted on February 26, 2018,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/James V. Cook*