**RECORDED TRANSCRIPT OF MR. LESTER GARCIA**

**INTERVIEW CONDUCTED BY INVESTIGATOR NELSON ESPINOSA**

**CASE NUMBER – 48-2013-UF-000014**

**NE – INVESTIGATOR NELSON ESPINOSA**

**LG – MR. LESTER GARCIA**

**NE:** Ok, today is January 13, 2014. The time is approximately 12:37 in the afternoon. Ah, I am Nelson Espinosa. I'm an investigator with the State Attorney's Office in ah, Orange County Florida, Ninth Judicial Circuit. Ah, on the phone with me, who is in Puerto Rico at the time is, is Mr. Lester Garcia. Is that correct?

**LG:** Yes, Sir.

**NE:** Mr. Garcia, um, is it ok if I refer to you as Lester?

**LG:** No problem about that.

**NE:** Ok. And what is your birthday ah, Lester?

**LG:** Ah, October 21, 1977.

**NE:** Ok. And ah, and you're currently living in Puerto Rico?

**LG:** Yes, Sir.

**NE:** Ok. And your phone number is 787-697-1936?

**LG:** Yes, Sir.

**NE:** Ok. And the reason for my call, as we spoke a little briefly, a little while ago is I'm calling about a situation that occurred ah, back in May of ah, 2013 in the parking lot of a um, of a mall here in Orlando.

**LG:** Yes, Sir.

**NE:** And I was just hoping that you could just tell me ah, from your side, e-exactly what happened that day.

| | | |
|---|---|---|
| 1 | LG: | Alright. Um, me and my dad, we were waiting for a parking space. |
| 2 | NE: | Before we get started Sir, hold on Lester. Before we get started, do you swear |
| 3 | | that everything you're about to tell me is the truth ah, so help you God? |
| 4 | LG: | Yes, Sir. |
| 5 | NE: | Ok. Very good. I'm sorry, go ahead. |
| 6 | LG: | Ok, um, me and my dad, we were waiting for a parking space, ah, at the mall. |
| 7 | | Um, we wait for several minutes and we followed ah, a couple of girls so we |
| 8 | | could take their parking space. |
| 9 | NE: | Ok. |
| 10 | LG: | As soon as, as soon as we get to the, you know, where they um, where they are |
| 11 | | going to pick up the car, um, I put the signal light so I can take the parking space. |
| 12 | NE: | Right. |
| 13 | LG: | Um, we were waiting, you know, several minutes, um, they, they went out of the |
| 14 | | parking space so I was going, you know, to park my car. Um, I don't know, from |
| 15 | | nowhere I saw a white Mercedes Benz that is coming, you know, pretty fast and |
| 16 | | they put a, he put the, the signal light to the same spot that I was going to take. |
| 17 | NE: | Ok. |
| 18 | LG: | Um, when they, when, when, when the 2 girls left the parking space, he was |
| 19 | | trying to get in the, in the parking space and you know, me and my dad, my, my |
| 20 | | dad told me like, "What's going on with this guy?" And I pulled aside from the, |
| 21 | | from the guy and he would, he told me that, you know he was first over there. |
| 22 | | We were, we were start arguing the "No way, um, you wasn't there when, when I |
| 23 | | put my signal light." And he tried to block, to block the way so I can't park over |
| 24 | | there. |
| 25 | NE: | Ok. |

| | | |
|---|---|---|
| 1 | LG: | Then, um, he told me that um, you know, "Park if you can." I, I got a, a compact |
| 2 | | car, a small car. |
| 3 | NE: | Right. |
| 4 | LG: | I, I tried to you know, to get in the parking space and when he saw that I, that I |
| 5 | | can, you know, I can park over there, he put the car in reverse and tried to, you |
| 6 | | know, to hit my car. |
| 7 | NE: | Oh, wow. Ok. |
| 8 | LG: | Then my dad went out the car, you know, get, went out of the car to, you know, |
| 9 | | to talk to him, to, you know, "What's going on about that?" |
| 10 | NE: | Right. |
| 11 | LG: | And he pushed, he pushed my dad. When I, when I saw that he pushed my dad, |
| 12 | | I got out of the car and, you know, tried to talk to him, but he, he swift, he, he, he |
| 13 | | tried to punch me. |
| 14 | NE: | Ok. So then what happened? |
| 15 | LG: | So, so then we, we, we tried to defend, you know, ourselves because, you know, |
| 16 | | I don't know who was, you know who was him or we, we were arguing about the |
| 17 | | parking space but I, as soon as I saw, I saw him, you know, pushing my dad, you |
| 18 | | know, you know what's going, you know, what's going to happen. |
| 19 | NE: | Sure, he attacked your father. |
| 20 | LG: | Right. |
| 21 | NE: | Sure, I understand that. |
| 22 | LG: | Exactly. I tried to defend my dad. So as soon as we got out of the car we start, |
| 23 | | you know fighting over there. |
| 24 | NE: | Ok. So, when you say "fighting," did, did you ever, were you able to ever put |
| 25 | | your hands on him? Were you able to hit him? |

