## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ESTATE OF IBRAGIM TODASHEV, by
HASSAN SHIBLY, as Personal Representative
of the ESTATE OF IBRAGIM TODASHEV,
and for the Survivors, ABDULBAKI
TODASHEVE, Father, and ZULLA
TODASHEVA, Mother.

    Plaintiff,

v.             CASE NO. 6:17-cv-0919-CEM-DCI

UNITED STATES OF AMERICA and
AARON McFARLANE, CHRISTOPHER
JOHN SAVARD, CURTIS CINELLI, and
JOEL GAGNE, individually,

    Defendants.

_____/

## MOTION FOR LEAVE TO OPPOSE PLAINTIFF'S
## REQUEST FOR RULE 56(d) DISCOVERY

COMES NOW, Individual Federal Defendant Aaron McFarlane, by and through

the undersigned counsel and out of an abundance of caution, hereby moves for leave to

oppose Plaintiff's request for discovery under Rule 56(d) of the Federal Rules of Civil

Procedure, and in support thereof, submits the following.

In his opposition to the motion for pre-discovery summary judgment, Plaintiff

includes an affirmative request for Rule 56(d) discovery. (ECF 67, at 23-24).

Specifically, Plaintiff, with no citation to the governing standard or any case law, makes a

vague and conclusory request for "unhampered" discovery before having to respond to

the motion for pre-discovery summary judgment. *Id.* at 24. As contemplated by the

Federal Rules of Civil Procedure, a party seeking such relief usually files a motion. *See,*

*e.g.*, *Smedley v. Deutsche Bank Trust Co. Ams.*, 676 F. App'x 860, 861 (11th Cir. 2017);

*Harbert Int'l, Inc. v. James*, 157 F.3d 1271, 1280 (11th Cir. 1998). Had Plaintiff followed

that practice here, the instant motion for leave would have been unnecessary because SA

McFarlane would have had a clear right to respond under Local Rule 3.01(b). Because

Plaintiff buries his request in an opposition brief instead of a separate motion, it is unclear

whether the Local Rules require SA McFarlane to seek leave prior to filing an opposition

to that new request. Moreover, Plaintiff's failure to follow the accepted process means

that the record before this Court contains no statement of the appropriate standard to

consider a Rule 56(d) motion and no citation to precedent applying that standard in

qualified immunity cases – and there is Circuit precedent squarely on point overruling a

grant of Rule 56(d) discovery (and overruling a related denial of pre-discovery summary

judgment on qualified immunity grounds) for failing to follow the requisite standard. *See*

*Garner v. City of Ozark*, 587 F. App'x 515 (11th Cir. 2014).

In short, because Plaintiff omits any discussion of the relevant standard, and as

SA McFarlane ought to have a right to respond to this new request for relief in any event,

he hereby seeks leave so that he can, for the very first time, respond to Plaintiff's request

for Rule 56(d) discovery. Had Plaintiff filed an actual motion, SA McFarlane would have

been free to file an opposition brief of up to 20 pages. *See* Local Rule. 3.01(b). Here, he

requests only 10 pages to respond. The opposition is prepared and can be filed as soon as

this Court grants leave.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he conferred

with all counsel. Defendants do not oppose this motion. Plaintiff opposes this motion.

This 7th day of March, 2018.                    Respectfully submitted,

- 2 -

CHAD A. READLER
Principal Deputy Assistant Attorney
General, Civil Division

MARIA CHAPA LOPEZ
United States Attorney

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil
Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch, Civil
Division

/s/ Siegmund F. Fuchs
SIEGMUND F. FUCHS
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7146
Washington, D.C.  20044-7146
Tel (202) 616-4322; Fax (202) 616-4314
siegmund.f.fuchs@usdoj.gov

Attorneys for the Individual Federal
Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

James V. Cook, Esq.
Thania Diaz Clevenger, Esq.
Tark Aouadi, Esq.
Daniel W. Eckhart, Esq.
David J. Officer, Esq.
Gregory P. Benoit, Esq.
Ralph E. Hopkins, Esq.

/s/ Siegmund F. Fuchs
SIEGMUND F. FUCHS
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice