UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ESTATE OF IBRAGIM TODASHEV.
by HASSAN SHILBY, as personal
representative,**

        **Plaintiff,**

v.    Case No:   6:17-cv-919-Orl-41GJK

**UNITED STATES OF AMERICA,** *et al***,**

        **Defendant.**

## ORDER TO STRIKE

This cause came on for consideration on Plaintiff's counsel's Notice of Unavailability (the "Notice"). Doc. No. 92. The rules of this Court do not provide for filing a notice of unavailability as a method to avoid abiding by deadlines and schedules established by the Court or to extend the time for responding to motions. Counsel may notify opposing counsel of his unavailability and request that his schedule be accommodated. With respect to deadlines for filing documents with the Court, attending hearings, or otherwise, counsel must file a motion for an enlargement of time or a continuance of a hearing or deposition date, as appropriate. It is impractical for the Court to be required to search the docket of each case for notices of unavailability before setting hearings and response deadlines.

For these reasons, counsel may not rely upon the filing of a notice of unavailability as a basis to excuse his appearance before the Court as required or to comply with a deadline established by the Court or governing rules of procedures. Accordingly, it is hereby **ORDERED**

- 2 -

that the Notice (Doc. No. 92) is **STRICKEN**.

      **DONE** and **ORDERED** in Orlando, Florida, on October 11, 2018.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties