# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ESTATE OF IBRAGIM TODASHEV, by HASSAN SHIBLY, as personal representative of the ESTATE OF IBRAGIM TODASHEV, and for the survivors ABDULBAKI TODASHEVE, Father and ZULLA TODASHEVA, Mother,**

    **Plaintiff,**

v.                                                   **Case No:   6:17-cv-919-Orl-41GJK**

**UNITED STATES OF AMERICA** *et al*,

    **Defendants.**

---

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **INDIVIDUAL FEDERAL DEFENDANT AARON McFARLANE'S MOTION TO EXTEND THE DURATION OF SEALING AND TO ALLOW COUNSEL OF RECORD ACCESS IN COURT TO THE SEALED EXHIBITS** (Doc. No. 100) |
| **FILED:** | April 3, 2019 |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

**I.     BACKGROUND.**

On December 29, 2017, Plaintiff filed a Second Amended Complaint against Defendants for wrongful death under the Federal Tort Claims Act, a *Bivens* action, and claims under 42 U.S.C. §§ 1983 and 1985, arising out of the shooting death of Ibragim Todashev.  Doc. No. 48.  On February 5, 2018, Defendant Aaron McFarlane ("McFarlane") filed a motion for leave to file certain exhibits under seal in support of a motion for summary judgment.  Doc. No. 62.  McFarlane sought to seal graphic death-scene photographs taken inside Todashev's apartment shortly after he was shot.  Doc. No. 62 at 3.  The grounds for sealing the photographs was their graphic nature, the risk of tainting the jury venire, and the threat of public use of the photographs for anti-American or anti-Muslim propaganda.  Doc. No. 62 at 3-5.  On April 16, 2018, the Court granted McFarlane's motion and allowed the unredacted photographs to be filed under seal and maintained that way for one year.  Doc. No. 77.  The Order provided that should McFarlane wish to extend the seal prior to the expiration of one year, he should file a motion to renew the seal pursuant to Local Rule 1.09.  Doc. No. 77.

On December 21, 2018, a judgment was entered in favor of the United States on summary judgment.[1]  Doc. No. 95.  Plaintiff filed a Notice of Appeal on January 20, 2019.  Doc. No. 96.  On April 3, 2019, McFarlane filed a motion to renew the seal (the "Motion") because this matter is currently on appeal before the Eleventh Circuit Court of Appeals.  Doc. No. 100.  McFarlane proposes that the seal continue until 30 days after the Eleventh Circuit issues its mandate in the pending appeal.  Doc. No. 100 at 2.  McFarlane also requests that all counsel of record be granted

---

[1] The individual defendants were terminated from this action by order dated August 17, 2018, dismissing the claims against them with prejudice and on summary judgment with respect to McFarlane.  Doc. No. 87.  On August 20, 2018, judgment was entered in favor of McFarlane.  Doc. No. 88.

access to view the un-redacted sealed photographs at the courthouse if requested. Doc. No. 100 at 2-3. The Motion is unopposed. Doc. No. 100 at 3.

## II. APPLICABLE LAW.

Local Rule 1.09 governs the filing of documents under seal with the Court. Specifically, Local Rule 1.09(a) governs situations where the requested seal is not authorized by "statute, rule, or order," and states:

> a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section. . . . Every order sealing any item pursuant this section shall state the particular reason the seal is required.

Unless good cause is shown, no order sealing any document may extend longer than one year. Local Rule 1.09(c). Local Rule 1.09(c) permits renewal of a seal when the motion complies with Local Rule 1.09(b) and is filed before the expiration of the seal. Local Rule 1.09(b) requires a motion that: 1) identifies each item to be sealed; 2) citation to the order which supports sealing the items; 3) the proposed duration of the seal; and 4) a statement explaining how the items to be sealed are subject to the order that would permit sealing the items identified.

## III. ANALYSIS.

McFarlane has provided good cause to renew the seal based on the original underlying reasons offered to seal the photographs, which are restated in his motion, as well as the procedural posture of this case. Doc. No. 100. The graphic nature of the photographs, the potential to taint

- 4 -

a new jury venire if judgment is reversed, and the ongoing concern regarding the use of the photographs for propaganda provide a basis to continue to maintain the photographs under seal. Doc. Nos. 62 and 100. McFarlane has shown good cause to renew the seal until the mandate is issued on the appeal pending before the Eleventh Circuit Court of Appeals. Doc. No. 100. However, McFarlane has offered no reason why counsel of record requires access to the sealed photographs at the courthouse. Thus, that request will be denied without prejudice. If warranted, McFarlane may file a renewed motion which explains the necessity and purpose of such a request.

**IV. CONCLUSION.**

Accordingly, it is **ORDERED** as follows:

1. The Motion (Doc. No. 100) is **GRANTED in part**;

2. The seal shall be renewed and extended until 30 days after the mandate issues in the appeal in this matter currently pending before the Eleventh Circuit Court of Appeals; and

3. The remainder of the Motion is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida, on April 4, 2019.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties