# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ESTATE OF IBRAGIM TODASHEV,<br>    Plaintiff,<br>v.<br>AARON MCFARLANE,<br>    Defendant. | Case No. 6:17-cv-919-Orl-41GJK |

## NOTICE OF APPEAL

COMES NOW Plaintiff, HASSAN SHIBLY, through counsel, and appeals to the Eleventh Circuit Court of Appeals this Court's Final Judgment, rendered November 25, 2020 [ECF 120], granting Final Judgment to Defendant.

Respectfully submitted on 12/23/20,   *s/James V. Cook*
    JAMES V. COOK, FBN 966853
    Law Office of James Cook
    314 West Jefferson Street
    Tallahassee, Florida 32301
    (850) 222-8080; 561-0836 fax
    cookjv@gmail.com

I CERTIFY the foregoing was filed electronically on 12/23/20 to counsel of record registered to be notified by the CM/ECF electronic mail system.

                                            *s/James V. Cook*
                                            JAMES V. COOK