# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

March 11, 2021

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 20-14805-HH
Case Style: Estate of Ibragim Todashev v. Aaron McFarlane
District Court Docket No: 6:17-cv-00919-CEM-GJK

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-14805-HH

_____

ESTATE OF IBRAGIM TODASHEV,
by Hassan Shibly, as Personal Representative
of the Estate of Ibragim Todashev, and for the
Survivors, Abdulbaki Todasheve, Father, and
Zulla Todasheva, Mother,

                                                 Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA, et al.,

                                                 Defendants,

AARON MCFARLANE,
individually,

                                                 Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Estate of Ibragim Todashev's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective March 11, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Christopher Bergquist, HH, Deputy Clerk

FOR THE COURT - BY DIRECTION