| | | |
|---|---|---|
| 1 | LG: | Yes. Yes. Yes. |
| 2 | NE: | Ok, so how many… |
| 3 | LG: | Yes, I did. |
| 4 | NE: | so how many times were, were you able, was it more like wrestling or were you actually punching him? |
| 6 | LG: | I grabbed him from the neck and I just, you know, he, he punched me first by I don't know, because I don't know how to fight, but I, I grabbed him from the neck and I, you know I started punching him in the face, but I don't know how. I, I, I heard that he was a mixed martial arts, you know expert or something like that… |
| 10 | NE: | Right. |
| 11 | LG: | so from nowhere, he punched me in the mouth like, (inaudible) like a hammer. |
| 12 | NE: | Right. |
| 13 | LG: | He, he, almost, he almost knocked me out, but I um, I recovered and I tried to attack him again, but he punched me real bad in the, in the head that I got unconscious… |
| 16 | NE: | Right. |
| 17 | LG: | I don't know… |
| 18 | NE: | You fell down to the ground? |
| 19 | LG: | Yes. I don't remember anything about that until the cops came out because I was in the middle of the street so the cops, you know, pull my, you know pulled me out of the way because they're trying to purs-ah, tried to catch him. |
| 22 | NE: | Right. Ok. So, when ah, when you guys were arguing for the space and he ah, and he attacked your father, then you got out to defend your father, |
| 24 | LG: | Yes. |

| | | |
|---|---|---|
| 1 | NE: | You, you and hi-you and him kind of, you said you were able to punch him a |
| 2 | | couple times and he finally punched you one time and, and it almost knocked you |
| 3 | | out. You got up again and he, he punched you a second time and that one |
| 4 | | (inaudible)... |
| 5 | LG: | Yes. |
| 6 | NE: | cause that one put you on the ground. |
| 7 | LG: | Exactly. |
| 8 | NE: | Ok. |
| 9 | LG: | Exactly. |
| 10 | NE: | Yeah, and I'm looking, just so you know, I'm looking at the pictures of the scene |
| 11 | | and you're right, he hit you pretty good in the mouth. I mean, he hit you well, |
| 12 | | so... |
| 13 | LG: | Yeah, he, he... |
| 14 | NE: | And your father. |
| 15 | LG: | he almost (inaudible) a couple of teeth. Excuse me? |
| 16 | NE: | And your father, he hit your father too. |
| 17 | LG: | Yeah, he hit, he, my father got a black eye about that. |
| 18 | NE: | Right. Ok. Do you, do you remember anything about his fighting style? Do you |
| 19 | | remember if he had, did he seem like he was having problems standing or, or... |
| 20 | LG: | No. |
| 21 | NE: | defending himself? |
| 22 | LG: | Yes, he was trying to defend himself, yeah, exactly. |
| 23 | NE: | Did he have any problems defending himself though. |
| 24 | LG: | No he don't have any problem about that. He was, you know punched, you |
| 25 | | know, me and my dad like, like, like an expert. |

1  NE: And how close, how close of an area were you guys? I mean, within how many
2      feet of each other were you, your father, and this guy?
3  LG: Ah...we were pretty close, yeah, pretty close.
4  NE: Ok. Anything else you can remember about that day?
5  LG: Um, it was pretty much because the only, you know... to make the story short
6      about that, you know, I saw him, you know pushing my dad. I went crazy
7      because I got to defend my dad. I went out of the car, he punched me, we start
8      fighting like crazy. I, I saw a, I remember ah, a couple of peo-a couple people
9      like, "Stop fighting, stop fighting" but he was, he was punching my dad and
10     punching me and we, you know, he, it was pretty bad over there.
11 NE: Sure. Sure. Ok, and um what kind of medical attention did you get? Did you
12     have to get for your mouth and for your injuries?
13 LG: I got, I got stitches in my lip. Um, I got a couple of teeth, you know, um
14     (inaudible). I got stitches in my head. I don't, I don't remember about the head,
15     probably when he knocked me out, I hit the ground pretty bad...
16 NE: Right.
17 LG: because he was a, you know a, a lot of blood in the, in the, in the street.
18 NE: Right. And so you lost a couple teeth?
19 LG: Ah...it, it was, it didn't went apart but it, they, he moved my teeth pretty bad to the
20     back.
21 NE: Ok. And they had, do they have to fix it?
22 LG: Ah, I haven't fixed it yet.
23 NE: Ok, ok. Alright Lester. Um, I can't think of anything else to ask you at this time.
24     Is this a good phone number to call you though if we have any more questions?
25 LG: Yes, no problem about that. Yeah.

1  NE: Ok. I really appreciate your time. Um...
2  LG: No problem, Sir.
3  NE: The, the, the....
4  LG: Anything that you need, you know, you could just call me any time.
5  NE: I appreciated that. Um, and, and like you said, like I asked you before, everything
6      that you, we've talked about up to this point, do you swear it to be the truth?
7  LG: Yes, Sir.
8  NE: Very good. Ok, the time is now 12:46pm. I'm gonna go ahead and, and ah, end
9      the interview at this point.
10
11 End of recorded statement.
12
13 I have / have not reviewed this transcription for accuracy.
14 Signed this _30_ day of _January___, 2014
15 _Eric Edwards_ (signature)
16 CHIEF INVESTIGATOR ERIC EDWARDS / STATE ATTORNEY'S OFFICE